

FILED
CLERK, U.S. DISTRICT COURT
8/1/18
CENTRAL DISTRICT OF CALIFORNIA
BY: CS            DEPUTY

1  Thomas H. Bienert, Jr., State Bar No. 135311
   tbienert@bmkattorneys.com
2  Kenneth M. Miller, State Bar No. 151874
   kmiller@bmkattorneys.com
3  Anthony R. Bisconti, State Bar No. 269230
   tbisconti@bmkattorneys.com
4  BIENERT, MILLER & KATZMAN, PLC
5  903 Calle Amanecer, Suite 350
   San Clemente, California 92673
6  Telephone (949) 369-3700
7  Facsimile (949) 369-3701

8  Attorneys for James Larkin

9              IN THE UNITED STATES DISTRICT COURT
10          FOR THE CENTRAL DISTRICT OF CALIFORNIA
                                            CV18-6742-RGK(MMAx)
11                    WESTERN DIVISION

13  **In the Matter of the Seizure of:**

14  Any and all funds held in ▇▇▇▇
    ▇▇▇▇▇▇▇▇ Account(s) xxxx1889,
15  xxxx2592, xxxx1938, xxxx2912, and,
    xxxx2500.
16

                                     18-MJ-00722

                                     **JAMES LARKIN'S NOTICE OF
                                     APPLICATION AND APPLICATION TO
                                     FILE UNDER SEAL PURSUANT TO
                                     LOCAL RULE 79-5; [PROPOSED ORDER]**

                                     [Filed concurrently herewith are the following:
                                     *Notice of Motion and Motion to Vacate or
                                     Modify Seizure Warrants*; *Declarations of
                                     James Larkin, Michael Lacey, John Brunst,
                                     Scott Spear, Margaret Larkin, Troy Larkin,
                                     Ramon Larkin, and Antoinette Thomas*; *Notice
                                     of Related Cases; Request for Judicial Notice*]

REQUEST FOR JUDICIAL NOTICE

**TO ALL PARTIES AND THEIR COUNSEL FO RECORD:**

PLEASE TAKE NOTICE that movant James Larkin ("Larkin") respectfully applies to this Court pursuant to Local Rule 79-5 for an order permitting Larkin to file under seal:

1. The *Notice of Motion and Motion to Vacate or Modify Seizure Warrants* (the "Motion");

2. The Declarations of James Larkin, Michael Lacey, John Brunst, Scott Spear, Margaret Larkin, Troy Larkin, Ramone Larkin, and Antoinette Thomas (with exhibits);

3. The Request for Judicial Notice and Exhibits 1-35 thereto.

This application is based upon this Notice, the following application, the accompanying Declaration of Anthony R. Bisconti, and the Court's file in this case. In the event the Court denies this application, Larkin requests that the foregoing documents be returned to Larkin's undersigned counsel and not filed publicly.

Dated: July 31, 2018          BIENERT, MILLER & KATZMAN, PLC

                                           By: /s/ Thomas H. Bienert
                                                  Thomas H. Bienert
                                                    Kenneth M. Miller
                                                    Anthony R. Bisconti
                                                    Attorneys for James Larkin

# APPLICATION

Larkin seeks an order permitting him to file the following documents under seal pursuant to Local Civil Rule 79-5:

1. The *Notice of Motion and Motion to Vacate or Modify Seizure Warrants* (the "Motion");

2. The Declarations of James Larkin, Michael Lacey, John Brunst, Scott Spear, Margaret Larkin, Troy Larkin, Ramone Larkin, and Antoinette Thomas (with exhibits);

3. The Request for Judicial Notice and Exhibits 1-35 thereto.

The foregoing documents consist of memoranda of law, declarations, orders, seizure warrants, and seizure warrant affidavits containing highly sensitive and private information, including but not limited to bank account names, full account numbers, and other financial information that should be protected from disclosure in a public filing.  These documents are presented for under seal filing pursuant to Local Civil Rule 79-5.2.1 because this case appears to be under seal.  Moreover, in the event this case is unsealed, Larkin requests that the aforementioned documents remain under seal, and Larkin be permitted to publicly file a redacted version of the appropriate documents.  *See, e.g.*, *Apple Inc. v. Samsung Electronics Co., Ltd.*, 727 F.3d 1214, 1225 (Fed. Cir. 2013) (affirming parties' right to keep financial information secret).

Pursuant to Local Civil Rule 79-5, Larkin will manually file the documents with the Clerk and will file a Notice of Manual Filing.

Dated: July 31, 2018            BIENERT, MILLER & KATZMAN, PLC

By: /s/ Thomas H. Bienert
　　Thomas H. Bienert
　　Kenneth M. Miller
　　Anthony R. Bisconti
　　Attorneys for James Larkin

440830-1