Thomas H. Bienert, Jr., State Bar No. 135311
tbienert@bmkattorneys.com
Kenneth M. Miller, State Bar No. 151874
kmiller@bmkattorneys.com
Anthony R. Bisconti, State Bar No. 269230
tbisconti@bmkattorneys.com
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile (949) 369-3701

Attorneys for James Larkin



IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

CV18-6742-RGK (MMAx)

| | |
|---|---|
| **In the Matter of the Seizure of:** | Case No. 18-MJ-00722 |
| Any and all funds held in Republic Bank of Arizona Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912, and, xxxx2500. | [~~PROPOSED~~] ORDER GRANTING JAMES LARKIN'S APPLICATION TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5 |

---

[PROPOSED] ORDER GRANTING JAMES LARKIN'S APPLICATION FO FILE UNDER SEAL
PURSUANT TO LOCAL RULE 79-5

The Court has considered James Larkin's Application to File Under Seal Pursuant to Local Rule 79-5, dated July 31, 2018. Based on the reasons set forth therein, the Application is GRANTED.

IT IS SO ORDERED.

Dated: 8/3/18

The Honorable Patrick J. Walsh
United States District Judge

*Redacted versions to be filed by 8/8/18.*

PJW

440855-1

2