

1  Thomas H. Bienert, Jr., State Bar No. 135311
   tbienert@bmkattorneys.com
2  Kenneth M. Miller, State Bar No. 151874
   kmiller@bmkattorneys.com
3  Anthony R. Bisconti, State Bar No. 269230
4  tbisconti@bmkattorneys.com
   903 Calle Amanecer, Suite 350
5  San Clemente, California 92673
6  Telephone (949) 369-3700 / Facsimile (949) 369-3701

7  Attorneys for James Larkin

          IN THE UNITED STATES DISTRICT COURT
          FOR THE CENTRAL DISTRICT OF CALIFORNIA

                    CV18-6742- RGK (MMAx)

| | |
|---|---|
| **In the Matter of the Seizure of** | Case No. 18-MJ-00722 |
| **Any and all funds held in Republic Bank of Arizona Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912, and xxxx2500.** | Notice of Related Cases filed for: 18-MJ-00712; 18-MJ-00713; 18-MJ-00715; 18-MJ-00716; 18-MJ-00718; 18-MJ-00719; 18-MJ-00720; 18-MJ-00721; 18-MJ-00723; 18-MJ-00724; 18-MJ-00751; 18-MJ-00797; 18-MJ-00798; 18-MJ-00996; 18-MJ-00997; 18-MJ-00998; 18-MJ-00999; 18-MJ-01001; 18-MJ-01427; and, 18-MJ-1863 |
| | [~~PROPOSED~~] ORDER TO FILE OVERSIZED BRIEFS |

For Good Cause Shown, the Court hereby grants the ex parte application, and orders that Claimant may file its over-sized brief entitled Notice of Motion and Motion to Vacate or Modify Seizure Warrants; Declarations of James Larkin, Michael Lacey, John Brunst, Scott Spear, Margaret Larkin, Troy Larkin, Ramone Larkin, and Antoinette Thomas with Exhibits.

Dated: August 3, 2018

*Patrick J. Walsh*
Honorable Magistrate Judge
United States District Court