| | | |
|---|---|---|
| 1 | 36. | backpage.co.id (NetNames) |
| 2 | 37. | backpage.co.nl (European domains) |
| 3 | 38. | backpage.co.nl (NetNames) |
| 4 | 39. | backpage.co.nz (NetNames) |
| 5 | 40. | backpage.co.uk (NetNames) |
| 6 | 41. | backpage.co.ve (NetNames) |
| 7 | 42. | backpage.co.za (NetNames) |
| 8 | 43. | backpage.com (NetNames) |
| 9 | 44. | backpage.com.ar (NetNames) |
| 10 | 45. | backpage.com.au (NetNames) |
| 11 | 46. | backpage.com.ph (NetNames) |
| 12 | 47. | backpage.cz (NetNames) |
| 13 | 48. | backpage.dk (NetNames) |
| 14 | 49. | backpage.ec (NetNames) |
| 15 | 50. | backpage.ee (European domains) |
| 16 | 51. | backpage.ee (NetNames) |
| 17 | 52. | backpage.es (NetNames) |
| 18 | 53. | backpage.fi (European domains) |
| 19 | 54. | backpage.fi (NetNames) |
| 20 | 55. | backpage.fr (European domains) |
| 21 | 56. | backpage.fr (NetNames) |
| 22 | 57. | backpage.gr (European domains) |
| 23 | 58. | backpage.gr (NetNames) |
| 24 | 59. | backpage.hk (European domains) |
| 25 | 60. | backpage.hk (NetNames) |
| 26 | 61. | backpage.hu (European domains) |
| 27 | 62. | backpage.hu (NetNames) |
| 28 | 63. | backpage.ie (NetNames) |

| | | |
|---|---|---|
| 1 | 64. | backpage.in (NetNames) |
| 2 | 65. | backpage.it (NetNames) |
| 3 | 66. | backpage.jp (NetNames) |
| 4 | 67. | backpage.kr (NetNames) |
| 5 | 68. | backpage.lt (NetNames) |
| 6 | 69. | backpage.lv (European domains) |
| 7 | 70. | backpage.lv (NetNames) |
| 8 | 71. | backpage.me (NetNames) |
| 9 | 72. | backpage.mx (NetNames) |
| 10 | 73. | backpage.my (NetNames) |
| 11 | 74. | backpage.net (NetNames) |
| 12 | 75. | backpage.nl (NetNames) |
| 13 | 76. | backpage.no (European domains) |
| 14 | 77. | backpage.no (NetNames) |
| 15 | 78. | backpage.nz (NetNames) |
| 16 | 79. | backpage.pe (NetNames) |
| 17 | 80. | backpage.ph (NetNames) |
| 18 | 81. | backpage.pk (NetNames) |
| 19 | 82. | backpage.pl (NetNames) |
| 20 | 83. | backpage.porn (NetNames) |
| 21 | 84. | backpage.pt (NetNames) |
| 22 | 85. | backpage.ro (European domains) |
| 23 | 86. | backpage.ro (NetNames) |
| 24 | 87. | backpage.se (NetNames) |
| 25 | 88. | backpage.sex (NetNames) |
| 26 | 89. | backpage.sg (NetNames) |
| 27 | 90. | backpage.si (European domains) |
| 28 | 91. | backpage.si (NetNames) |

| 1 | 92. | backpage.sk (European domains) |
| 2 | 93. | backpage.sk (NetNames) |
| 3 | 94. | backpage.sucks (NetNames) |
| 4 | 95. | backpage.tw (NetNames) |
| 5 | 96. | backpage.uk (NetNames) |
| 6 | 97. | backpage.uk.com (NetNames) |
| 7 | 98. | backpage.us (NetNames) |
| 8 | 99. | backpage.vn (NetNames) |
| 9 | 100. | backpage.xxx (NetNames) |
| 10 | 101. | backpage.xyz (NetNames) |
| 11 | 102. | backpagecompimp.com (NetNames) |
| 12 | 103. | backpagecompimps.com (NetNames) |
| 13 | 104. | backpagepimp.com (NetNames) |
| 14 | 105. | backpagepimps.com (NetNames) |
| 15 | 106. | backpagg.com (NetNames) |
| 16 | 107. | backpagm.com (NetNames) |
| 17 | 108. | backpagu.com (NetNames) |
| 18 | 109. | backpaoe.com (NetNames) |
| 19 | 110. | backpawe.com (NetNames) |
| 20 | 111. | backqage.com (NetNames) |
| 21 | 112. | backrage.com (NetNames) |
| 22 | 113. | backxage.com (NetNames) |
| 23 | 114. | bakkpage.com (NetNames) |
| 24 | 115. | bcklistings.com (NetNames) |
| 25 | 116. | bestofbackpage.com (NetNames) |
| 26 | 117. | bestofbigcity.com (NetNames) |
| 27 | 118. | bickpage.com (NetNames) |
| 28 | 119. | bigcity.com (NetNames) |

| | | |
|---|---|---|
| 1 | 120. | bpclassified.com (NetNames) |
| 2 | 121. | bpclassifieds.com (NetNames) |
| 3 | 122. | carlferrer.com (NetNames) |
| 4 | 123. | clasificadosymas.com (NetNames) |
| 5 | 124. | clasificadosymas.net (NetNames) |
| 6 | 125. | clasificadosymas.org (NetNames) |
| 7 | 126. | classifiedsolutions.co.uk (NetNames) |
| 8 | 127. | classifiedsolutions.net (NetNames) |
| 9 | 128. | classyadultads.com (Versio) |
| 10 | 129. | columbusbackpage.com (NetNames) |
| 11 | 130. | connecticutbackpage.com (NetNames) |
| 12 | 131. | cracker.co.id (NetNames) |
| 13 | 132. | cracker.com (NetNames) |
| 14 | 133. | cracker.com.au (NetNames) |
| 15 | 134. | cracker.id (NetNames) |
| 16 | 135. | cracker.net.au (NetNames) |
| 17 | 136. | crackers.com.au (NetNames) |
| 18 | 137. | crackers.net.au (NetNames) |
| 19 | 138. | ctbackpage.com (NetNames) |
| 20 | 139. | dallasbackpage.com (NetNames) |
| 21 | 140. | denverbackpage.com (NetNames) |
| 22 | 141. | easypost123.com (Versio) |
| 23 | 142. | easyposts123.com (Versio) |
| 24 | 143. | emais.com.pt (NetNames) |
| 25 | 144. | evilempire.com (NetNames) |
| 26 | 145. | ezpost123.com (Versio) |
| 27 | 146. | fackpage.com (NetNames) |
| 28 | 147. | fastadboard.com (Versio) |

| | | |
|---|---|---|
| 1 | 148. | guliettagroup.nl (Versio) |
| 2 | 149. | htpp.org (NetNames) |
| 3 | 150. | ichold.com (NetNames) |
| 4 | 151. | internetspeechfoundation.com (nameisp) |
| 5 | 152. | internetspeechfoundation.org (nameisp) |
| 6 | 153. | loads2drive.com (NetNames) |
| 7 | 154. | loadstodrive.com (NetNames) |
| 8 | 155. | loadtodrive.com (NetNames) |
| 9 | 156. | losangelesbackpage.com (NetNames) |
| 10 | 157. | mediafilecloud.com (NetNames) |
| 11 | 158. | miamibackpage.com (NetNames) |
| 12 | 159. | minneapolisbackpage.com (NetNames) |
| 13 | 160. | mobileposting.com (Versio) |
| 14 | 161. | mobilepostings.com (Versio) |
| 15 | 162. | mobilepostlist.com (Versio) |
| 16 | 163. | mobilposting.com (Versio) |
| 17 | 164. | naked.city (NetNames) |
| 18 | 165. | nakedcity.com (NetNames) |
| 19 | 166. | newyorkbackpage.com (NetNames) |
| 20 | 167. | paidbyhour.com (NetNames) |
| 21 | 168. | petseekr.com (NetNames) |
| 22 | 169. | petsfindr.com (NetNames) |
| 23 | 170. | phoenixbackpage.com (NetNames) |
| 24 | 171. | posteasy123.com (Versio) |
| 25 | 172. | postfaster.com (NetNames) |
| 26 | 173. | postfastly.com (NetNames) |
| 27 | 174. | postfastr.com (NetNames) |
| 28 | 175. | postonlinewith.com (Versio) |

