Thomas H. Bienert, Jr., State Bar No. 135311
tbienert@bmkattorneys.com
Kenneth M. Miller, State Bar No. 151874
kmiller@bmkattorneys.com
Anthony R. Bisconti, State Bar No. 269230
tbisconti@bmkattorneys.com
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile (949) 369-3701

Attorneys for James Larkin

FILED
CLERK, U.S. DISTRICT COURT
8/1/18
CENTRAL DISTRICT OF CALIFORNIA
BY CS DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

CV18-6742-RGK(MMAx)

**In the Matter of the Seizure of:**

Any and all funds held in ▮▮▮▮
▮▮▮▮▮▮▮▮ Account(s) xxxx1889,
xxxx2592, xxxx1938, xxxx2912, and,
xxxx2500.

Case No.
   18-MJ-00722

Notice of Related Cases filed for: 18-MJ-00712; 18-MJ-00713; 18-MJ-00715; 18-MJ-00716; 18-MJ-00718; 18-MJ-00719; 18-MJ-00720; 18-MJ-00721; 18-MJ-00723; 18-MJ-00724; 18-MJ-00751; 18-MJ-00797; 18-MJ-00798; 18-MJ-00996; 18-MJ-00997; 18-MJ-01427; and 18-MJ-1863

**NOTICE OF ERRATA TO NOTICE OF MOTION TO VACATE OR MODIFY SEIZURE WARRANTS, FILED AUGUST 1, 2018**

Hearing Information
Date: August 29, 2018
Time: 1:30 p.m.
Judge: Hon R. Gary Klausner

255 E. Temple Street, 7th Fl.
Los Angeles, CA 90012

---

1
NOTICE ERRATA TO NOTICE OF MOTION TO VACATE OR MODIFY SEIZURE WARRANTS

1  Movant James Larkin, by and through his undersigned counsel, hereby files this
2  Notice of Errata.  On August 1, 2018, James Larkin filed, among other things, a *Notice of*
3  *Motion and Motion to Vacate or Modify Seizure Warrants*.  After submitting to the Court,
4  undersigned counsel identified that the Notice accompanying the motion inadvertently did
5  not include the Court's initials in the case number, and also listed an incorrect hearing date
6  in the body of the Notice.  The hearing date on the motion is August 29, 2018, at 1:30 p.m.,
7  as reflected in the caption of the originally-filed notice and pursuant to the self-calendaring
8  instructions of the Honorable Patrick J. Walsh.
9  Attached hereto as <u>Exhibit 1</u> is an amended and corrected notice.

13  Dated: August 1, 2018                    BIENERT, MILLER & KATZMAN, PLC
14                                           By: <u>/s/ Thomas H. Bienert</u>
15                                               Thomas H. Bienert
                                                 Kenneth M. Miller
16                                               Anthony R. Bisconti
17                                               Attorneys for James Larkin

---

1

NOTICE ERRATA TO NOTICE OF MOTION TO VACATE OR MODIFY SEIZURE WARRANTS

# Exhibit 1

Thomas H. Bienert, Jr., State Bar No. 135311
tbienert@bmkattorneys.com
Kenneth M. Miller, State Bar No. 151874
kmiller@bmkattorneys.com
Anthony R. Bisconti, State Bar No. 269230
tbisconti@bmkattorneys.com
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile (949) 369-3701

Attorneys for James Larkin

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In the Matter of the Seizure of:**<br><br>Any and all funds held in ▓▓▓▓▓▓<br>▓▓▓▓▓▓▓▓▓▓ Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912, and, xxxx2500. | Case No. 18-MJ-00722-PJW<br><br>Notice of Related Cases filed for: 18-MJ-00712; 18-MJ-00713; 18-MJ-00715; 18-MJ-00716; 18-MJ-00718; 18-MJ-00719; 18-MJ-00720; 18-MJ-00721; 18-MJ-00723; 18-MJ-00724; 18-MJ-00751; 18-MJ-00797; 18-MJ-00798; 18-MJ-00996; 18-MJ-00997; 18-MJ-01427; and 18-MJ-1863<br><br>**AMENDED NOTICE OF MOTION TO VACATE OR MODIFY SEIZURE WARRANTS**<br><br>Hearing Information Date:<br>August 29, 2018<br>Time: 1:30 p.m.<br>Judge: Hon R. Gary Klausner<br><br>255 E. Temple Street, 7th Fl.<br>Los Angeles, CA 90012 |

**TO THE COURT AND ALL PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that on August 29, 2018 at 1:30 p.m., or as soon thereafter as counsel may be heard, before the Honorable R. Gary Klausner in Courtroom 790 of the above-captioned court, claimant James Larkin will bring on for hearing his *Motion to Vacate or Modify Seizure Warrants* filed on August 1, 2018, asking the Court to vacate and/or modify the seizure pursuant to Amended Seizure Warrant 18-MJ-00722 on the grounds that seizure violates his rights under the First, Fourth and Fifth Amendments to the United States Constitution.  This motion is based upon this Amended Notice, the memorandum of points and authorities in support of the motion, the declarations filed in support of the motion with their accompanying exhibits, and this Court's entire file. Mr. Larkin has concurrently filed a Notice of Related Cases pursuant to Local Rule 83-1.3.2 identifying all related civil forfeiture actions of which he is aware, including case numbers:  18-MJ-00712; 18-MJ-00713; 18-MJ-00715; 18-MJ-00716; 18-MJ-00718; 18-MJ-00719; 18-MJ-00720; 18-MJ-00721; 18-MJ-00723; 18-MJ-00724; 18-MJ-00751; 18-MJ-00797; 18-MJ-00798; 18-MJ-00996; 18-MJ-00997; 18-MJ-1427; and, 18-MJ-1863.  Mr. Larkin submits that all these actions should be consolidated and resolved in a single forum because the seizures are based on substantially the same facts, as are the arguments for vacating them.1

Dated: August 1, 2018              BIENERT, MILLER & KATZMAN, PLC

                                   By: /s/ Thomas H. Bienert
                                       Thomas H. Bienert
                                       Kenneth M. Miller
                                       Anthony R. Bisconti
                                       Attorneys for James Larkin

---

[1] Local Rule 7-3 does not apply "in connection . . . with applications for temporary restraining orders or preliminary injunctions. . . ."  "[A] pretrial order restraining assets . . . is a preliminary injunction for procedural purposes . . . ." *United States v. Roth*, 912 F.2d 1131, 1133 (9th Cir. 1990).  Because this motion is in connection with a preliminary injunction, Local Rule 7-3 does not apply.