1   2015, C.F. exchanged email correspondence with a representative from a payment
2   processing company. In this email, C.F. identified himself as the CEO of Posting
3   Solutions, described Backpage as a "brand" operated by Posting Solutions, and explained
4   he was seeking to "find a way to position payments under another company."

5    147. The following episode provides an example of how the Posting Solutions
6   payment process worked. On October 16, 2015, Backpage received an email from a
7   customer complaining about her inability to pay for ads using a credit card. In response, a
8   Backpage representative explained—in an email exchange later forwarded to VAUGHT—
9   that "[i]f you would like to pay for upgrades or buy credits, we suggest posting with
10  alternative payment methods such as Bitcoin. If you are in the United States, you can also
11  pay by check or money order. Please make payable to 'Posting Solutions.' WE CAN
12  ONLY ACCEPT CHECKS OR MONEY ORDERS MADE OUT TO 'POSTING
13  SOLUTIONS.' Posting Solutions. Attn: Accounts. P.O. Box 192307. Dallas, TX 75219.
14  Please send through the United States Postal Service. FedEx, UPS, or other mail delivery
15  alternatives cannot deliver to a P.O. Box. When sending your payment please be sure to
16  include your email address. Please do not make your payments out to backpage.com as we
17  will no longer be able to accept them."

18   148. Between around September 2015 and June 2016, over $7.1 million of checks
19  and money orders sent by Backpage customers were deposited in bank accounts held by
20  Posting Solutions.

21   149. Backpage also utilized a different entity, called Website Technologies, LLC
22  ("Website Technologies"), to process Backpage-related funds and took steps to make it
23  appear that Backpage and Website Technologies were independent entities. For example,
24  on March 10, 2014, BRUNST, SPEAR, and others participated in an email exchange with
25  the subject line "Website Technologies vs Backpage (Vendors, audits, risk assessments,
26  email)." During this exchange, one person stated "[C.F.] and I were just discussing
27  company names and the possibility of updating our email addresses to

28

- 38 -

1    websitetechnologies.com." In response, BRUNST cautioned: "We need to think this thru
2    or all the work to separate it from BP will be lost." Similarly, on April 3, 2014, BRUNST
3    sent an email to SPEAR and others explaining that "[b]y May 1 we will have to be out of
4    US Bank. We will move all banking under Website Technologies at [a different bank,
5    BMO Harris]."

6        150.    In many instances, Backpage-related money that was initially deposited into
7    accounts held by Posting Solutions was later transmitted to accounts held by Website
8    Technologies. For example:

9        •    On October 27, 2015, C.F. received an email entitled "Two packages coming
10    your way! (Money Orders)." The email stated that two UPS packages filled with money
11    orders were being sent—one containing $47,647.25 of money orders made out to Backpage
12    and the other containing $52,251.48 of money orders made out to Posting Solutions.

13        •    Similarly, on November 16, 2015, C.F. received an email entitled "Three
14    packages sent today $441,408.69." The email stated that three packages filled with money
15    orders were being sent—one containing $129,193.61 of money orders made out to
16    Backpage, another containing $244,353.63 of money orders made out to Posting Solutions,
17    and the last containing an additional $67,861.75 of money orders made out to Posting
18    Solutions.

19        •    And again, on January 29, 2016, a Posting Solutions account wired $2.4
20    million to a Website Technologies account. PADILLA and C.F. were both authorized
21    signers on the recipient account.

22        151.    In addition to receiving millions of dollars from Posting Solutions, the
23    Website Technologies accounts also served as the repository for millions of dollars of wires
24    from international bank accounts controlled by Backpage-associated entities. For example,
25    between January 2015 and December 2016, Website Technologies accounts received over
26    $45.4 million in wire transfers from Backpage-associated bank accounts in Liechtenstein,
27    over $30.1 million in wire transfers from Backpage-associated bank accounts in Iceland,

28

1    and over $3.9 million in wire transfers from Backpage-associated bank accounts in the

2    Netherlands.

3        152.    In many instances, the next stage of the money-laundering process was for

4    money to be wired from Website Technologies accounts to bank accounts held by a

5    different entity called Cereus Properties LLC ("Cereus Properties").    The authorized

6    signers on the Cereus Properties accounts included SPEAR and BRUNST.    Between

7    around December 2015 and October 2016, Website Technologies accounts sent wire

8    transfers totaling over $47 million to accounts held by Cereus Properties.

9        153.    Accounts held by Cereus Properties also received money directly from

10   international bank accounts controlled by Backpage-associated entities.    For example,

11   between around August 2016 and November 2016, Cereus Properties accounts received

12   over $11.3 million in deposits and wire transfers from Backpage-associated accounts in the

13   Netherlands.

14       154.    After money reached Cereus Properties, large portions of it were funneled

15   back to Backpage or to certain BACKPAGE DEFENDANTS.    For example, between

16   January 2016 and January 2017, LACEY (and LACEY's family members) received

17   distributions totaling over $30.3 million and LARKIN separately received distributions

18   totaling over $21 million.

19       155.    Backpage also furthered its money laundering efforts through the use of

20   bitcoin processing companies. Over time, Backpage utilized companies such as CoinBase,

21   GoCoin, Paxful, Kraken, and Crypto Capital to receive payments from customers and/or

22   route money through the accounts of related companies.

