FILED
CLERK, U.S. DISTRICT COURT

8/1/18

CENTRAL DISTRICT OF CALIFORNIA
BY: CS _____ DEPUTY

1  Thomas H. Bienert, Jr., State Bar No. 135311
   tbienert@bmkattorneys.com
2  Kenneth M. Miller, State Bar No. 151874
   kmiller@bmkattorneys.com
3  Anthony R. Bisconti, State Bar No. 269230
   tbisconti@bmkattorneys.com
4  BIENERT, MILLER & KATZMAN, PLC
5  903 Calle Amanecer, Suite 350
   San Clemente, California 92673
6  Telephone (949) 369-3700
   Facsimile (949) 369-3701
7
8  Attorneys for James Larkin

9            IN THE UNITED STATES DISTRICT COURT

10          FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                                          CV18-6742-RGK(MMAx)

12  **In the Matter of the Seizure of:**     Case No. ?

13  Any and all funds held in ▮▮▮▮▮              18-MJ-00722
    ▮▮▮▮▮▮▮▮▮▮  Account(s) xxxx1889,     Consolidated with Case Nos.: 18-MJ-00712;
14  xxxx2592, xxxx1938, xxxx2912, and,   18-MJ-00713; 18-MJ-00715; 18-MJ-00716; 18-
15  xxxx2500,                            MJ-00718; 18-MJ-00719; 18-MJ-00720; 18-
                                         MJ-00721; 18-MJ-00723; 18-MJ-00724; 18-
16  And all consolidated cases.          MJ-00751; 18-MJ-00797; 18-MJ-00798; 18-
                                         MJ-00996; 18-MJ-00997; 18-MJ-01427; and
17                                       18:MJ-1863
18
19                                       **CERTIFICATION AND NOTICE OF
                                         INTERESTED PARTIES [L.R. 7.1-1]**
20
21
22
23
24
25
26
27
28

**TO THE COURT AND ALL PARTIES OF RECORD:**

The undersigned counsel of record for James Larkin certifies that the following parties may have a pecuniary interest in the outcome of this case.  The representations are made to enable the Court to evaluate possible disqualification or recusal.

| Party | Connection/Interest |
|---|---|
| John Brunst | Undersigned counsel anticipates that each of these individuals and/or entities has asserted, or will assert, an interest in property(ies) seized in the above-captioned consolidated cases.  Undersigned counsel anticipates that each of these individuals and/or entities has or will join Mr. Larkin's *Motion to Vacate or Modify Seizure Warrants*. |
| Michael Lacey | |
| Margaret Larkin | |
| Ramon Larkin | |
| Troy Larkin | |
| Scott Spear | |
| Cereus Properties, LLC | |
| Shearwater Holdings, LLC | |
| Medalist Holdings, Inc. | |
| Leeward Holdings, LLC | |
| Camarillo Holdings, LLC | |
| Harbor Property Holdings, LLC | |
| Vermillion Holdings, LLC | |

Dated: August 7, 2018         BIENERT, MILLER & KATZMAN, PLC

By: /s/ Thomas H. Bienert
　　Thomas H. Bienert
　　Kenneth M. Miller
　　Anthony R. Bisconti
　　Attorneys for James Larkin

441172-1