FILED
CLERK, U.S. DISTRICT COURT

8/1/18

CENTRAL DISTRICT OF CALIFORNIA
BY: CS            DEPUTY

1  Gary S. Lincenberg – State Bar No. 123058
      glincenberg@birdmarella.com
2  Ariel A. Neuman – State Bar No. 241594
      aneuman@birdmarella.com
3  Gopi K. Panchapakesan – State Bar No. 279586
      gpanchapakesan@birdmarella.com
4  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
5  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
6  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
7
   Attorneys for John Brunst
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **In the Matter of the Seizure of:**<br><br>_____ds held in _____ Account(___) ____1889, ____1938, xxxx2912, and xxxx2500. | CASE NO. 2:18-cv-6742-RGK (MMAx)<br>18-MJ-00722-PJW<br><br>[Related to Case Nos. 18-MJ-00712, 18-MJ-00713, 18-MJ-00715, 18-MJ-00716, 18-MJ-00718, 18-MJ-00719, 18-MJ-00720, 18-MJ-00721, 18-MJ-00723, 18-MJ-00724, 18-MJ-00751, 18-MJ-00797, 18-MJ-00798, 18-MJ-00996, 18-MJ-00997, 18-MJ-01427, and 18-MJ-01863]<br><br>**PROOF OF SERVICE**<br><br>Date:   August 29, 2018<br>Time:   1:30 P.M.<br>Crtrm.:  790<br><br>Assigned to Hon. R. Gary Klausner |

3513482.1

PROOF OF SERVICE

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, 23rd Floor, Los Angeles, CA 90067-2561.

On August 6, 2018, I served the following document(s) described as **NOTICE OF MANUAL FILING; JOHN BRUNST'S JOINDER IN JAMES LARKIN'S MOTION TO VACATE OR MODIFY SEIZURE WARRANTS; [PROPOSED] ORDER;** and **PROOF OF SERVICE** on the interested parties in this action as follows:

| | |
|---|---|
| John K. Kucera<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>Asset Forfeiture Section<br>312 North Spring Street<br>Los Angeles, CA 90012<br>Email: John.Kucera@usdoj.gov | Thomas H. Bienert, Jr.<br>Kenneth M. Miller<br>Bienert Miller & Katzman, PLC<br>903 Calle Amanecer, Suite 350<br>San Clemente, CA 92673<br>Email: tbienert@bmkattorneys.com<br>Email: kmiller@bmkattorneys.com<br>**Counsel for James Larkin** |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address kminutelli@birdmarella.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 6, 2018, at Los Angeles, California.

_____
Karen M. Minutelli

3513482.1

2

PROOF OF SERVICE