FILED
CLERK, U.S. DISTRICT COURT
8/1/18
CENTRAL DISTRICT OF CALIFORNIA
BY: CS    DEPUTY

Thomas H. Bienert, Jr., State Bar No. 135311
tbienert@bmkattorneys.com
Kenneth M. Miller, State Bar No. 151874
kmiller@bmkattorneys.com
Anthony R. Bisconti, State Bar No. 269230
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700 / Facsimile (949) 369-3701

Attorneys for James Larkin

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

CV18-6742-RGK(MMAx)

| | |
|---|---|
| **In the Matter of the Seizure of** | Case No. |
| **Any and all funds held in ▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇ Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912, and xxxx2500.** | 18-MJ-00722 |
| | AMENDED PROOF OF SERVICE |

## AMENDED CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States and I am a resident and employed in Orange County, California; that my business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673; that I am over the age of 18 and not a party to the above-entitled action.

I am employed by a member of the United States District Court, and at whose direction I caused service of the following documents on August 1, 2018 on all interested parties in this action as follows: **(1) Application for Under Seal Filing with Proposed Order; (2) Application to File an Oversized Motion with Proposed Order; (3) Request for Judicial Notice with Exhibits 1-35; (4) Notice of Related Cases; and (5) Request to Vacate or Modify Seizures with Declarations and Exhibits 1-18**

[X] **BY ELECTRONIC TRANSMISSION:** by electronically transmitting a sharefile link to a PDF Version of all the documents listed above to the following email addresses:
**(1) kevin.rapp@usdoj.gov; (2) margaret.perlmeter@us.doj.gov;
(3) peter. kozinets@usdoj.gov; (4) andrew.stone@usdoj.gov;
(5) john.kucera@usdoj.gov; (6) reginald.jones4@usdoj.gov**

[X] **BY OVERNIGHT MAIL:** I deposited a CD with a cover letter containing an electronic copy of all the documents listed above to the following parties via GSO delivery service a confirmation of delivery is attached to this document

1) **Elizabeth Strange**
   **Kevin M. Rapp**
   US Attorney's Office - Phoenix, AZ 2 Renaissance Square
   40 N Central Ave., Ste. 1800 Phoenix, AZ 85004-4408
2) **John Jacob Kucera**
   US Attorney's Office - Los Angeles, CA 312 N Spring St., Ste. 1200
   Los Angeles, CA 90012

[X] **BY OVERNIGHT MAIL:** I deposited a CD with a cover letter containing an electronic copy of all the documents listed above to the following parties via Federal Express delivery service a confirmation of delivery is attached to this document

1) **Reginald E Jones**
   US Dept of Justice - Child Exploitation & Obscenity Section
   1400 New York Ave. NW, Ste. 600
   Washington, DC 20530

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 7, 2018, at San Clemente, California.

*/s/ Toni Thomas*
ToniThomas