UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL (UNDER SEAL)

| Case No. | 2:18-CV-06742-RGK-MAA | Date | August 10, 2018 |
|---|---|---|---|
| Title | In the Matter of Seizure of: Any and all funds held in Republic Bank of Arizona Accounts xxxx1889, xxxx2592, xxxx1938, xxxx2912, and xxxx2500 | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

Not Present    Not Present

**Proceedings:**    (IN CHAMBERS) NOTICE TO ALL PARTIES AND ORDER

The dates ordered by Magistrate Judge Walsh in connection with the Motion to Vacate or Modify Seizure Warrants [6], are hereby vacated and will be reset by this Court.

**IT IS SO ORDERED.**

:

Initials of Preparer    slw