CV 18-06742

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
AUG 13 2018
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☐ U.S. District Judge / ☑ U.S. Magistrate Judge RGK

From: C. ORELLANA, Deputy Clerk Date Received: 08/06/2018

Case No.: LA18MJ00722 Case Title: Any and all funds held in Republic Bank of Arizona Accounts

Document Entitled: JOHN BRUNST'S JOINDER IN JAMES LARKIN'S MOTION TO VACATE OR MODIFY SEIZURE WARRANTS

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | |
|---|---|
| ☐ Local Rule 5-4.1 | Documents must be filed electronically |
| ☐ Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ Local Rule 11-3.1 | Document not legible |
| ☐ Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☐ Local Rule 11-4.1 | No copy provided for judge |
| ☐ Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☐ Local Rule 83-2.5 | No letters to the judge |
| ☐ Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☑ Other: | Filer is not a party to the case. |

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

Date U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

AUG 13 2018
Date U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

**COPY 1 -ORIGINAL-OFFICE COPY 2 -JUDGE COPY 3 -SIGNED & RETURNED TO FILER COPY 4 -FILER RECEIPT**

ORIGINAL

Gary S. Lincenberg – State Bar No. 123058
glincenberg@birdmarella.com
Ariel A. Neuman – State Bar No. 241594
aneuman@birdmarella.com
Gopi K. Panchapakesan – State Bar No. 279586
gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for John Brunst

RECEIVED & RETURNED
CLERK, U.S. DISTRICT COURT
AUG - 6 2017
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

**In the Matter of the Seizure of:**

Any and all funds held in Republic Bank of Arizona Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912, and xxxx2500.

CASE NO. 18-MJ-00722-PJW

[Related to Case Nos. 18-MJ-00712, 18-MJ-00713, 18-MJ-00715, 18-MJ-00716, 18-MJ-00718, 18-MJ-00719, 18-MJ-00720, 18-MJ-00721, 18-MJ-00723, 18-MJ-00724, 18-MJ-00751, 18-MJ-00797, 18-MJ-00798, 18-MJ-00996, 18-MJ-00997, 18-MJ-01427, and 18-MJ-01863]

**JOHN BRUNST'S JOINDER IN JAMES LARKIN'S MOTION TO VACATE OR MODIFY SEIZURE WARRANTS**

*[Filed concurrently with [Proposed] Order]*

Date: August 29, 2018
Time: 1:30 P.M.
Crtrm.: 790

Assigned to Hon. Patrick J. Walsh

FAXED

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT John Brunst, by and through his counsel, will and hereby does join in James Larkin's Motion to Vacate or Modify Seizure Warrants (the "Motion") filed in the above-captioned action, and adopts all of the positions set forth in the Motion as if fully set forth herein. Counsel understands that Mr. Brunst's cases, together with several other related cases, have been consolidated by Judge Walsh given the numerous overlapping and related issues. The seizures in each of these cases were issued out of this Court, stem from the same underlying allegations, and relate to the same set of individuals.

Mr. Brunst holds an interest in the assets that were seized in Related Case Nos. 2:18-MJ-00715, 2:18-MJ-00798, and 2:18-MJ-01863. *See* Exh. A (Declaration of John Brunst).[1] Mr. Brunst therefore joins in the Motion as to the assets seized in Related Case Nos. 2:18-MJ-00715, 2:18-MJ-00798, and 2:18-MJ-01863, specifically:

- Compass Bank Account No. xx3825;
- Compass Bank Account No. xx3873;
- Compass Bank Account No. xx4862;
- Alliance Bernstein Account No. xx6878;
- Alliance Bernstein Account No. xx4954;
- Alliance Bernstein Account No. xx0582;
- Alliance Bernstein Account No. xx7892;
- Alliance Bernstein Account No. xx7889;
- Alliance Bernstein Account No. xx7888; and
- Alliance Bernstein Account No. xx6485.

Mr. Brunst joins in the Motion because he is "so similarly situated [to Mr.

[1] Mr. Brunst's Declaration, which was also filed in support of the Motion, identifies the seized bank and brokerage accounts in which he holds an interest.

Larkin] that filing an independent motion would be redundant." *Tatung Co., Ltd. v. Shu Tze Hsu*, 217 F. Supp. 3d 1138, 1151 (C.D. Cal. 2016). The purported basis for the seizures of Mr. Larkin's accounts are identical to the purported basis for the seizures of Mr. Brunst's accounts, namely that the funds held in their accounts derived from revenues from Backpage.com advertisements that allegedly solicited prostitution. The Motion raises issues that are directly relevant to and overlap with the seizures of Mr. Brunst's assets. All of the arguments made in the Motion therefore apply with equal force to the seizure warrants issued against the assets in which Mr. Brunst holds an interest.

DATED: August 6, 2018

Respectfully submitted,

Gary S. Lincenberg
Ariel A. Neuman
Gopi K. Panchapakesan
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: */s/ Gary S. Lincenberg*
Gary S. Lincenberg
Attorneys for John Brunst

# EXHIBIT A

**DECLARATION OF JOHN BRUNST**

I, John Brunst, declare as follows:

1. I am an individual over the age of eighteen. I submit this declaration based upon my own personal knowledge and, if called as a witness, could and would competently testify thereto under oath.

2. I submit this declaration in support of the *Notice of Motion and Motion to Vacate or Modify Seizure Warrants* (the "Motion") with which this declaration is being concurrently filed.

