ORIGINAL

Paul J. Cambria, Jr. (CA 177957)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:  (716) 855-1580
pcambria@lglaw.com

*Attorneys for Claimant*
Michael Lacey



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| In the Matter of the Seizure of:<br><br>Any and all funds held in Republic Bank of Arizona Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912, and xxxx2500. | CASE NO.2:18-cv-6742-RGK (MAAx)<br>18-MJ-00722-PJW<br><br>[Related to Case Nos. 18-MJ-00712, 18-MJ-00713, 18-MJ-00715, 18-MJ-00716, 18-MJ-00718, 18-MJ-00719, 18-MJ-00720, 18-MJ-00721, 18-MJ-00723, 18-MJ-00724, 18-MJ-00751, 18-MJ-00797, 18-MJ-00798, 18-MJ-00996, 18-MJ-00997, 18-MJ-01427, and 18-MJ-1863]<br><br>NOTICE OF MOTION AND MOTION FOR RELEASE OF CERTAIN UNTAINTED FUNDS<br><br>(First request)<br>(Oral Argument Requested) |
|---|---|

Claimant Michael Lacey, by and through Paul J. Cambria, Jr., and the attached memorandum of points and authorities and declarations and attachments, hereby moves this Court for an order requiring the government to release certain untainted funds which were improperly seized, as well as an accelerated hearing of the instant

FILED
2018 AUG 10  PM 3:41

Paul J. Cambria, Jr. (CA 177957)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580
pcambria@lglaw.com

*Attorneys for Claimant*
Michael Lacey

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| **In the Matter of the Seizure of:**<br><br>Any and all funds held in Republic Bank of Arizona Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912, and xxxx2500. | CASE NO.2:18-cv-6742-RGK (MAAx)<br>18-MJ-00722-PJW<br><br>[Related to Case Nos. 18-MJ-00712, 18-MJ-00713, 18-MJ-00715, 18-MJ-00716, 18-MJ-00718, 18-MJ-00719, 18-MJ-00720, 18-MJ-00721, 18-MJ-00723, 18-MJ-00724, 18-MJ-00751, 18-MJ-00797, 18-MJ-00798, 18-MJ-00996, 18-MJ-00997, 18-MJ-01427, and 18-MJ-1863]<br><br>NOTICE OF MOTION AND MOTION FOR RELEASE OF CERTAIN UNTAINTED FUNDS<br><br>(First request)<br>(Oral Argument Requested) |

Claimant Michael Lacey, by and through Paul J. Cambria, Jr., and the attached memorandum of points and authorities and declarations and attachments, hereby moves this Court for an order requiring the government to release certain untainted funds which were improperly seized, as well as an accelerated hearing of the instant

1  motion.  This motion is based on the legal reasoning and authority set forth in the
2  attached memorandum of points and authorities.
3  DATED:       August 10, 2018              Respectfully Submitted,
4
5                               /s/     Paul J. Cambria, Jr.

2