| | | |
|---|---|---|
| 1 | 176. | postonlinewith.me (Versio) |
| 2 | 177. | postseasy123.com (Versio) |
| 3 | 178. | postsol.com (GoDaddy) |
| 4 | 179. | postszone24.com (Versio) |
| 5 | 180. | postzone24.com (Versio) |
| 6 | 181. | postzones24.com (Versio) |
| 7 | 182. | rentseekr.com (NetNames) |
| 8 | 183. | results911.com (NetNames) |
| 9 | 184. | sandiegobackpage.com (NetNames) |
| 10 | 185. | sanfranciscobackpage.com (NetNames) |
| 11 | 186. | seattlebackpage.com (NetNames) |
| 12 | 187. | sellyostuffonline.com (Versio) |
| 13 | 188. | sfbackpage.com (NetNames) |
| 14 | 189. | simplepost24.com (Versio) |
| 15 | 190. | simpleposts24.com (Versio) |
| 16 | 191. | svc.ws (NetNames) |
| 17 | 192. | truckrjobs.com (NetNames) |
| 18 | 193. | ugctechgroup.com (NetNames) |
| 19 | 194. | universads.nl (Versio) |
| 20 | 195. | villagevoicepimps.com (GoDaddy) |
| 21 | 196. | websitetechnologies.co.uk (NetNames) |
| 22 | 197. | websitetechnologies.com (NetNames) |
| 23 | 198. | websitetechnologies.net (NetNames) |
| 24 | 199. | websitetechnologies.nl (NetNames) |
| 25 | 200. | websitetechnologies.org (NetNames) |
| 26 | 201. | weprocessmoney.com (GoDaddy) |
| 27 | 202. | wst.ws (NetNames) |
| 28 | 203. | xn--yms-fla.com (NetNames) |

| | | |
|---|---|---|
| 1 | 204. | ymas.ar.com (European domains) |
| 2 | 205. | ymas.br.com (European domains) |
| 3 | 206. | ymas.br.com (NetNames) |
| 4 | 207. | ymas.bz (European domains) |
| 5 | 208. | ymas.bz (NetNames) |
| 6 | 209. | ymas.cl (European domains) |
| 7 | 210. | ymas.cl (NetNames) |
| 8 | 211. | ymas.co.bz (European domains) |
| 9 | 212. | ymas.co.bz (NetNames) |
| 10 | 213. | ymas.co.cr (European domains) |
| 11 | 214. | ymas.co.cr (NetNames) |
| 12 | 215. | ymas.co.ni (European domains) |
| 13 | 216. | ymas.co.ni (NetNames) |
| 14 | 217. | ymas.co.ve (European domains) |
| 15 | 218. | ymas.co.ve (NetNames) |
| 16 | 219. | ymas.com (NetNames) |
| 17 | 220. | ymas.com.br (European domains) |
| 18 | 221. | ymas.com.br (NetNames) |
| 19 | 222. | ymas.com.bz (European domains) |
| 20 | 223. | ymas.com.bz (NetNames) |
| 21 | 224. | ymas.com.co (European domains) |
| 22 | 225. | ymas.com.co (NetNames) |
| 23 | 226. | ymas.com.do (European domains) |
| 24 | 227. | ymas.com.do (NetNames) |
| 25 | 228. | ymas.com.ec (European domains) |
| 26 | 229. | ymas.com.ec (NetNames) |
| 27 | 230. | ymas.com.es (European domains) |
| 28 | 231. | ymas.com.es (NetNames) |

| | | |
|---|---|---|
| 1 | 232. | ymas.com.gt (European domains) |
| 2 | 233. | ymas.com.gt (NetNames) |
| 3 | 234. | ymas.com.hn (European domains) |
| 4 | 235. | ymas.com.hn (NetNames) |
| 5 | 236. | ymas.com.mx  (NetNames) |
| 6 | 237. | ymas.com.ni (European domains) |
| 7 | 238. | ymas.com.ni (NetNames) |
| 8 | 239. | ymas.com.pe (European domains) |
| 9 | 240. | ymas.com.pe (NetNames) |
| 10 | 241. | ymas.com.pr (European domains) |
| 11 | 242. | ymas.com.pr (NetNames) |
| 12 | 243. | ymas.com.pt  (NetNames) |
| 13 | 244. | ymas.com.uy (European domains) |
| 14 | 245. | ymas.com.uy (NetNames) |
| 15 | 246. | ymas.com.ve (European domains) |
| 16 | 247. | ymas.com.ve (NetNames) |
| 17 | 248. | ymas.cr (European domains) |
| 18 | 249. | ymas.cr (NetNames) |
| 19 | 250. | ymas.do (European domains) |
| 20 | 251. | ymas.do (NetNames) |
| 21 | 252. | ymas.ec (European domains) |
| 22 | 253. | ymas.ec (NetNames) |
| 23 | 254. | ymas.es (European domains) |
| 24 | 255. | ymas.es (NetNames) |
| 25 | 256. | ymas.org (NetNames) |
| 26 | 257. | ymas.pe (European domains) |
| 27 | 258. | ymas.pe (NetNames) |
| 28 | 259. | ymas.pt (NetNames) |

260.   ymas.us (European domains)

261.   ymas.us (NetNames)

262.   ymas.uy (European domains)

263.   ymas.uy (NetNames)

264.   ymas.uy.com (European domains)

D.   Security Deposits And Retainers/Deposits For Future Services

1.   Any and all bank funds, securities, or other assets remaining in IOLTA account number x6180 at ▮▮▮▮▮▮▮ at the conclusion of litigation in this case (with the understanding that the funds currently on deposit in that account may be withdrawn by counsel solely for the provision of legal services).

2.   Any and all bank funds, securities, or other assets remaining in IOLTA account number x6255 at ▮▮▮▮▮▮▮ at the conclusion of litigation in this case (with the understanding that the funds currently on deposit in that account may be withdrawn by counsel solely for the provision of legal services).

3.   Any and all bank funds, securities, or other assets remaining in IOLTA account number x5978 at ▮▮▮▮▮▮▮ at the conclusion of litigation in this case (with the understanding that the funds currently on deposit in that account may be withdrawn by counsel solely for the provision of legal services).

4.   Any and all bank funds, securities, or other assets previously deposited into IOLTA account number x7091 at ▮▮▮▮▮▮▮ to fund the criminal defense of Backpage.com, LLC, Website Technologies, LLC, Posting Solutions LLC, Amstel River Holdings LLC, Ad Tech BV, and/or UGC Tech Group BV that are remaining in the account at the conclusion of litigation in this case (with the understanding that the funds currently on deposit in that

1    account may be withdrawn by counsel solely for the provision of legal
2    services).