23       156.    Backpage also furthered its money laundering efforts by developing ways for

24   customers to purchase ads using gift cards issued by third-party vendors. This process was

25   described in a July 23, 2015, email exchange between various Backpage employees on

26   which HYER and others were copied. This exchange included the following: "[W]hat if

27   we used a customers [sic] payment method, say visa prepaid card, to buy [bitcoin] from

28

- 40 -

1    our seller account . . . giving said bitcoin to our catch-all wallet elsewhere (instead of to
2    user), simultaneously adding credits/purchasing paid ad or upsells?  From the user's
3    perspective they just input their prepaid card and get their credits or purchase."

### COUNT 1

### (Conspiracy)

6        157.    The factual allegations in Paragraphs 1-156 are incorporated by reference
7    and re-alleged as though fully set forth herein.

8        158.    Beginning in or around 2004, and continuing through the present, in the
9    District of Arizona and elsewhere, defendants LACEY, LARKIN, SPEAR, HYER,
10   PADILLA, and VAUGHT, and others known and unknown to the grand jury, knowingly
11   and intentionally agreed, confederated, and conspired with each other, and with others
12   known and unknown to the grand jury, to commit the following offenses against the United
13   States:

14            a.    18 U.S.C. § 1952(a)(3)(A) (Travel Act—Facilitate Prostitution).

### OBJECT OF THE CONSPIRACY

16       159.    The object of the conspiracy was to obtain money.

### MANNER AND MEANS OF THE CONSPIRACY

18       160.    The manner and means of the conspiracy are described in paragraphs 1-156
19   above, incorporated by reference and re-alleged as though fully set forth herein.

### OVERT ACTS

21       161.    Overt acts were committed in furtherance of the conspiracy, including but
22   not limited to those described in paragraphs 1-156 above, incorporated by reference and
23   re-alleged as though fully set forth herein.

24       In violation of 18 U.S.C. § 371.

25

26

27

28

COUNTS 2-51

**(Travel Act—Facilitate Prostitution)**

162. The factual allegations in Paragraphs 1-161 are incorporated by reference and re-alleged as though fully set forth herein.

163. On or about the dates set forth below, each instance constituting a separate count of this Indictment, in the District of Arizona and elsewhere, defendants LACEY, LARKIN, SPEAR, HYER, PADILLA, and VAUGHT, and others known and unknown to the grand jury, used the mail and any facility in interstate and foreign commerce with intent to otherwise promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, to wit: prostitution offenses in violation of the laws of the State in which they are committed and of the United States, including but not limited to Title 13, Arizona Revised Statutes, Section 13-3214, and thereafter performed and attempted to perform an act that did promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of the unlawful activity, as follows:

| Count | Date | Description |
|---|---|---|
| 2. | Sept. 10, 2013 | Publish ad depicting Victim 5 entitled "Get freaky Tuesday . . Come spend ur day with us – 19," with accompanying text "Doin incalls and outcalls" |
| 3. | Jan. 27, 2014 | Publish ad involving P.R. entitled "50 Red R*O*S*E*S S*P*E*C*I*A*L  - DONT MISS OUT!!!!!" |
| 4. | Jan. 29, 2014 | Publish ad depicting Victim 8 entitled "Puerto Rican mami in walpole area INCALLS –19" after deleting one picture from the originally-submitted ad |
| 5. | Jan. 31, 2014 | Publish ad depicting Victim 8 entitled "Exotic latina, south portland area, ready to play, INCALLS, 30 min specials!!! – |

- 42 -

| | | |
|---|---|---|
| | | 19" after deleting one picture from the originally-submitted ad |
| 6. | Feb. 6, 2014 | Publish ad involving P.R. entitled "75 Red R*O*S*E*S S*P*E*C*I*A*L - DONT MISS OUT!!!!!" |
| 7. | Apr. 20, 2014 | Publish ad involving P.R. entitled "50 Red R*O*S*E*S S*P*E*C*I*A*L - DONT MISS OUT!!!!!" |
| 8. | May 7, 2014 | Publish ad involving P.R. entitled "50 Red R*O*S*E*S S*P*E*C*I*A*L - DONT MISS OUT!!!!!" |
| 9. | May 31, 2014 | Publish ad involving P.R. entitled "50 Red R*O*S*E*S S*P*E*C*I*A*L - DONT MISS OUT!!!!!" |
| 10. | July 1, 2014 | Publish ad involving P.R. entitled "50 Red R*O*S*E*S S*P*E*C*I*A*L - DONT MISS OUT!!!!!" |
| 11. | Aug. 19, 2014 | Publish ad involving P.R. entitled "50 Red R*O*S*E*S S*P*E*C*I*A*L - DONT MISS OUT!!!!!" |
| 12. | Nov. 23, 2014 | Publish ad depicting Victim 10 entitled "New in Town Super Hot Skinny Mixed Cuban Girl With Long Black Hair – 18" after deleting picture from originally-submitted ad |
| 13. | Jan. 29, 2015 | Publish ad depicting Victim 12 entitled "New in Town Sexy Dark Asain Bombshell with a Nice & Tight {Booty} – 23" after deleting one picture from the originally-submitted ad |
| 14. | Jan. 31, 2015 | Publish ad depicting Victim 10 entitled "NEW IN TOWN sexy sweet European mixed Cuban California girl – 21" |
| 15. | Jan. 31, 2015 | Publish ad depicting Victim 12 entitled "New in Town Sexy Dark Asian mixed Bombshell – 23" after deleting one picture from the originally-submitted ad |
| 16. | Feb. 4, 2015 | Publish ad depicting Victim 11 entitled "Upscale Independent BRUNETTE BOMBSHELL 5-Star Fantasy – 26," after |