3. I am a legal and/or beneficial owner of, or hold a direct or indirect interest in, the following assets and their contents (collectively, the "Subject Assets"):

a. BBVA Compass Bank account number ending in xx3825;
b. Alliance Bernstein account number ending in xx6878;
c. Alliance Bernstein account number ending in xx4954;
d. Alliance Bernstein account number ending in xx7892;
e. Alliance Bernstein account number ending in xx7889;
f. Alliance Bernstein account number ending in xx7888;
g. Alliance Bernstein account number ending in xx6485;
h. Alliance Bernstein account number ending in xx0582;
i. BBVA Compass Bank account number ending in xx3873; and
j. BBVA Compass Bank account number ending in xx4862.

4. I did not give permission or otherwise consent to the government's seizure of the Subject Assets.

5. I join in and consent to the request in the Motion to consolidate the related cases identified in the caption of the Motion and in the separately filed Notice of Related Cases.

3512

I swear under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed this 30 day of July, 2018 in Phoenix, Arizona.

John Brunst

435617-1

Gary S. Lincenberg – State Bar No. 123058
glincenberg@birdmarella.com
Ariel A. Neuman – State Bar No. 241594
aneuman@birdmarella.com
Gopi K. Panchapakesan – State Bar No. 279586
gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant John Brunst

RECEIVED & RETURNED
CLERK, U.S. DISTRICT COURT
AUG - 6 2017
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| **In the Matter of the Seizure of:**<br><br>Any and all funds held in Republic Bank of Arizona Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912, and xxxx2500. | CASE NO. 18-MJ-00722-PJW<br><br>[Related to Case Nos. 18-MJ-00712, 18-MJ-00713, 18-MJ-00715, 18-MJ-00716, 18-MJ-00718, 18-MJ-00719, 18-MJ-00720, 18-MJ-00721, 18-MJ-00723, 18-MJ-00724, 18-MJ-00751, 18-MJ-00797, 18-MJ-00798, 18-MJ-00996, 18-MJ-00997, 18-MJ-01427, and 18-MJ-1863]<br><br>**[PROPOSED] ORDER GRANTING JOHN BRUNST'S JOINDER IN JAMES LARKIN'S MOTION TO VACATE OR MODIFY SEIZURE WARRANTS**<br><br>*[Filed concurrently with Joinder in Larkin's Motion to Vacate]*<br><br>Date: August 29, 2018<br>Time: 1:30 P.M.<br>Crtrm.: 790<br><br>Assigned to Hon. Patrick J. Walsh |

3513318.1

This matter came before the Court on August 29, 2018, for hearing on John Brunst's Joinder in James Larkin's Motion to Vacate or Modify Seizure Warrants (the "Motion"). Having considering the briefs and documents submitted in support of and in opposition to the Motion, and having considered the parties' arguments presented at the hearing, it is hereby ordered that:

1. The Motion is GRANTED in its entirety; and

2. The seizure warrants issued in Related Case Nos. 2:18-MJ-00715, 2:18-MJ-00798, and 2:18-MJ-01863 are hereby vacated, and the Government shall release all of the funds held in the following accounts:

- Compass Bank Account No. xx3825;
- Compass Bank Account No. xx3873;
- Compass Bank Account No. xx4862;
- Alliance Bernstein Account No. xx6878;
- Alliance Bernstein Account No. xx4954;
- Alliance Bernstein Account No. xx0582;
- Alliance Bernstein Account No. xx7892;
- Alliance Bernstein Account No. xx7889;
- Alliance Bernstein Account No. xx7888; and
- Alliance Bernstein Account No. xx6485.

**IT IS SO ORDERED.**

DATED:

Hon. Patrick J. Walsh
United States District Court Judge

ORIGINAL

Gary S. Lincenberg – State Bar No. 123058
glincenberg@birdmarella.com
Ariel A. Neuman – State Bar No. 241594
aneuman@birdmarella.com
Gopi K. Panchapakesan – State Bar No. 279586
gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

RECEIVED & RETURNED
CLERK, U.S. DISTRICT COURT
AUG - 6 2017
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Attorneys for John Brunst

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

**In the Matter of the Seizure of:**

Any and all funds held in Republic Bank of Arizona Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912, and xxxx2500.

CASE NO. 18-MJ-00722-PJW

[Related to Case Nos. 18-MJ-00712, 18-MJ-00713, 18-MJ-00715, 18-MJ-00716, 18-MJ-00718, 18-MJ-00719, 18-MJ-00720, 18-MJ-00721, 18-MJ-00723, 18-MJ-00724, 18-MJ-00751, 18-MJ-00797, 18-MJ-00798, 18-MJ-00996, 18-MJ-00997, 18-MJ-01427, and 18-MJ-01863]

**PROOF OF SERVICE**

Date: August 29, 2018
Time: 1:30 P.M.
Crtrm.: 790

Assigned to Hon. Patrick J. Walsh

FAXED

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, 23rd Floor, Los Angeles, CA 90067-2561.

On August 6, 2018, I served the following document(s) described as **NOTICE OF MANUAL FILING; JOHN BRUNST'S JOINDER IN JAMES LARKIN'S MOTION TO VACATE OR MODIFY SEIZURE WARRANTS; [PROPOSED] ORDER;** and **PROOF OF SERVICE** on the interested parties in this action as follows:

John K. Kucera
Assistant U.S. Attorney
U.S. Attorney's Office
Asset Forfeiture Section
312 North Spring Street
Los Angeles, CA 90012
Email: John.Kucera@usdoj.gov

Thomas H. Bienert, Jr.
Kenneth M. Miller
Bienert Miller & Katzman, PLC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Email: tbienert@bmkattorneys.com
Email: kmiller@bmkattorneys.com
**Counsel for James Larkin**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address kminutelli@birdmarella.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 6, 2018, at Los Angeles, California.

/s/ Karen M. Minutelli
Karen M. Minutelli