3    **IT IS FURTHER ORDERED** as follows:

4         A.     Upon the entry of this Order, and pursuant to 21 U.S.C. § 853 and Fed. R.
5    Crim. P. 32.2(b)(3), the United States Attorney General (or his designee, the United
6    States Marshals Service ("USMS")) shall seize the Forfeited Property, subject to the
7    following limitations:

8              (1)     With respect to the accounts listed in Section D, the accounts shall
9    not be seized at this time.  Rather, the funds currently on deposit in the listed accounts
10   shall remain under the control of counsel and may be withdrawn by counsel in such
11   amounts as may be necessary to defray the cost of any legal services provided in
12   connection with the instant case or any related civil or criminal proceeding.  At the
13   conclusion of all litigation in connection with the instant case or any related civil or
14   criminal proceeding, counsel shall submit an accounting of all withdrawals made from
15   the accounts listed in Section D to the Attorney General (or his designee) and a schedule
16   of the balances remaining in the respective accounts.  At that time, the United States or
17   the Attorney General (or his designee) may move pursuant to Rule 32.2(e) to amend this
18   Order to specify the amounts in each of the accounts that are subject to forfeiture.  At the
19   end of litigation, instead of seizing the remaining balance in each of the respective
20   accounts once the Order of Forfeiture is amended, the Attorney General (or his designee)
21   shall direct counsel to transfer the remaining balance in each account to an account
22   designated by the Attorney General (or his designee), which transfer will be made by
23   certified check or wire transfer, at the sole election of the Attorney General (or his
24   designee), at a time of the Attorney General's (or his designee's) choosing.

25             (2)     The property listed in Section B shall be seized at the conclusion of
26   any ancillary proceeding needed to determine the rights of any third party in the forfeited
27   property pursuant to Rule 32.2(c) and 21 U.S.C. § 853(n).  If the United States or the
28   Attorney General (or his designee) determines that it is necessary to liquidate the

- 13 -

1   property pursuant to an interlocutory sale while such ancillary proceeding is pending, he

2   may so move pursuant to Rule 32.2(b)(7).

3       B.      Upon entry of this Order, the United States is authorized to conduct any

4   discovery for the purpose of identifying, locating, or disposing of the Forfeited Property

5   pursuant to this Order, 21 U.S.C. § 853(m), and Rule 32.2(b)(3) of the Federal Rules of

6   Criminal Procedure. "Any discovery" shall include all methods of discovery permitted

7   under the Federal Rules of Civil Procedure.

8       C.      The United States Attorney General (or his designee) shall commence any

9   appropriate ancillary proceeding to comply with statutes governing third party rights,

10  including giving notice of this and any other order affecting the Forfeited Property. The

11  following paragraphs shall apply to any ancillary proceeding conducted in this matter:

12          (1)     Pursuant to 21 U.S.C. § 853(n)(1) and Supplemental Rule

13  G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

14  Forfeiture Actions, the government shall publish, for at least thirty (30) consecutive days

15  on an official government website, notice of this Order and any other order affecting the

16  Forfeited Property, and notice that any person, other than defendant, having or claiming a

17  legal interest in the property must file a petition with the Court within thirty (30) days of

18  the publication of notice or receipt of actual notice, whichever is earlier.  The United

19  States shall also, to the extent practicable, provide written notice to any person known to

20  have an alleged interest in the Forfeitable Property that any such person is required to file

21  a petition within thirty (30) days of the giving of such direct notice.

22          (2)     Other than defendant, any person asserting a legal interest in the

23  Forfeited Property may, within thirty (30) days of the publication of notice or receipt of

24  notice, whichever is earlier, petition the Court for a hearing without a jury to adjudicate

25  the validity of his alleged interest in the property, and for an amendment of this order of

26  forfeiture, pursuant to 21 U.S.C. § 853(n)(2).

27          (3)     Any petition filed by a third party asserting an interest in the

28  Forfeited Property shall be signed by the petitioner under penalty of perjury and shall set

forth the nature and extent of the petitioner's purported right, title, or interest in such property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought. *See* 21 U.S.C. § 853(n)(3).

    (4) The United States shall have clear title to the Forfeited Property following the Court's disposition of all third-party interests or, if no petitions are filed, following the expiration of the period provided in 21 U.S.C. § 853(n)(2) for the filing of third party petitions.

  D. Pursuant to Fed. R. Crim. P. 32.2(b)(3) and the agreement of the government and defendant, this Preliminary Order of Forfeiture shall be final as to defendant upon entry and shall be made part of his sentence and included in his judgment. Further, if no timely third party ancillary claims are filed after the government's giving notice as ordered herein, all right, title, and interest in the Forfeited Property shall vest in the government, which shall dispose of the property in accordance with law.

  E. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

  Dated this 16th day of May, 2018.


Honorable Diane J. Humetewa
United States District Judge

- 15 -

Exhibit 7

Due by 6/30/18



**U.S. Department of Justice**

United States Attorney
District of Arizona

| | | |
|---|---|---|
| Two Renaissance Square | Main: | (602) 514-7500 |
| 40 N. Central Ave., Suite 1800 | Main Fax: | (602) 514-7693 |
| Phoenix, AZ 85004-4408 | | |

June 1, 2018

John Brunst
c/o Michael D. Kimerer
Rhonda Elaine Neff
KIMERER & DERRICK, P.C.
1313 E. Osborn Road, Suite 100
Phoenix, AZ 85014

rneff@kimerer.com
mdk@kimerer.com
VIA U.S. MAIL and EMAIL

      Re:    Notice of Third Party Claimant Procedure for
              Property Forfeited in United States v. Backpage.com LLC et al.
              Criminal No. CR 18-00465-PHX-SPL

Dear Sir/Madam:

      The United States District Court for the Arizona District has ordered that certain property belonging to the defendant in the above criminal case be forfeited to the United States. The enclosed Notice of Forfeiture describes the properties subject to forfeiture and the procedure for filing a claim to any of those properties in which you may have a legal right, title or interest.

      By receipt of this letter, you are given actual notice of the forfeiture of the properties referred to in the Notice of Forfeiture and of your right to assert a claim to them. Neither the defendant in the criminal case, nor his agent, is entitled to file a claim. This Notice is intended only to apprize you of your rights; service of this Notice in no way is intended to imply that the United States believes that you would have a valid claim to any of the forfeited property.

      The procedure for filing a claim is set forth more fully in Title 18, United States Code, Section 1963(1). Under Section 1963(1)(2) a person intending to file a claim must do so in the above criminal case within thirty (30) days of his receipt of the Notice of Forfeiture by mail or within 30 days of the last publication of the Order of Forfeiture in http://www.forfeiture.gov, whichever is earlier.

June 1, 2018
Page 2

Your petition must be filed under the above case name and number in the United States District Court for the District of Arizona with a copy to the undersigned attorney for the Government. The appropriate addresses appear in the enclosed Notice of Forfeiture.

Pursuant to 18 U.S.C. § 1963(1)(3), the petition must be signed by the petitioner under penalty of perjury and must identify the particular property or properties in which the petitioner claims a legal right, title or interest; the nature and extent of the right, title or interest claimed for each property; the time and circumstances of the petitioner's acquisition of the right, title and interest in each property; and any additional facts and documents supporting the petitioner's claim and the relief sought that you may wish to submit.

Pursuant to the Local Rules of the United States District Court for the Central District of California, you are further notified that this action is subject to the Electronic Case Filing System ("ECF"). If you are not already registered as an ECF User, then registration can be done at http://www.pacer.gov/.

Very truly yours,

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*/s John Kucera*

JOHN KUCERA
Special Assistant United States Attorney

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8
9    United States of America,              No. CR-18-00465-PHX-DJH

10              Plaintiff,              **PRELIMINARY ORDER OF
                                             FORFEITURE**
11   v.

12   Backpage.com LLC, et al.,

13              Defendants.

14

15

16          Upon consideration of the Stipulation for Entry of Preliminary Order of Forfeiture

17   (Doc. 21) filed by the plaintiff, United States of America, and the defendants,

18   Backpage.com, LLC, Website Technologies, LLC, Posting Solutions LLC, Amstel River

19   Holdings, LLC, Ad Tech BV, and UGC Tech Group CV ("defendants"), pursuant to the

20   information, each defendant's guilty plea to said information, and Rule 32.2(b), Federal

21   Rules of Criminal Procedure, and good cause appearing, the Court **ORDERS** as follows:

22          Any and all of each defendant's rights, title, and interest in and to the following

23   property (the "Forfeited Property") is hereby forfeited to the United States on the ground

24   that it represents or is traceable to proceeds of the underlying violation of conviction.