| | | | |
|---|---|---|---|
| 1 | | | deleting pictures from originally-submitted ad |
| 2 | 17. | Feb. 18, 2015 | Publish ad depicting Victim 11 entitled "Alexis Foxx the |
| 3 | | | HOTTEST in town!!!!! – 26," after deleting six pictures from |
| 4 | | | the originally-submitted ad |
| 5 | 18. | Feb. 26, 2015 | Publish ad involving P.R. entitled "50 Red R*O*S*E*S |
| 6 | | | S*P*E*C*I*A*L  - DONT MISS OUT!!!!!" |
| 7 | 19. | May 18, 2015 | Publish ad depicting Victim 15 entitled "GORGEOUS ebony |
| 8 | | | PLAYMATE Perfect Curves…Skills to make ur TOES |
| 9 | | | CURL – 19," after removing one picture of originally- |
| 10 | | | submitted ad, with accompanying text "you agree . . . you are |
| 11 | | | not affiliated with any law enforcement agency" and "Incalls |
| 12 | | | & Outcall!!!" |
| 13 | 20. | May 19, 2015 | Publish ad depicting Victim 15 entitled "Hot & Driping |
| 14 | | | Submissive Ebony Playmates – 20," after removing one |
| 15 | | | picture of originally-submitted ad, with accompanying text |
| 16 | | | "you agree . . . you are not affiliated with any law enforcement |
| 17 | | | agency" and "We're ready to please and accommodate all of |
| 18 | | | your needs and wants!!  With a mouth that'll ROCK your [] |
| 19 | | | and a [picture of cat] that'll leave you purring for more" |
| 20 | 21. | July 1, 2015 | Publish ad depicting Victim 17 entitled "AbSoLuTeLy |
| 21 | | | AmAziNg CoMe PLaY WiTh Me #1 MoST WaNtEd SwEeT |
| 22 | | | SEXii PlAymate – 20," with accompanying text "By |
| 23 | | | contacting me you agree that you are not affiliated with any |
| 24 | | | form of law enforcement," PERFECT & Will satisfy your |
| 25 | | | every need," and "IN/CALLS – ONLY" |
| 26 | 22. | July 2, 2015 | Publish ad depicting Victim 17 entitled "SeXy!! Exotic |
| 27 | | | playmate Call me! the girl you NEED to See! – 20," with |
| 28 | | | |

| | | |
|---|---|---|
| | | accompanying text "I DO NOT OFFER 40$, 50$, 60$ SPECIALS" and "IN/CALLS – ONLY" |
| 23. | Aug. 13, 2015 | Publish ad depicting Victim 13 entitled "Young SEXY PUERTO RICAN – 19," which accompanying text "I do half hour sessions that vary in donation prices, 80 for head, 120 for hooking up without head and 150 for hooking up with head" |
| 24. | Aug. 15, 2015 | Publish ad depicting Victim 16 entitled "Outcalls Now Freaky Curvy Caramel Lady OUTCALLS NOW – 23" |
| 25. | Sept. 13, 2015 | Publish ad involving P.R. entitled "50 Red R*O*S*E*S S*P*E*C*I*A*L  -  DONT MISS OUT!!!!!" |
| 26. | Nov. 28, 2015 | Publish ad involving P.R. entitled "50 Red R*O*S*E*S S*P*E*C*I*A*L  -  DONT MISS OUT!!!!!" |
| 27. | Apr. 21, 2016 | Publish ad entitled "Finally!! PSE & GFE – Kimber Rae and MIA Marie Together BOOK NOW" |
| 28. | Nov. 3, 2016 | Publish ad entitled "GFEE New – 18" |
| 29. | Nov. 11, 2016 | Publish ad entitled "Mind blowing Tiffany. Incall in Taunton – 37," with accompanying text "Soft GFE . . . Im real and reviewed" |
| 30. | Nov. 14, 2016 | Publish ad entitled "Top Model 2016 Special 'Best Looking Young Asian' . . . – 22," with accompanying text "Sexy Asian Girl Incall Service" and "GFE" |
| 31. | Nov. 14, 2016 | Publish ad entitled "Sometimes It's All About The Journey, And The Destination…..Erectile Dysfunctional G F E Provider – 44," with accompanying test "You can find a few current reviews at T3R xxxxxx#" and "I have been EROS authenticated" |