25   Consistent with the express agreement of the parties, this Order is final as to each

26   defendant upon entry.

27          **IT IS FURTHER ORDERED** the Forfeited Property includes the following:

28   ...

A.    U.S. Bank Accounts

    1.    Any and all bank funds, securities, or other assets on deposit or seized from account number x7188 held at ▮▮▮▮▮▮▮ (The account is held in the name of Posting Solutions LLC and the estimated value is ▮▮▮▮▮▮ )

    2.    Any and all bank funds, securities, or other assets on deposit or seized from account number x4155 at ▮▮▮▮▮▮ that were previously transferred into that account by the bail bonds service of Carl Ferrer. (The estimated value is ▮▮▮▮ )

    3.    Any and all bitcoin or other assets on deposit or seized from bitcoin wallet address -6Lix5 that were previously transferred into that account from the bitcoin wallet address –CSRd8. (The estimated number of bitcoin is 405.)

    4.    Any and all bitcoin or other assets on deposit or seized from bitcoin wallet address -6Lix5 that were previously transferred into that account from the bitcoin wallet address -9aRkE. (The estimated number of bitcoin is 200.)

    5.    Any and all bitcoin or other assets on deposit or seized from bitcoin wallet address -6Lix5 that were previously transferred into that account from Coinapault. (The estimated number of bitcoin is 7.)

    6.    Any and all bitcoin or other assets on deposit or seized from bitcoin wallet -6Lix5 that were previously transferred into that account from GoCoin. (The estimated number of bitcoin is 412.)

    7.    Any and all bitcoin or other assets on deposit or seized from bitcoin wallet address -6Lix5 that were previously transferred into that account from Mobile Currency. (The estimated number of bitcoin is 173.)

    8.    Any and all litecoin or other assets on deposit or seized from litecoin wallet address -goaeV that were previously transferred into that wallet from the Nano Ledger S. (The estimated number of litecoin is 16,311.)

    9.    Any and all bitcoin cash or other assets on deposit or seized from bitcoin cash wallet address –t8v7e that were previously transferred into that

1   account from the Nano Ledger S. (The estimated amount of bitcoin cash is
2   2,673.)

3   10.  Any and all bank funds, securities, or other assets on deposit or seized from
4   account number x4155 at ▮▮▮▮▮▮▮▮ that were previously transferred
5   into that account from an ▮▮▮▮▮▮▮▮ account (x2071) held in the
6   Netherlands. (The estimated value is ▮▮▮▮▮▮.)

7   11.  Any and all bank funds, securities, or other assets on deposit or seized from
8   account number x4155 at ▮▮▮▮▮▮▮▮ that were previously transferred
9   into that account from a ▮▮▮▮▮▮▮▮▮ account (x7684) held in the
10  Netherlands. (The estimated value is ▮▮▮▮▮▮.)

11  12.  Any and all bank funds, securities, or other assets on deposit or seized from
12  account number x6886 held at ▮▮▮▮▮▮. (The account is held in the
13  name of Website Technologies and the estimated value is ▮▮▮▮▮▮▮)

14  13.  Any and all bank funds, securities, or other assets on deposit or seized from
15  account number x1124 held at ▮▮▮▮▮▮. (The account is held in the
16  name of Ad Tech BV and the estimated value is ▮▮▮▮▮▮)

17  14.  Any and all bank funds, securities, or other assets on deposit or seized from
18  account number x1933 held at Crypto Capital. (The account is held in the
19  name of Ad Tech BV and the estimated value is ▮▮▮▮▮▮.)

20  15.  Any and all bank funds, securities, cryptocurrency, or other assets on
21  deposit or seized from an account held at ▮▮▮ in the name of Ad Tech
22  BV. (The estimated value is ▮▮▮▮▮▮.)

23  16.  Any and all bank funds, securities, or other assets on deposit or seized from
24  account number x4155 at ▮▮▮▮▮▮▮▮ that were previously transferred
25  into that account by ▮▮▮▮▮▮ account of Ad Tech BV. (The
26  estimated value is ▮▮▮▮▮▮.)

27  17.  Any and all bank funds, securities, or other assets on deposit or seized from
28  account number x4155 at ▮▮▮▮▮▮▮▮ that were previously transferred

- 3 -

1                into that account by ▮▮▮▮▮▮ account of Website Technologies.  (The

2                estimated value is ▮▮▮▮)

3        18.    Any and all bank funds, securities, or other assets on deposit or seized from

4                account number x4155 at▮▮▮▮▮▮ that were previously or will be

5                transferred into that account by ▮▮▮▮▮▮ on behalf of Website

6                Technologies, LLC.  (The estimated value is ▮▮▮▮)

7  B.     Foreign Bank Accounts

8        1.     Any and all bank funds, securities, or other assets on deposit or seized from

9                account number x5803 held at ▮▮▮▮ (Czech Republic).  (The account

10              is held in the name of Ad Tech BV and the estimated value is ▮▮▮▮)

11        2.     Any and all bank funds, securities, or other assets on deposit or seized from

12              account number x5801 held at ▮▮▮▮ (Czech Republic).  (The account

13              is held in the name of Ad Tech BV and the estimated value is▮▮▮▮)

14        3.     Any and all bank funds, securities, or other assets on deposit or seized from

15              account number x5805 held at ▮▮▮▮ (Czech Republic).  (The account

16              is held in the name of Ad Tech BV and the estimated value is ▮▮▮▮)

17        4.     Any and all bank funds, securities, or other assets on deposit or seized from

18              account number x4198 held at▮▮▮▮ (Czech Republic).  (The account

19              is held in the name of Protecctio s.r.o. and the estimated value is

20              ▮▮▮▮)

21        5.     Any and all bank funds, securities, or other assets on deposit or seized from

22              account number x4194 held at ▮▮▮▮(Czech Republic).  (The account

23              is held in the name of Protecctio s.r.o. and the estimated value is

24              ▮▮▮▮)

25        6.     Any and all bank funds, securities, or other assets on deposit or seized from

26              account number x4196 held at ▮▮▮▮ (Czech Republic).  (The account

27              is held in the name of Protecctio s.r.o. and the estimated value is

28              ▮▮▮▮)

7.    Any and all bank funds, securities, or other assets on deposit or seized from account number x2226 held at ▮▮▮▮▮ (Czech Republic). (The account is held in the name of Gold Leaf s.r.o. and the estimated value is ▮▮▮▮▮.)

8.    Any and all bank funds, securities, or other assets on deposit or seized from account number x2231 held at ▮▮▮▮▮ (Czech Republic). (The account is held in the name of Gold Leaf s.r.o. and the estimated value is ▮▮▮▮▮.)

9.    Any and all bank funds, securities, or other assets on deposit or seized from account number x2230 held at ▮▮▮▮▮ (Czech Republic). (The account is held in the name of Gold Leaf s.r.o. and the estimated value is ▮▮▮▮▮.)

10.   Any and all bank funds, securities, or other assets on deposit or seized from account number x8083 held at ▮▮▮▮▮ (Czech Republic). (The account is held in the name of Varicok Company s.r.o. and the estimated value is ▮▮▮▮▮)

11.   Any and all bank funds, securities, or other assets on deposit or seized from account number x8086 held at ▮▮▮▮▮ (Czech Republic). (The account is held in the name of Varicok Company s.r.o. and the estimated value is ▮▮▮▮▮)

12.   Any and all bank funds, securities, or other assets on deposit or seized from account number x8080 held at ▮▮▮▮▮ (Czech Republic). (The account is held in the name of Varicok Company s.r.o. and the estimated value is ▮▮▮▮▮.)