| 32. | Nov. 19, 2016 | Publish ad entitled "The True (G)irl (F)riend (E)xperience… Visiting November 27th Sunday ~ PRE-BOOKING SPECIAL ~ - 100," with accompanying text "Let's blur restrictions between financial transaction & Romantic Connection" |
| 33. | Nov. 24, 2016 | Publish ad entitled "Top Asian Grand Opening 100% Young 100% Sexy  . . . – 23," with accompanying text "BEST INCALL IN TOWN!" and "GFE" |
| 34. | Nov. 26, 2016 | Publish ad entitled "I LOVE MEN!! I'm a GFE. OutCall and Incall with exception on the Incall!! – 42" |
| 35. | Dec. 20, 2016 | Publish ad entitled "OMG   Sexy Sensual 36DD-24-36 Stacked College Coed With The Best Mouth Ever! BOOK NOW! -24," with accompanying text "I do ALL the things YOU Wish Your Wife Did!!" and "(G).(F).(E) 30 min/$180" |
| 36. | Jan. 15, 2017 | Publish ad entitled "Real & Reviewed Girlfriend Theonesweet.weebly.com – 30," with accompanying text "250 G F E" |
| 37. | Apr. 4, 2017 | Publish ad entitled "KISSING & GFE KOREAN GIRLS – 20" |
| 38. | Apr. 11, 2017 | Publish ad entitled "Pettit Sexy #Corey# 4407239339 – 39," with accompanying text "complete GFE experience" |
| 39. | July 3, 2017 | Publish ad entitled "WANNA HANG OUT NOW UpScale New In Town! Call ME now for an unforgettable visit – 20," with accompanying text "100% GFE with 100% no Pimps" |
| 40. | July 15, 2017 | Publish ad entitled "Ready for some fun daddy? This is your chance too have a amazing time - 21," with accompanying text "Slim body, nice tits, freaky, GFE" |

| 41. | July 15, 2017 | Publish ad entitled "New in town BiGBubble Booty SWEETLiPS HOT BODY – 24," with "GFE" in accompanying text |
| 42. | July 21, 2017 | Publish ad entitled "Pettit Sexy #Corey# 4407239339 – 30," with accompanying text "complete GFE experience" |
| 43. | July 23, 2017 | Publish ad entitled "ASIAN GODDESS young – 20," with accompanying text "100% Discreet service" and "#GFE" |
| 44. | Jan. 26, 2018 | Publish ad entitled "GFE Service Available!    Private Encounters w/ Pampering Beauty" |
| 45. | Jan. 30, 2018 | Publish ad entitled "241 & white plans area Carfun Perfect Treat  Available No Rush," with "Sweet Sexy GFE" in accompanying text |
| 46. | Jan. 30, 2018 | Publish ad entitled "GFE REAL HOT Sweet DREAM AMAZING BEST RELAX" |
| 47. | Jan. 30, 2018 | Publish ad entitled "Tall, Slim & Sexy Luxe Goddess * NARCISA * Sensual Body Rub + Fetish Sessions," with accompanying text "gfe Hh: $160 H: $220" |
| 48. | Jan. 31, 2018 | Publish ad entitled "Exotic Asian Beauty," with accompanying text "I am an independent GFE with excellent massage skills" |
| 49. | Feb. 1, 2018 | Publish ad entitled "Nuru (Best GFE ever) incall only" |
| 50. | Feb. 6, 2018 | Publish ad entitled "Tuesday with Ashleigh. Available now," with "GFE" in accompanying text |
| 51. | Feb. 6, 2018 | Publish ad entitled "GFE  Kisskisspop 100% Real Photo Choice 9Asian girl Nurunude" |

In violation of 18 U.S.C. § 1952(a)(3)(A) and (b)(1)(i).

## COUNT 52

### (Conspiracy To Commit Money Laundering)

164. The factual allegations in Paragraphs 1-163 are incorporated by reference and re-alleged as though fully set forth herein.

165. Beginning in or around 2004, and continuing through the present, in the District of Arizona and elsewhere, defendants LACEY, LARKIN, SPEAR, BRUNST, and HYER, and others known and unknown to the grand jury, knowingly and intentionally agreed, confederated, and conspired with each other, and with others known and unknown to the grand jury, to commit the following offenses against the United States:

        a.     18 U.S.C. § 1956(a)(1)(A)(i) (Promotional Money Laundering)

        b.     18 U.S.C. § 1956(a)(1)(B)(i) (Concealment Money Laundering)

        c.     18 U.S.C. § 1956(a)(2)(A) (Int'l Promotional Money Laundering)

        d.     18 U.S.C. § 1956(a)(2)(B)(i) (Int'l Concealment Money Laundering)

        e.     18 U.S.C. § 1597 (Transactional Money Laundering)

In violation of 18 U.S.C. § 1956(h).

## COUNTS 53-62

### (Concealment Money Laundering)

166. The factual allegations in Paragraphs 1-165 are incorporated by reference and re-alleged as though fully set forth herein.