13.   Any and all bank funds, securities, or other assets on deposit or seized from account number LI090x held at ▮▮▮▮▮ (Estonia). (The account is held in the name of Olist O.U. and the estimated value is ▮▮▮▮▮)

14. Any and all bank funds, securities, or other assets on deposit or seized from account number LI090x held at ███████ (Liechtenstein). (The account is held in the name of Ad Tech BV and the estimated value is ███████)

15. Any and all bank funds, securities, or other assets on deposit or seized from account number LI300x held at ███████ (Liechtenstein). (The account is held in the name of Ad Tech BV and the estimated value is ███████)

16. Any and all bank funds, securities, or other assets on deposit or seized from account number LI740x held at ███████ (Liechtenstein). (The account is held in the name of Ad Tech BV and the estimated value is ███████)

17. Any and all bank funds, securities, or other assets on deposit or seized from account number LI900x held at ███████ (Liechtenstein). (The account is held in the name of Ad Tech BV and the estimated value is ███████)

18. Any and all bank funds, securities, or other assets on deposit or seized from account number x7664 held at ███████ (Netherlands). (The account is held in the name of Procop Services BV and the estimated value is ███████)

19. Any and all bank funds, securities, or other assets on deposit or seized from account number x2452 held at ███████ (Netherlands). (The account is held in the name of Guilietta Group BV and the estimated value is ███████)

20. Any and all bank funds, securities, or other assets on deposit or seized from account number x4721 held at ███████ (Netherlands). (The account is held in the name of Guilietta Group BV and the estimated value is ███████)

1    21.   Any and all bank funds, securities, or other assets on deposit or seized from

2    an account at ███████████ (UK) held in the name of Gulietta

3    Group BV.  (The estimated value is ███████.)

4    22.   Any and all bank funds, securities, or other assets on deposit or seized from

5    an account at ███████████ (UK) held in the name of Universeads

6    BV.  (The estimated value is ███████)

7    23.   Any and all bank funds, securities, or other assets on deposit or seized from

8    account at ███████████ (UK) held in the name of Procop Services

9    BV.  (The estimated value is ███████.)

C.   <u>Domain Names</u>

1.   admoderation.com (Versio)

2.   admoderators.com (Versio)

3.   adnet.ws (NetNames)

4.   adplace24.com (Versio)

5.   adplaces24.com (Versio)

6.   adpost24.com (Versio)

7.   adpost24.cz (GoDaddy)

8.   adquick365.com (Versio)

9.   adreputation.com (NetNames)

10.   ads-posted-mp.com (Versio)

11.   adsplace24.com (Versio)

12.   adspot24.com (Versio)

13.   adspots24.com (Versio)

14.   adsspot24.com (Versio)

15.   adtechbv.co.nl (NetNames)

16.   adtechbv.com (NetNames)

17.   adtechbv.nl (NetNames)

18.   advert-ep.com (Versio)

| | | |
|---|---|---|
| 1 | 19. | adverts-mp.com (Versio) |
| 2 | 20. | axme.com (GoDaddy) |
| 3 | 21. | back0age.com (NetNames) |
| 4 | 22. | backpa.ge (NetNames) |
| 5 | 23. | backpaee.com (NetNames) |
| 6 | 24. | backpage-insider.com (NetNames) |
| 7 | 25. | backpage.adult (NetNames) |
| 8 | 26. | backpage.ae (NetNames) |
| 9 | 27. | backpage.at (NetNames) |
| 10 | 28. | backpage.ax (NetNames) |
| 11 | 29. | backpage.be (NetNames) |
| 12 | 30. | backpage.bg (European domains) |
| 13 | 31. | backpage.bg (NetNames) |
| 14 | 32. | backpage.ca (NetNames) |
| 15 | 33. | backpage.cl (NetNames) |
| 16 | 34. | backpage.cn (European domains) |
| 17 | 35. | backpage.cn (NetNames) |
| 18 | 36. | backpage.co.id (NetNames) |
| 19 | 37. | backpage.co.nl (European domains) |
| 20 | 38. | backpage.co.nl (NetNames) |
| 21 | 39. | backpage.co.nz (NetNames) |
| 22 | 40. | backpage.co.uk (NetNames) |
| 23 | 41. | backpage.co.ve (NetNames) |
| 24 | 42. | backpage.co.za (NetNames) |
| 25 | 43. | backpage.com (NetNames) |
| 26 | 44. | backpage.com.ar (NetNames) |
| 27 | 45. | backpage.com.au (NetNames) |
| 28 | 46. | backpage.com.ph (NetNames) |

| 1 | 47. | backpage.cz (NetNames) |
| 2 | 48. | backpage.dk (NetNames) |
| 3 | 49. | backpage.ec (NetNames) |
| 4 | 50. | backpage.ee (European domains) |
| 5 | 51. | backpage.ee (NetNames) |
| 6 | 52. | backpage.es (NetNames) |
| 7 | 53. | backpage.fi (European domains) |
| 8 | 54. | backpage.fi (NetNames) |
| 9 | 55. | backpage.fr (European domains) |
| 10 | 56. | backpage.fr (NetNames) |
| 11 | 57. | backpage.gr (European domains) |
| 12 | 58. | backpage.gr (NetNames) |
| 13 | 59. | backpage.hk (European domains) |
| 14 | 60. | backpage.hk (NetNames) |
| 15 | 61. | backpage.hu (European domains) |
| 16 | 62. | backpage.hu (NetNames) |
| 17 | 63. | backpage.ie (NetNames) |
| 18 | 64. | backpage.in (NetNames) |
| 19 | 65. | backpage.it (NetNames) |
| 20 | 66. | backpage.jp (NetNames) |
| 21 | 67. | backpage.kr (NetNames) |
| 22 | 68. | backpage.lt (NetNames) |
| 23 | 69. | backpage.lv (European domains) |
| 24 | 70. | backpage.lv (NetNames) |
| 25 | 71. | backpage.me (NetNames) |
| 26 | 72. | backpage.mx (NetNames) |
| 27 | 73. | backpage.my (NetNames) |
| 28 | 74. | backpage.net (NetNames) |

| 1 | 75. | backpage.nl (NetNames) |
|---|---|---|
| 2 | 76. | backpage.no (European domains) |
| 3 | 77. | backpage.no (NetNames) |
| 4 | 78. | backpage.nz (NetNames) |
| 5 | 79. | backpage.pe (NetNames) |
| 6 | 80. | backpage.ph (NetNames) |
| 7 | 81. | backpage.pk (NetNames) |
| 8 | 82. | backpage.pl (NetNames) |
| 9 | 83. | backpage.porn (NetNames) |
| 10 | 84. | backpage.pt (NetNames) |
| 11 | 85. | backpage.ro (European domains) |
| 12 | 86. | backpage.ro (NetNames) |
| 13 | 87. | backpage.se (NetNames) |
| 14 | 88. | backpage.sex (NetNames) |
| 15 | 89. | backpage.sg (NetNames) |
| 16 | 90. | backpage.si (European domains) |
| 17 | 91. | backpage.si (NetNames) |
| 18 | 92. | backpage.sk (European domains) |
| 19 | 93. | backpage.sk (NetNames) |
| 20 | 94. | backpage.sucks (NetNames) |
| 21 | 95. | backpage.tw (NetNames) |
| 22 | 96. | backpage.uk (NetNames) |
| 23 | 97. | backpage.uk.com (NetNames) |
| 24 | 98. | backpage.us (NetNames) |
| 25 | 99. | backpage.vn (NetNames) |
| 26 | 100. | backpage.xxx (NetNames) |
| 27 | 101. | backpage.xyz (NetNames) |
| 28 | 102. | backpagecompimp.com (NetNames) |