167. On or about the dates set forth below, each instance constituting a separate count of this Indictment, in the District of Arizona and elsewhere, defendants LACEY, LARKIN, SPEAR, BRUNST, and HYER, and others known and unknown to the grand jury, knowing that the property involved in a financial transaction represented the proceeds of some form of unlawful activity, conducted and attempted to conduct such a financial transaction which in fact involved the proceeds of specified unlawful activity knowing that the transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of the specified

- 48 -

1  unlawful activity, as follows:

| Count | Date | Amount | Description |
|-------|------|--------|-------------|
| 53. | May 18, 2016 | $1,476,505.00 | Website Technologies (x2008) to Cereus Properties (x6211) |
| 54. | May 18, 2016 | $264,438.00 | Website Technologies (x2008) to Cereus Properties (x6211) |
| 55. | May 31, 2016 | $3,171,675.80 | Website Technologies (x2008) to Cereus Properties (x6211) |
| 56. | May 31, 2016 | $432,961.87 | Website Technologies (x2008) to Cereus Properties (x6211) |
| 57. | June 20, 2016 | $842,878.00 | Website Technologies (x2008) to Cereus Properties (x6211) |
| 58. | June 30, 2016 | $3,076,147.75 | Website Technologies (x2008) to Cereus Properties (x6211) |
| 59. | July 27, 2016 | $3,252,681.62 | Website Technologies (x2008) to Cereus Properties (x6211) |
| 60. | July 27, 2016 | $438,818.86 | Website Technologies (x2008) to Cereus Properties (x6211) |
| 61. | Aug. 16, 2016 | $804,250.00 | Website Technologies (x2008) to Cereus Properties (x6211) |
| 62. | Aug. 31, 2016 | $3,171,264.42 | Website Technologies (x2008) to Cereus Properties (x6211) |

In violation of 18 U.S.C. § 1956(a)(1)(B)(i).

- 49 -

1

## COUNTS 63-68

2

### (International Promotional Money Laundering)

3      168.   The factual allegations in Paragraphs 1-167 are incorporated by reference
4   and re-alleged as though fully set forth herein.

5      169.   On or about the dates set forth below, each instance constituting a separate
6   count of this Indictment, in the District of Arizona and elsewhere, defendants LACEY,
7   LARKIN, SPEAR, BRUNST, and HYER, and others known and unknown to the grand
8   jury, transported, transmitted, and transferred, and attempted to transport, transmit, and
9   transfer, a monetary instrument and funds from a place in the United States to and through
10  a place outside the United States, and to a place in the United States from and through a
11  place outside the United States, with the intent to promote the carrying on of specified
12  unlawful activity, as follows:

| Count | Date | Amount | Description |
|-------|------|--------|-------------|
| 63. | Mar. 4, 2014 | $6,450.00 | U.S. Bank (x1165) to S.B. (web developer in India) |
| 64. | Aug. 5, 2016 | $5,005,732.86 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |
| 65. | Sept, 22, 2016 | $2,916,955.00 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |
| 66. | Oct. 3, 2016 | $354,050.84 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |
| 67. | Nov. 2, 2016 | $2,726,170.00 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |
| 68. | Nov. 15, 2016 | $351,403.54 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

26      In violation of 18 U.S.C. § 1956(a)(2)(A).

27

28

**COUNTS 69-93**

**(Transactional Money Laundering)**

170.    The factual allegations in Paragraphs 1-169 are incorporated by reference and re-alleged as though fully set forth herein.

171.    On or about the dates set forth below, each instance constituting a separate count of this Indictment, in the United States and in the District of Arizona and elsewhere, the specified defendant, and others known and unknown to the grand jury, knowingly engaged and attempted to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from specified unlawful activity, as follows:

| Count | Defendant | Date | Amount | Description |
|-------|-----------|------|--------|-------------|
| 69. | LACEY, BRUNST | Aug. 21, 2013 | $30,000.00 | Bank of America (x1793) to Stewart Title (partial payment for Sedona property) |
| 70. | LACEY, BRUNST | Sept. 13, 2013 | $62,491.47 | BMO Harris to Stewart Title (partial payment for Sedona property) |
| 71. | SPEAR | June 11, 2014 | $300,000.00 | National Bank of Arizona (x0178) to Spear Family Trust |
| 72. | SPEAR | June 20, 2014 | $200,000.00 | National Bank of Arizona (x0178) to TD Ameritrade |
| 73. | SPEAR | Nov. 4, 2014 | $1,000,000.00 | National Bank of Arizona (x0178) to UBS Financial |
| 74. | SPEAR | May 14, 2015 | $250,000.00 | National Bank of Arizona (x0178) to Lincoln National Life |
| 75. | SPEAR | May 26, 2015 | $50,000.00 | National Bank of Arizona (x0178) to Industrial Property |

| 1  |     |                  |               |                 | Trust |
|----|-----|------------------|---------------|-----------------|-------|
| 76. | SPEAR | Nov. 3, 2015 | $300,000.00 | National Bank of Arizona (x0178) to Ally Bank |
| 77. | SPEAR | Dec. 1, 2015 | $200,000.00 | National Bank of Arizona (x0178) to Wells Fargo |
| 78. | SPEAR, BRUNST | Jan. 11, 2016 | $133,045.00 | Cereus Properties (x6211) to National Bank of Arizona (x0178) |
| 79. | BRUNST | Jan. 26, 2016 | $101,974.00 | Cereus Properties (x6211) to Wells Fargo (x4891) |
| 80. | LARKIN, BRUNST | Feb. 3, 2016 | $1,507.944.00 | Cereus Properties (x6211) to Charles Schwab |
| 81. | LACEY, BRUNST | Mar. 1, 2016 | $1,692,020.00 | Cereus Properties (x6211) to Bank of America (x5554) |
| 82. | BRUNST | Apr. 1, 2016 | $220,944.00 | Cereus Properties (x6211) to Wells Fargo (x4891) |
| 83. | LACEY, BRUNST | June 27, 2016 | $397,9500.00 | Arizona Bank & Trust (x1793) to Fidelity Title (partial payment for San Francisco property) |
| 84. | LACEY, BRUNST | July 20, 2016 | $12,859,152.57 | Arizona Bank & Trust (x1793) to Fidelity Title (partial payment for San Francisco property) |
| 85. | SPEAR | July 22, 2016 | $50,000.00 | National Bank of Arizona (x0178) to Strategic Storage Trust II |
| 86. | LACEY, BRUNST | Aug. 2, 2016 | $16,243.00 | Cereus Properties (x6211) to Wells Fargo (x0495) |