| | | |
|--|--|--|
|1|103.|backpagecompimps.com (NetNames)|
|2|104.|backpagepimp.com (NetNames)|
|3|105.|backpagepimps.com (NetNames)|
|4|106.|backpagg.com (NetNames)|
|5|107.|backpagm.com (NetNames)|
|6|108.|backpagu.com (NetNames)|
|7|109.|backpaoe.com (NetNames)|
|8|110.|backpawe.com (NetNames)|
|9|111.|backqage.com (NetNames)|
|10|112.|backrage.com (NetNames)|
|11|113.|backxage.com (NetNames)|
|12|114.|bakkpage.com (NetNames)|
|13|115.|bcklistings.com (NetNames)|
|14|116.|bestofbackpage.com (NetNames)|
|15|117.|bestofbigcity.com (NetNames)|
|16|118.|bickpage.com (NetNames)|
|17|119.|bigcity.com (NetNames)|
|18|120.|bpclassified.com (NetNames)|
|19|121.|bpclassifieds.com (NetNames)|
|20|122.|carlferrer.com (NetNames)|
|21|123.|clasificadosymas.com (NetNames)|
|22|124.|clasificadosymas.net (NetNames)|
|23|125.|clasificadosymas.org (NetNames)|
|24|126.|classifiedsolutions.co.uk (NetNames)|
|25|127.|classifiedsolutions.net (NetNames)|
|26|128.|classyadultads.com (Versio)|
|27|129.|columbusbackpage.com (NetNames)|
|28|130.|connecticutbackpage.com (NetNames)|

- 11 -

1    131.   cracker.co.id (NetNames)

2    132.   cracker.com (NetNames)

3    133.   cracker.com.au (NetNames)

4    134.   cracker.id (NetNames)

5    135.   cracker.net.au (NetNames)

6    136.   crackers.com.au (NetNames)

7    137.   crackers.net.au (NetNames)

8    138.   ctbackpage.com (NetNames)

9    139.   dallasbackpage.com (NetNames)

10   140.   denverbackpage.com (NetNames)

11   141.   easypost123.com (Versio)

12   142.   easyposts123.com (Versio)

13   143.   emais.com.pt (NetNames)

14   144.   evilempire.com (NetNames)

15   145.   ezpost123.com (Versio)

16   146.   fackpage.com (NetNames)

17   147.   fastadboard.com (Versio)

18   148.   guliettagroup.nl (Versio)

19   149.   htpp.org (NetNames)

20   150.   ichold.com (NetNames)

21   151.   internetspeechfoundation.com (nameisp)

22   152.   internetspeechfoundation.org (nameisp)

23   153.   loads2drive.com (NetNames)

24   154.   loadstodrive.com (NetNames)

25   155.   loadtodrive.com (NetNames)

26   156.   losangelesbackpage.com (NetNames)

27   157.   mediafilecloud.com (NetNames)

28   158.   miamibackpage.com (NetNames)

| 1  | 159. | minneapolisbackpage.com (NetNames) |
| 2  | 160. | mobileposting.com (Versio) |
| 3  | 161. | mobilepostings.com (Versio) |
| 4  | 162. | mobilepostlist.com (Versio) |
| 5  | 163. | mobilposting.com (Versio) |
| 6  | 164. | naked.city (NetNames) |
| 7  | 165. | nakedcity.com (NetNames) |
| 8  | 166. | newyorkbackpage.com (NetNames) |
| 9  | 167. | paidbyhour.com (NetNames) |
| 10 | 168. | petseekr.com (NetNames) |
| 11 | 169. | petsfindr.com (NetNames) |
| 12 | 170. | phoenixbackpage.com (NetNames) |
| 13 | 171. | posteasy123.com (Versio) |
| 14 | 172. | postfaster.com (NetNames) |
| 15 | 173. | postfastly.com (NetNames) |
| 16 | 174. | postfastr.com (NetNames) |
| 17 | 175. | postonlinewith.com (Versio) |
| 18 | 176. | postonlinewith.me (Versio) |
| 19 | 177. | postseasy123.com (Versio) |
| 20 | 178. | postsol.com (GoDaddy) |
| 21 | 179. | postszone24.com (Versio) |
| 22 | 180. | postzone24.com (Versio) |
| 23 | 181. | postzones24.com (Versio) |
| 24 | 182. | rentseekr.com (NetNames) |
| 25 | 183. | results911.com (NetNames) |
| 26 | 184. | sandiegobackpage.com (NetNames) |
| 27 | 185. | sanfranciscobackpage.com (NetNames) |
| 28 | 186. | seattlebackpage.com (NetNames) |

| | | |
|---|---|---|
| 1 | 187. | sellyostuffonline.com (Versio) |
| 2 | 188. | sfbackpage.com (NetNames) |
| 3 | 189. | simplepost24.com (Versio) |
| 4 | 190. | simpleposts24.com (Versio) |
| 5 | 191. | svc.ws (NetNames) |
| 6 | 192. | truckrjobs.com (NetNames) |
| 7 | 193. | ugctechgroup.com (NetNames) |
| 8 | 194. | universads.nl (Versio) |
| 9 | 195. | villagevoicepimps.com (GoDaddy) |
| 10 | 196. | websitetechnologies.co.uk (NetNames) |
| 11 | 197. | websitetechnologies.com (NetNames) |
| 12 | 198. | websitetechnologies.net (NetNames) |
| 13 | 199. | websitetechnologies.nl (NetNames) |
| 14 | 200. | websitetechnologies.org (NetNames) |
| 15 | 201. | weprocessmoney.com (GoDaddy) |
| 16 | 202. | wst.ws (NetNames) |
| 17 | 203. | xn--yms-fla.com (NetNames) |
| 18 | 204. | ymas.ar.com (European domains) |
| 19 | 205. | ymas.br.com (European domains) |
| 20 | 206. | ymas.br.com (NetNames) |
| 21 | 207. | ymas.bz (European domains) |
| 22 | 208. | ymas.bz (NetNames) |
| 23 | 209. | ymas.cl (European domains) |
| 24 | 210. | ymas.cl (NetNames) |
| 25 | 211. | ymas.co.bz (European domains) |
| 26 | 212. | ymas.co.bz (NetNames) |
| 27 | 213. | ymas.co.cr (European domains) |
| 28 | 214. | ymas.co.cr (NetNames) |

| | | |
|---|---|---|
| 1 | 215. | ymas.co.ni (European domains) |
| 2 | 216. | ymas.co.ni (NetNames) |
| 3 | 217. | ymas.co.ve (European domains) |
| 4 | 218. | ymas.co.ve (NetNames) |
| 5 | 219. | ymas.com (NetNames) |
| 6 | 220. | ymas.com.br (European domains) |
| 7 | 221. | ymas.com.br (NetNames) |
| 8 | 222. | ymas.com.bz (European domains) |
| 9 | 223. | ymas.com.bz (NetNames) |
| 10 | 224. | ymas.com.co (European domains) |
| 11 | 225. | ymas.com.co (NetNames) |
| 12 | 226. | ymas.com.do (European domains) |
| 13 | 227. | ymas.com.do (NetNames) |
| 14 | 228. | ymas.com.ec (European domains) |
| 15 | 229. | ymas.com.ec (NetNames) |
| 16 | 230. | ymas.com.es (European domains) |
| 17 | 231. | ymas.com.es (NetNames) |
| 18 | 232. | ymas.com.gt (European domains) |
| 19 | 233. | ymas.com.gt (NetNames) |
| 20 | 234. | ymas.com.hn (European domains) |
| 21 | 235. | ymas.com.hn (NetNames) |
| 22 | 236. | ymas.com.mx  (NetNames) |
| 23 | 237. | ymas.com.ni (European domains) |
| 24 | 238. | ymas.com.ni (NetNames) |
| 25 | 239. | ymas.com.pe (European domains) |
| 26 | 240. | ymas.com.pe (NetNames) |
| 27 | 241. | ymas.com.pr (European domains) |
| 28 | 242. | ymas.com.pr (NetNames) |