| 87. | LARKIN, BRUNST | Oct. 6, 2016 | $1,206,356.00 | Cereus Properties (x6211) to Charles Schwab (x4693) |
|---|---|---|---|---|
| 88. | LACEY, BRUNST | Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1967) |
| 89. | LACEY, BRUNST | Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1972) |
| 90. | LACEY, BRUNST | Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1986) |
| 91. | LACEY, BRUNST | Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1991) |
| 92. | LACEY, BRUNST | Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x2014) |
| 93. | SPEAR, BRUNST | Oct. 6, 2016 | $141,444.00 | Cereus Properties (x6211) to National Bank of Arizona (x0178) |

In violation of 18 U.S.C. § 1957.

1                               **FORFEITURE ALLEGATION ONE**

2                       [18 U.S.C. 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

3          1.     Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is

4 hereby given that the United States will seek forfeiture as part of any sentence, pursuant to

5 Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code,

6 Section 2461(c), in the event of any defendant's conviction under Counts 1 through 51 of

7 this Indictment. Each defendant so convicted shall forfeit to the United States the

8 following:

9          a.     All right, title, and interest in any and all property, real or personal,

10 constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of

11 the offense. Such property includes, but is not limited to, the real property located at the

12 following addresses:

13     i.     1100 UNION ST #0700 SAN FRANCISCO CA 94109-2019

14     ii.     2043 PLEASANT HILL RD SEBASTOPOL CA 95472-4947

15     iii.     343 PRESIDIO AVE, SAN FRANCISCO, CA 94115

16     iv.     2755 FILLMORE ST, SAN FRANCISCO, CA 94123

17     v.     5300 STELLA LANE, PARADISE VALLEY, AZ 85253

18     vi.     16901 COLEGROVE DR., DALLAS, TX 75248

19     vii.     10647 NORTH STATE ROUTE 89A, SEDONA, AZ

20     viii.     493 ZINFANDEL LN, ST HELENA, CA 94574

21     ix.     5555 N. CASA BLANCA DR, PARADISE VALLEY, AZ 85253

22     x.     1308 E. 56TH ST UNIT 2, CHICAGO, IL 60637

23 Such property also includes, but is not limited to, funds held in the following bank

24 accounts:

25     i.     Prosperity Bank account number XXXXX7188

26     ii.     Compass Bank Account number XXXXXX3873

27     iii.     Compass Bank Account number XXXXXX3825

28

1    iv.    National Bank of Arizona Account number XXXX0178

2    v.    National Bank of Arizona Account number XXXX0151

3    vi.    National Bank of Arizona Account number XXXX3645

4    vii.    Live Oak Bank Account Number XXXXXXXXXX2523

5    viii.    Ascensus Broker Dealer Services Account Number XXXXX6943-01

6    ix.    Ascensus Broker Dealer Services account Number XXXXX5280-01

7    x.    First Federal Savings & Loan of San Rafael account number XXXX3620

8    xi.    Republic Bank of Arizona account number XXXX1889

9    xii.    Republic Bank of Arizona account number XXXX2592

10    xiii.    Republic Bank of Arizona account number XXXX2912

11    xiv.    Republic Bank of Arizona account number XXXX2500

12    xv.    Republic Bank of Arizona account number XXXX1938

13    xvi.    Bank of America Account number XXXXXXXXXXXX8225

14    xvii.    Bank of America Account number XXXXXXXXXXXX7054

15    xviii.    Bank of America Account number XXXXXXXXXXXX9342

16    xix.    Bank of America Account number XXXXXXXXXXXX0071

17    xx.    San Francisco Fire Credit Union Account Number XXXXXXXXXX2523

18    xxi.    Ally Bank Account Number XXXXXX6292

19    xxii.    Branch Banking and Trust Bank account number XXXXXXXXX0218

20    xxiii.    Green Bank Account number XXX4832

21    xxiv.    Green Bank Account number XXXXXX4293

22    xxv.    Plains Capital Bank account number XXXXXX1098

23    Such property further includes, but is not limited to, the following domain names:

24    i.    atlantabackpage.com

25    ii.    backpage.be

26    iii.    backpage.com

27    iv.    backpage.com.br

28

- 55 -

|    |         |                      |
|----|---------|----------------------|
| 1  | v.      | backpage.cz          |
| 2  | vi.     | backpage.dk          |
| 3  | vii.    | backpage.ee          |
| 4  | viii.   | backpage.es          |
| 5  | ix.     | backpage.fi          |
| 6  | x.      | backpage.fr          |
| 7  | xi.     | backpage.gr          |
| 8  | xii.    | backpage.hu          |
| 9  | xiii.   | backpage.ie          |
| 10 | xiv.    | backpage.it          |
| 11 | xv.     | backpage.lt          |
| 12 | xvi.    | backpage.mx          |
| 13 | xvii.   | backpage.net         |
| 14 | xviii.  | backpage.no          |
| 15 | xix.    | backpage.pl          |
| 16 | xx.     | backpage.pt          |
| 17 | xxi.    | backpage.ro          |
| 18 | xxii.   | backpage.si          |
| 19 | xxiii.  | backpage.sk          |
| 20 | xxiv.   | backpage.us          |
| 21 | xxv.    | backpage-insider.com |
| 22 | xxvi.   | bestofbackpage.com   |
| 23 | xxvii.  | bestofbigcity.com    |
| 24 | xxviii. | bigcity.com          |
| 25 | xxix.   | chicagobackpage.com  |
| 26 | xxx.    | denverbackpage.com   |
| 27 | xxxi.   | newyorkbackpage.com  |
| 28 |         |                      |

xxxii.   phoenixbackpage.com

xxxiii.   sandiegobackpage.com

xxxiv.   seattlebackpage.com

xxxv.   tampabackpage.com

b.   To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

2.   Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

### FORFEITURE ALLEGATION TWO

[18 U.S.C. § 982(a)(1)]

1.   Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States will seek forfeiture as part of any sentence, pursuant Title 18, United States Code, Section 982(a)(1), in the event of any defendant's conviction under Counts 52 through 93 of this Indictment. Each defendant so convicted shall forfeit to the United States the following:

a.   All right, title, and interest in any and all property, real or personal, involved in or traceable to any transaction set forth in Counts 52 through 93 of this Indictment. Such property includes, but is not limited to, the real property located at the following addresses:

i.   1100 UNION ST #0700 SAN FRANCISCO CA 94109-2019

ii.   2043 PLEASANT HILL RD SEBASTOPOL CA 95472-4947

- 57 -

iii.    343 PRESIDIO AVE, SAN FRANCISCO, CA 94115

iv.    2755 FILLMORE ST, SAN FRANCISCO, CA 94123

v.    5300 STELLA LANE, PARADISE VALLEY, AZ 85253

vi.    16901 COLEGROVE DR., DALLAS, TX 75248

vii.    10647 NORTH STATE ROUTE 89A, SEDONA, AZ

viii.    493 ZINFANDEL LN, ST HELENA, CA 94574

ix.    5555 N. CASA BLANCA DR, PARADISE VALLEY, AZ 85253

x.    1308 E. 56TH ST UNIT 2, CHICAGO, IL 60637

Such property also includes, but is not limited to, funds held in the following bank accounts:

i.    Prosperity Bank account number XXXXX7188

ii.    Compass Bank Account number XXXXXX3873

iii.    Compass Bank Account number XXXXXX3825

iv.    National Bank of Arizona Account number XXXX0178

v.    National Bank of Arizona Account number XXXX0151

vi.    National Bank of Arizona Account number XXXX3645

vii.    Live Oak Bank Account Number XXXXXXXXXX2523

viii.    Ascensus Broker Dealer Services Account Number XXXXX6943-01

ix.    Ascensus Broker Dealer Services account Number XXXXX5280-01

x.    First Federal Savings & Loan of San Rafael account number XXXX3620

xi.    Republic Bank of Arizona account number XXXX1889

xii.    Republic Bank of Arizona account number XXXX2592

xiii.    Republic Bank of Arizona account number XXXX2912

xiv.    Republic Bank of Arizona account number XXXX2500

xv.    Republic Bank of Arizona account number XXXX1938

xvi.    Bank of America Account number XXXXXXXXXXXX8225

- 58 -

xvii.   Bank of America Account number XXXXXXXXXXXX7054

xviii.  Bank of America Account number XXXXXXXXXXXX9342

xix.    Bank of America Account number XXXXXXXXXXXX0071

xx.     San Francisco Fire Credit Union Account Number XXXXXXXXXX2523

xxi.    Ally Bank Account Number XXXXXX6292

xxii.   Branch Banking and Trust Bank account number XXXXXXXXX0218

xxiii.  Green Bank Account number XXX4832

xxiv.   Green Bank Account number XXXXXX4293

xxv.    Plains Capital Bank account number XXXXXX1098

Such property further includes, but is not limited to, the following domain names:

i.      atlantabackpage.com

ii.     backpage.be

iii.    backpage.com

iv.     backpage.com.br

v.      backpage.cz

vi.     backpage.dk

vii.    backpage.ee

viii.   backpage.es

ix.     backpage.fi

x.      backpage.fr

xi.     backpage.gr

xii.    backpage.hu

xiii.   backpage.ie

xiv.    backpage.it

xv.     backpage.lt

xvi.    backpage.mx

- 59 -

| | | |
|---|---|---|
| 1 | xvii. | backpage.net |
| 2 | xviii. | backpage.no |
| 3 | xix. | backpage.pl |
| 4 | xx. | backpage.pt |
| 5 | xxi. | backpage.ro |
| 6 | xxii. | backpage.si |
| 7 | xxiii. | backpage.sk |
| 8 | xxiv. | backpage.us |
| 9 | xxv. | backpage-insider.com |
| 10 | xxvi. | bestofbackpage.com |
| 11 | xxvii. | bestofbigcity.com |
| 12 | xxviii. | bigcity.com |
| 13 | xxix. | chicagobackpage.com |
| 14 | xxx. | denverbackpage.com |
| 15 | xxxi. | newyorkbackpage.com |
| 16 | xxxii. | phoenixbackpage.com |
| 17 | xxxiii. | sandiegobackpage.com |
| 18 | xxxiv. | seattlebackpage.com |
| 19 | xxxv. | tampabackpage.com |

b.    To the extent such property is not available for forfeiture, a sum of money equal to the total value of such property.

2.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), each defendant convicted under Counts 52 through 93 of this Indictment shall forfeit substitute property, if, by any act or omission of that defendant, the property described in the preceding paragraph, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to, or

1  deposited with a third party; has been placed beyond the jurisdiction of the court; has been

2  substantially diminished in value; or has been commingled with other property that cannot

3  be divided without difficulty.

4                                        A TRUE BILL

5

6                                        S/
                                         FOREPERSON OF THE GRAND JURY
7                                        Date: March 28, 2018

8  ELIZABETH A. STRANGE
   First Assistant United States Attorney
9  District of Arizona

10 JOHN P. CRONAN
   Acting Assistant Attorney General
11 Criminal Division, U.S. Department of Justice

12

13 S/
   KEVIN M. RAPP
14 DOMINIC LANZA
   MARGARET PERLMETER
15 JOHN J. KUCERA
   Assistant U.S. Attorneys

16 REGINALD E. JONES
   Senior Trial Attorney
17 U.S. Department of Justice, Criminal Division
   Child Exploitation and Obscenity Section
18

19

20

21

22

23

24

25

26

27

28
                                         - 61 -

Exhibit 35

ORIGINAL

# United States District Court

CENTRAL _____ DISTRICT OF _____ CALIFORNIA

In the Matter of the Seizure of                          SEIZURE WARRANT
(Address to Brief description of property or premises to be seized)

ANY AND ALL FUNDS HELD IN ACACIA           CASE NUMBER: 2:18-MJ-01427
CONSERVATION FUNDS LP, ACCOUNT
#'2020

TO: _United States Postal Service (USPS)_ and any Authorized Officer of the United States, Affidavit(s) having been made before me by _POSTAL INSPECTOR KYLE M. REYES_ who has reason to believe that in the Southern District of New York there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

Any and all funds held in Acacia Conservation Funds LP, Account #'2020

which is (state one or more bases for seizure under United States Code)

subject to seizure and forfeiture under 18 U.S.C. § 981(a)(1)(A) and (C)

concerning a violation of Title _18_ United States Code, Sections _1952, 1956, and 1957_.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

_Acacia Conservation Funds LP_ is ordered to deliver said funds immediately and forthwith upon presentation of this warrant to the law enforcement agent serving the warrant, in the form of a cashier's check made payable to the United States Marshals Service.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure in the daytime – 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned judicial officer as required by law. The recipient of this Warrant is HEREBY COMMANDED to comply with the duties and obligations set out in Attachment A attached hereto.

_June 4, 2018  4:20 pm_                           _Los Angeles, California_
Date and Time Issued                              City and State

Hon. Jean Rosenblurth U.S. Magistrate Judge      _[signature]_
Name and Title of Judicial Officer               Signature of Judicial Officer

JOHN J. KUCERA:smb

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF | | |

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

## CERTIFICATION

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and will be
returned through a filing with the Clerk's Office.*

Date: _____          _____
                                        *Executing Officer's Signature*

                                        _____
                                        *Printed Name and Title*

## ATTACHMENT A

I.   Seizure Procedure

A.   The seizure warrant will be presented in person or
transmitted via facsimile or email to personnel of Acacia
Conservation Fund, LC, who will be directed to:

1.   pay all USD Cash, Money Funds and Bank Deposits
in the Subject Accounts forthwith to the United States Marshals
Service ("USMS");

2.   place the Subject Account, and each of them, in
the name and under the control of the USMS;

3.   maintain and continue to manage the securities
held in the Subject Account numbered 41-282020 (including USD
Fixed Income assets, Non-USD Fixed Income assets, USD Equities
assets and Non-USD Equities assets), as well as any USD Cash
that may accrue in the Subject Account following the
presentation of the seizure warrant;

4.   suspend all trading of securities in the
remaining Subject Account pending the receipt of joint
instructions from the government and the current account holders
concerning such trading, or a further order of this Court; and

5.   provide any and all statements for the Subject
Account, monthly or otherwise, to the USMS in care of John
Kucera, Assistant United States Attorney, Asset Forfeiture
Section, United States Attorney's Office, 312 North Spring
Street, 14th Floor, Los Angeles, California 90012.  Acacia
Conservation Fund, LP, shall also continue to provide such
statements to the pre-seizure account holders.

2