| | | |
|---|---|---|
| 1 | 243. | ymas.com.pt  (NetNames) |
| 2 | 244. | ymas.com.uy (European domains) |
| 3 | 245. | ymas.com.uy (NetNames) |
| 4 | 246. | ymas.com.ve (European domains) |
| 5 | 247. | ymas.com.ve (NetNames) |
| 6 | 248. | ymas.cr (European domains) |
| 7 | 249. | ymas.cr (NetNames) |
| 8 | 250. | ymas.do (European domains) |
| 9 | 251. | ymas.do (NetNames) |
| 10 | 252. | ymas.ec (European domains) |
| 11 | 253. | ymas.ec (NetNames) |
| 12 | 254. | ymas.es (European domains) |
| 13 | 255. | ymas.es (NetNames) |
| 14 | 256. | ymas.org (NetNames) |
| 15 | 257. | ymas.pe (European domains) |
| 16 | 258. | ymas.pe (NetNames) |
| 17 | 259. | ymas.pt (NetNames) |
| 18 | 260. | ymas.us (European domains) |
| 19 | 261. | ymas.us (NetNames) |
| 20 | 262. | ymas.uy (European domains) |
| 21 | 263. | ymas.uy (NetNames) |
| 22 | 264. | ymas.uy.com (European domains) |

23   D.   <u>Security Deposits And Retainers/Deposits For Future Services</u>

24       1.   Deposit/retainer to DesertNet. (The estimated value is ████.)

25       2.   Deposit/retainer to SalesForce Data Storage & Services. (The estimated
26            value is ████)

27       3.   Deposit/retainer to Sophos EndPoint. (The estimated value is ████)

28       4.   Deposit/retainer to SHI VMWare. (The estimated value is ████)

5.  Deposit/retainer to SalesForce Data Storage & Services.  (The estimated value is ▓▓▓▓ )

6.  Deposit/retainer to SHI. (The estimated value is ▓▓▓▓ )

7.  Prepaid rent to Spaces. (The estimated value is ▓▓▓▓ )

8.  Security deposit to Spaces. (The estimated value is ▓▓▓▓ )

9.  Deposit/retainer to Switch Data Center.   (The estimated value is ▓▓▓▓ )

10.  Any and all bank funds, securities, or other assets remaining in IOLTA account number x6180 at ▓▓▓▓▓▓ at the conclusion of litigation in this case (with the understanding that the funds currently on deposit in that account may be withdrawn by counsel solely for the provision of legal services).

11.  Any and all bank funds, securities, or other assets remaining in IOLTA account number x6255 at ▓▓▓▓▓▓ at the conclusion of litigation in this case (with the understanding that the funds currently on deposit in that account may be withdrawn by counsel solely for the provision of legal services).

12.  Any and all bank funds, securities, or other assets remaining in IOLTA account number x5978 at ▓▓▓▓▓▓ at the conclusion of litigation in this case (with the understanding that the funds currently on deposit in that account may be withdrawn by counsel solely for the provision of legal services).

13.  Any and all bank funds, securities, or other assets previously deposited into IOLTA account number x7091 at ▓▓▓▓ to fund the criminal defense of Backpage.com, LLC, Website Technologies, LLC, Posting Solutions LLC, Amstel River Holdings LLC, Ad Tech BV, and/or UGC Tech Group BV that are remaining in the account at the conclusion of litigation in this case (with the understanding that the funds currently on deposit in that

1    account may be withdrawn by counsel solely for the provision of legal
2    services).

3  E.   Reserves and Accounts Receivable—Foreign

4    1.   Any and all bank funds, securities, or other assets on deposit at ███████
5         ██████, Landstrasse 14, 9496 Balzers, Liechtenstein for the following
6         companies: (a) Ad Tech BV, dba Cracker.com (estimated to be at least
7         ████████).

8    2.   Any and all bank funds, securities, or other assets on deposit at ███████,
9         ██████, 108 Reykjavik, Iceland for the following companies: (a)
10        Protecctio SRO, dba AdPost24.com (estimated to be at least ████████);
11        and (b) Goldleaf SRO, dba Fastadboard.com (estimated to be at least
12        ███████).

13   3.   Any and all bank funds, securities, or other assets on deposit at ██████
14        ███████, Capital Park, Cambridge, CB21 5XE, United Kingdom for the
15        following companies: (a) Protecctio SRO, dba AdPost24.com (estimated to
16        be at least ████████); (b) Gulietta Group BV, dba Mobileposting.com
17        (estimated to be at least ████████; (c) Universads BV, dba
18        Easypost123.com (estimated to be at least ████████); (d) Procop
19        Services BV, dba Postzone24.Com (estimated to be at least ████████);
20        and (e) Procop Services BV, dba Postix.com (estimated to be at least
21        ███████.

22   4.   Any and all bank funds, securities, or other assets on deposit at ██████
23        ███████, Capital Park, Cambridge, CB21 5XE, United Kingdom for
24        Amex for the following companies: (a) Gulietta Group BV, dba
25        mobileposting.com (estimated to be at least ████████); (b) Universads
26        BV, dba easypost123.com (estimated to be at least ████████); (c)
27        Procop Services BV, dba Postzone24.com (estimated to be at least

- 18 -

1             █████; and (d) Procop Services BV, dba Postix.Com (estimated to be

2             at least █████).

3       5.     Any and all bank funds, securities, or other assets on deposit at ███

4             ████████████ 14 Tonbridge Chambers Pembury Road Tonbridge Kent

5             TN9 2HZ United Kingdom for the following companies: (a) Gulietta Group

6             BV, dba Mobileposting.com (estimated to be at least █████); (b)

7             Universads BV, dba easypost123.com (estimated to be at least

8             █████); (c) Protecctio SRO, dba adpost24.com (estimated to be at

9             least █████); (d) Goldleaf SRO, dba fastadboard.com (estimated to

10            be at least █████; (e) Varicok SRO, dba postfree.com (estimated to

11            be at least █████); (f) Procop Services BV, dba postzone24.com

12            (estimated to be at least █████); and (g) Olist OU, dba jeboom.com

13            (estimated to be at least █████).

14       6.     Any and all bank funds, securities, or other assets on deposit at

15            ██████████ 29 Howard Street, North Shields, Tyne And Wear,

16            NE30 1AR, United Kingdom for the Neosurf card for the following

17            companies: (a) Protecctio SRO, dba adpost24.com (estimated to be at least

18            █████); (b) Goldleaf SRO, dba fastadboard.com (estimated to be at

19            least █████); (c) Varicok SRO, dba postfree.com (estimated to be at least

20            █████); and (d) Olist OU, dba jeboom.com (estimated to be at least

21            █████).

22       7.     Any and all bank funds, securities, or other assets on deposit at █████, The

23            Corn Mill, 1 Roydon Road, Stanstead Abbotts, Ware, Hertfordshire; SG12

24            BXL, United Kingdom for the following companies: (a) Gulietta Group

25            BV, dba Mobileposting.com (estimated to be at least █████); (b)

26            Universads BV, dba Easypost123.com (estimated to be at least

27            █████); (c) Procop Services BV, dba Postzone24.com (estimated to

28

be at least ▮▮▮▮); and (d) Procop Services BV, dba Postix.com (estimated to be at least ▮▮▮▮).

8.  Any and all bank funds, securities, or other assets on deposit at ▮▮▮▮ Rafstöðvarvegi 7 | 110 Reykjavík, Iceland for the following companies: (a) Proteccio SRO, dba Adpost24.com (estimated to be at least ▮▮▮▮); (b) Universads BV, dba Easypost123.com (estimated to be at least ▮▮▮▮); (c) Goldleaf SRO, dba FAstADBoard.com (estimated to be at least ▮▮▮▮); (d) Varicok SRO, dba Postfree.com (estimated to be at least ▮▮▮▮); (e) Procop Services BV, dba Postix.com (estimated to be at least ▮▮▮▮); (f) Olist OU, dba Jeboom.com (estimated to be at least ▮▮▮▮).

9.  Any and all bank funds, securities, or other assets on deposit at ▮▮▮▮, Borgartún 25, 6th Floor, 105 Reykjavík, Iceland for the following companies: (a) Gulietta Group BV, dba mobileposting.com (estimated to be at least ▮▮▮▮).

10. Any and all bank funds, securities, or other assets on deposit at ▮▮▮▮, 19f Hangke Building No.92 Yuan Shen Rd. Pudong, Shanghai 200120 China for the following companies: (a) Goldleaf SRO, dba fastadboard.com (estimated to be at least ▮▮▮▮).

11. Any and all bank funds, securities, or other assets on deposit at ▮▮▮▮ ▮▮▮▮ Level 8. 222 Exhibition Street, Melbourne, Victoria, 3000 for the following companies: (a) Ad Tech BV, dba Cracker.com (estimated to be at least ▮▮▮▮).

12. Any and all bank funds, securities, or other assets on deposit at ▮▮▮▮, 52-54 Dimitar Hadzhikotsev Str., 1421 Sofia, Bulgaria for the following companies: (a) Proteccio SRO, dba adpost24.com (estimated to be at least ▮▮▮▮); (b) Goldleaf SRO, dba fastadboard.com

1                 (estimated to be at least ██████); and (c) Procop Services BV, dba

2                 postix.com (estimated to be at least ██████).

3       13.    Any and all bank funds, securities, or other assets on deposit at ████

4              ████, Haachtsesteenweg 1442, 1130 Brussels, Belgium for the following

5              companies: (a) Protecctio SRO, dba adpost24.com (estimated to be at least

6              ████); and (b) Procop Services BV, dba postix.com (estimated to be

7              at least ████).

8       14.    Any and all bank funds, securities, or other assets on deposit at ████

9              ████, 2680 Skymark Ave. Suite 420 Mississauga, ON, L4W 5L6

10             for the following companies: (a) Posting Solutions LLC, dba Postfastr.com

11             (estimated to be at least ████).

12       15.    Any and all bank funds, securities, or other assets on deposit at ████,

13             ████, Operations Level 5 / 12 Commercial Road, Newstead,

14             Queensland 4006 Australia for the following companies: (a) Classified

15             Strategies Cooperatief U.A., dba Backpage.com and cracker.com

16             (estimated to be at least ████).

17       16.    Any and all bank funds, securities, or other assets on deposit at ████

18             ████, Level 12, 1 Peking Road, Tsim Sha Tsui, Kowloon,

19             Hong Kong or ████, Suite B, 29 Harley Street, London,

20             W1G9QR, United Kingdom, for the following companies: (a) Classified

21             Solutions Ltd., dba Backpage.com (estimated to be at least ████).

22 F.   Reserves and Accounts Receivable—Domestic

23       1.     Any and all bank funds, securities, or other assets on deposit at ████,

24             4700 Millenia Blvd. Suite 175, Orlando, Florida 32839 for the following

25             companies: (a) Posting Solutions LLC, dba backpage.com (estimated to be

26             at least ████).

27       2.     Any and all bank funds, securities, or other assets on deposit at ████, 25

28             Taylor St., San Francisco, CA 94123 for the following companies: (a)

1    Website Technologies LLC, dba backpage.com (estimated to be at least

2    ▆▆▆▆▆▆).

3    3.    Any and all bank funds, securities, or other assets on deposit at ▆▆▆▆

4    ▆▆▆▆▆▆▆▆▆▆, 2209 E. Lexington Ave, Fresno, CA 93720

5    for the following companies: (a) Posting Solutions LLC, dba backpage.com

6    (estimated to be at least ▆▆▆▆▆▆).

7    4.    Any and all bank funds, securities, or other assets on deposit at ▆▆▆▆

8    ▆▆▆▆▆▆▆▆▆, A South Carolina Limited Liability ("Bcd")

9    for the following companies: (a) Protecctio SRO, dba adpost24.com

10    (estimated to be at least ▆▆▆); (b) Gulietta Group BV, dba

11    mobileposting.com (estimated to be at least ▆▆▆▆); (c) Universads

12    BV, dba easypost123.com (estimated to be at least ▆▆▆▆); (d)

13    Goldleaf SRO, dba fastadboard.com (estimated to be at least ▆▆▆▆);

14    (e) Varicok SRO, dba postfree.com (estimated to be at least ▆▆▆▆); (f)

15    Procop Services BV, dba postix.com (estimated to be at least ▆▆▆▆');

16    (g) Procop Services BV, dba postzone24.com (estimated to be at least

17    ▆▆▆▆); (h) Olist OU, dba jeboom.com (estimated to be at least

18    ▆▆▆▆); and (i) Posting Solutions LLC, dba backpage.com (estimated to

19    be at least ▆▆▆▆).

20   G.    Trademarks And Other Intellectual Property

21    1.    Backpage (United States, Australia, Canada, Europe).

22    2.    Cracker (Australia).

23    3.    All social media accounts affiliated with Backpage.com (e.g., Twitter

24    account)

25    **IT IS FURTHER ORDERED** as follows:

26    A.    Upon the entry of this Order, and pursuant to 21 U.S.C. § 853 and Fed. R.

27   Crim. P. 32.2(b)(3), the United States Attorney General (or his designee, the United

28

1    States Marshals Service ("USMS")) shall seize the Forfeited Property, subject to the

2    following limitations:

3              (1)    With respect to accounts 10-13 listed in Section D, the accounts

4    shall not be seized at this time.  Rather, the funds currently on deposit in accounts 10-13

5    shall remain under the control of counsel and may be withdrawn by counsel in such

6    amounts as may be necessary to defray the cost of any legal services provided in

7    connection with the instant case or any related civil or criminal proceeding.  At the

8    conclusion of all litigation in connection with the instant case or any related civil or

9    criminal proceeding, counsel shall submit an accounting of all withdrawals made from

10   accounts 10-13 to the Attorney General (or his designee) and a schedule of the balances

11   remaining in the respective accounts.  At that time, the United States or the Attorney

12   General (or his designee) may move pursuant to Rule 32.2(e) to amend this Order to

13   specify the amounts in each of the accounts that are subject to forfeiture.  At the end of

14   litigation, instead of seizing the remaining balance in each of the respective accounts

15   once the Order of Forfeiture is amended, the Attorney General (or his designee) shall

16   direct counsel to transfer the remaining balance in each account to an account designated

17   by the Attorney General (or his designee), which transfer will be made by certified check

18   or wire transfer, at the sole election of the Attorney General (or his designee), at a time of

19   the Attorney General's (or his designee's) choosing.

20           B.     Upon entry of this Order, the United States is authorized to conduct any

21   discovery for the purpose of identifying, locating, or disposing of the Forfeited Property

22   pursuant to this Order, 21 U.S.C. § 853(m), and Rule 32.2(b)(3) of the Federal Rules of

23   Criminal Procedure.  "Any discovery" shall include all methods of discovery permitted

24   under the Federal Rules of Civil Procedure.

25           C.     The United States Attorney General (or his designee) shall commence any

26   appropriate ancillary proceeding to comply with statutes governing third party rights,

27   including giving notice of this and any other order affecting the Forfeited Property.  The

28   following paragraphs shall apply to any ancillary proceeding conducted in this matter: