| | | | deleting pictures from originally-submitted ad |
|---|---|---|---|
| 17. | Feb. 18, 2015 | | Publish ad depicting Victim 11 entitled "Alexis Foxx the HOTTEST in town!!!!! – 26," after deleting six pictures from the originally-submitted ad |
| 18. | Feb. 26, 2015 | | Publish ad involving P.R. entitled "50 Red R*O*S*E*S S*P*E*C*I*A*L  -  DONT MISS OUT!!!!!" |
| 19. | May 18, 2015 | | Publish ad depicting Victim 15 entitled "GORGEOUS ebony PLAYMATE Perfect Curves…Skills to make ur TOES CURL – 19," after removing one picture of originally-submitted ad, with accompanying text "you agree . . . you are not affiliated with any law enforcement agency" and "Incalls & Outcall!!!" |
| 20. | May 19, 2015 | | Publish ad depicting Victim 15 entitled "Hot & Driping Submissive Ebony Playmates – 20," after removing one picture of originally-submitted ad, with accompanying text "you agree . . . you are not affiliated with any law enforcement agency" and "We're ready to please and accommodate all of your needs and wants!!  With a mouth that'll ROCK your [] and a [picture of cat] that'll leave you purring for more" |
| 21. | July 1, 2015 | | Publish ad depicting Victim 17 entitled "AbSoLuTeLy AmAziNg CoMe PLaY WiTh Me #1 MoST WaNtEd SwEeT SEXii PlAymate – 20," with accompanying text "By contacting me you agree that you are not affiliated with any form of law enforcement," PERFECT & Will satisfy your every need," and "IN/CALLS – ONLY" |
| 22. | July 2, 2015 | | Publish ad depicting Victim 17 entitled "SeXy!! Exotic playmate Call me! the girl you NEED to See! – 20," with |

| | | |
|---|---|---|
| | | accompanying text "I DO NOT OFFER 40$, 50$, 60$ SPECIALS" and "IN/CALLS – ONLY" |
| 23. | Aug. 13, 2015 | Publish ad depicting Victim 13 entitled "Young SEXY PUERTO RICAN – 19," which accompanying text "I do half hour sessions that vary in donation prices, 80 for head, 120 for hooking up without head and 150 for hooking up with head" |
| 24. | Aug. 15, 2015 | Publish ad depicting Victim 16 entitled "Outcalls Now Freaky Curvy Caramel Lady OUTCALLS NOW – 23" |
| 25. | Sept. 13, 2015 | Publish ad involving P.R. entitled "50 Red R*O*S*E*S S*P*E*C*I*A*L  - DONT MISS OUT!!!!!" |
| 26. | Nov. 28, 2015 | Publish ad involving P.R. entitled "50 Red R*O*S*E*S S*P*E*C*I*A*L  - DONT MISS OUT!!!!!" |
| 27. | Apr. 21, 2016 | Publish ad entitled "Finally!! PSE & GFE – Kimber Rae and MIA Marie Together BOOK NOW" |
| 28. | Nov. 3, 2016 | Publish ad entitled "GFEE New – 18" |
| 29. | Nov. 11, 2016 | Publish ad entitled "Mind blowing Tiffany. Incall in Taunton – 37," with accompanying text "Soft GFE . . . Im real and reviewed" |
| 30. | Nov. 14, 2016 | Publish ad entitled "Top Model 2016 Special 'Best Looking Young Asian' . . . – 22," with accompanying text "Sexy Asian Girl Incall Service" and "GFE" |
| 31. | Nov. 14, 2016 | Publish ad entitled "Sometimes It's All About The Journey, And The Destination.....Erectile Dysfunctional G F E Provider – 44," with accompanying test "You can find a few current reviews at T3R xxxxxx#" and "I have been EROS authenticated" |

| | | |
|---|---|---|
| 32. | Nov. 19, 2016 | Publish ad entitled "The True (G)irl (F)riend (E)xperience… Visiting November 27th Sunday ~ PRE-BOOKING SPECIAL ~ - 100," with accompanying text "Let's blur restrictions between financial transaction & Romantic Connection" |
| 33. | Nov. 24, 2016 | Publish ad entitled "Top Asian Grand Opening 100% Young 100% Sexy  . . – 23," with accompanying text "BEST INCALL IN TOWN!" and "GFE" |
| 34. | Nov. 26, 2016 | Publish ad entitled "I LOVE MEN!! I'm a GFE. OutCall and Incall with exception on the Incall!! – 42" |
| 35. | Dec. 20, 2016 | Publish ad entitled "OMG  Sexy Sensual 36DD-24-36 Stacked College Coed With The Best Mouth Ever! BOOK NOW! -24," with accompanying text "I do ALL the things YOU Wish Your Wife Did!!" and "(G).(F).(E) 30 min/$180" |
| 36. | Jan. 15, 2017 | Publish  ad  entitled  "Real  &  Reviewed  Girlfriend Theonesweet.weebly.com – 30," with accompanying text "250 G F E" |
| 37. | Apr. 4, 2017 | Publish ad entitled "KISSING & GFE KOREAN GIRLS – 20" |
| 38. | Apr. 11, 2017 | Publish ad entitled "Pettit Sexy #Corey# 4407239339 – 39," with accompanying text "complete GFE experience" |
| 39. | July 3, 2017 | Publish ad entitled "WANNA HANG OUT NOW UpScale New In Town! Call ME now for an unforgettable visit – 20," with accompanying text "100% GFE with 100% no Pimps" |
| 40. | July 15, 2017 | Publish ad entitled "Ready for some fun daddy? This is your chance too have a amazing time - 21," with accompanying text "Slim body, nice tits, freaky, GFE" |

| 41. | July 15, 2017 | Publish ad entitled "New in town BiGBubble Booty SWEETLiPS HOT BODY – 24," with "GFE" in accompanying text |
| 42. | July 21, 2017 | Publish ad entitled "Pettit Sexy #Corey# 4407239339 – 30," with accompanying text "complete GFE experience" |
| 43. | July 23, 2017 | Publish ad entitled "ASIAN GODDESS young – 20," with accompanying text "100% Discreet service" and "#GFE" |
| 44. | Jan. 26, 2018 | Publish ad entitled "GFE Service Available!   Private Encounters w/ Pampering Beauty" |
| 45. | Jan. 30, 2018 | Publish ad entitled "241 & white plans area  Carfun  Perfect Treat   Available No Rush," with "Sweet Sexy GFE" in accompanying text |
| 46. | Jan. 30, 2018 | Publish ad entitled "GFE REAL HOT Sweet DREAM AMAZING BEST RELAX" |
| 47. | Jan. 30, 2018 | Publish ad entitled "Tall, Slim & Sexy Luxe Goddess * NARCISA * Sensual Body Rub + Fetish Sessions," with accompanying text "gfe Hh: $160 H: $220" |
| 48. | Jan. 31, 2018 | Publish ad entitled "Exotic Asian Beauty," with accompanying text "I am an independent GFE with excellent massage skills" |
| 49. | Feb. 1, 2018 | Publish ad entitled "Nuru (Best GFE ever) incall only" |
| 50. | Feb. 6, 2018 | Publish ad entitled "Tuesday with Ashleigh. Available now," with "GFE" in accompanying text |
| 51. | Feb. 6, 2018 | Publish ad entitled "GFE  Kisskisspop 100% Real Photo Choice 9Asian girl Nurunude" |

In violation of 18 U.S.C. § 1952(a)(3)(A) and (b)(1)(i).

## COUNT 52

### (Conspiracy To Commit Money Laundering)

164.   The factual allegations in Paragraphs 1-163 are incorporated by reference and re-alleged as though fully set forth herein.

165.   Beginning in or around 2004, and continuing through the present, in the District of Arizona and elsewhere, defendants LACEY, LARKIN, SPEAR, BRUNST, and HYER, and others known and unknown to the grand jury, knowingly and intentionally agreed, confederated, and conspired with each other, and with others known and unknown to the grand jury, to commit the following offenses against the United States:

        a.   18 U.S.C. § 1956(a)(1)(A)(i) (Promotional Money Laundering)

        b.   18 U.S.C. § 1956(a)(1)(B)(i) (Concealment Money Laundering)

        c.   18 U.S.C. § 1956(a)(2)(A) (Int'l Promotional Money Laundering)

        d.   18 U.S.C. § 1956(a)(2)(B)(i) (Int'l Concealment Money Laundering)

        e.   18 U.S.C. § 1597 (Transactional Money Laundering)

In violation of 18 U.S.C. § 1956(h).

## COUNTS 53-62

### (Concealment Money Laundering)

166.   The factual allegations in Paragraphs 1-165 are incorporated by reference and re-alleged as though fully set forth herein.

167.   On or about the dates set forth below, each instance constituting a separate count of this Indictment, in the District of Arizona and elsewhere, defendants LACEY, LARKIN, SPEAR, BRUNST, and HYER, and others known and unknown to the grand jury, knowing that the property involved in a financial transaction represented the proceeds of some form of unlawful activity, conducted and attempted to conduct such a financial transaction which in fact involved the proceeds of specified unlawful activity knowing that the transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of the specified

unlawful activity, as follows:

| Count | Date | Amount | Description |
|---|---|---|---|
| 53. | May 18, 2016 | $1,476,505.00 | Website Technologies (x2008) to Cereus Properties (x6211) |
| 54. | May 18, 2016 | $264,438.00 | Website Technologies (x2008) to Cereus Properties (x6211) |
| 55. | May 31, 2016 | $3,171,675.80 | Website Technologies (x2008) to Cereus Properties (x6211) |
| 56. | May 31, 2016 | $432,961.87 | Website Technologies (x2008) to Cereus Properties (x6211) |
| 57. | June 20, 2016 | $842,878.00 | Website Technologies (x2008) to Cereus Properties (x6211) |
| 58. | June 30, 2016 | $3,076,147.75 | Website Technologies (x2008) to Cereus Properties (x6211) |
| 59. | July 27, 2016 | $3,252,681.62 | Website Technologies (x2008) to Cereus Properties (x6211) |
| 60. | July 27, 2016 | $438,818.86 | Website Technologies (x2008) to Cereus Properties (x6211) |
| 61. | Aug. 16, 2016 | $804,250.00 | Website Technologies (x2008) to Cereus Properties (x6211) |
| 62. | Aug. 31, 2016 | $3,171,264.42 | Website Technologies (x2008) to Cereus Properties (x6211) |

In violation of 18 U.S.C. § 1956(a)(1)(B)(i).

## COUNTS 63-68

### (International Promotional Money Laundering)

168.   The factual allegations in Paragraphs 1-167 are incorporated by reference and re-alleged as though fully set forth herein.

169.   On or about the dates set forth below, each instance constituting a separate count of this Indictment, in the District of Arizona and elsewhere, defendants LACEY, LARKIN, SPEAR, BRUNST, and HYER, and others known and unknown to the grand jury, transported, transmitted, and transferred, and attempted to transport, transmit, and transfer, a monetary instrument and funds from a place in the United States to and through a place outside the United States, and to a place in the United States from and through a place outside the United States, with the intent to promote the carrying on of specified unlawful activity, as follows:

| Count | Date | Amount | Description |
|---|---|---|---|
| 63. | Mar. 4, 2014 | $6,450.00 | U.S. Bank (x1165) to S.B. (web developer in India) |
| 64. | Aug. 5, 2016 | $5,005,732.86 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |
| 65. | Sept, 22, 2016 | $2,916,955.00 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |
| 66. | Oct. 3, 2016 | $354,050.84 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |
| 67. | Nov. 2, 2016 | $2,726,170.00 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |
| 68. | Nov. 15, 2016 | $351,403.54 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

In violation of 18 U.S.C. § 1956(a)(2)(A).

- 50 -

**COUNTS 69-93**

**(Transactional Money Laundering)**

170.   The factual allegations in Paragraphs 1-169 are incorporated by reference
and re-alleged as though fully set forth herein.

171.   On or about the dates set forth below, each instance constituting a separate
count of this Indictment, in the United States and in the District of Arizona and elsewhere,
the specified defendant, and others known and unknown to the grand jury, knowingly
engaged and attempted to engage in a monetary transaction in criminally derived property
of a value greater than $10,000 and is derived from specified unlawful activity, as follows:

| Count | Defendant | Date | Amount | Description |
|---|---|---|---|---|
| 69. | LACEY, BRUNST | Aug. 21, 2013 | $30,000.00 | Bank of America (x1793) to Stewart Title (partial payment for Sedona property) |
| 70. | LACEY, BRUNST | Sept. 13, 2013 | $62,491.47 | BMO Harris to Stewart Title (partial payment for Sedona property) |
| 71. | SPEAR | June 11, 2014 | $300,000.00 | National Bank of Arizona (x0178) to Spear Family Trust |
| 72. | SPEAR | June 20, 2014 | $200,000.00 | National Bank of Arizona (x0178) to TD Ameritrade |
| 73. | SPEAR | Nov. 4, 2014 | $1,000,000.00 | National Bank of Arizona (x0178) to UBS Financial |
| 74. | SPEAR | May 14, 2015 | $250,000.00 | National Bank of Arizona (x0178) to Lincoln National Life |
| 75. | SPEAR | May 26, 2015 | $50,000.00 | National Bank of Arizona (x0178) to Industrial Property |

| | | | | |
|---|---|---|---|---|
| | | | | Trust |
| 76. | SPEAR | Nov. 3, 2015 | $300,000.00 | National Bank of Arizona (x0178) to Ally Bank |
| 77. | SPEAR | Dec. 1, 2015 | $200,000.00 | National Bank of Arizona (x0178) to Wells Fargo |
| 78. | SPEAR, BRUNST | Jan. 11, 2016 | $133,045.00 | Cereus Properties (x6211) to National Bank of Arizona (x0178) |
| 79. | BRUNST | Jan. 26, 2016 | $101,974.00 | Cereus Properties (x6211) to Wells Fargo (x4891) |
| 80. | LARKIN, BRUNST | Feb. 3, 2016 | $1,507.944.00 | Cereus Properties (x6211) to Charles Schwab |
| 81. | LACEY, BRUNST | Mar. 1, 2016 | $1,692,020.00 | Cereus Properties (x6211) to Bank of America (x5554) |
| 82. | BRUNST | Apr. 1, 2016 | $220,944.00 | Cereus Properties (x6211) to Wells Fargo (x4891) |
| 83. | LACEY, BRUNST | June 27, 2016 | $397,9500.00 | Arizona Bank & Trust (x1793) to Fidelity Title (partial payment for San Francisco property) |
| 84. | LACEY, BRUNST | July 20, 2016 | $12,859,152.57 | Arizona Bank & Trust (x1793) to Fidelity Title (partial payment for San Francisco property) |
| 85. | SPEAR | July 22, 2016 | $50,000.00 | National Bank of Arizona (x0178) to Strategic Storage Trust II |
| 86. | LACEY, BRUNST | Aug. 2, 2016 | $16,243.00 | Cereus Properties (x6211) to Wells Fargo (x0495) |

- 52 -

| 87. | LARKIN, BRUNST | Oct. 6, 2016 | $1,206,356.00 | Cereus Properties (x6211) to Charles Schwab (x4693) |
|-----|----------------|--------------|---------------|---------------------------------------------------|
| 88. | LACEY, BRUNST | Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1967) |
| 89. | LACEY, BRUNST | Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1972) |
| 90. | LACEY, BRUNST | Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1986) |
| 91. | LACEY, BRUNST | Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1991) |
| 92. | LACEY, BRUNST | Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x2014) |
| 93. | SPEAR, BRUNST | Oct. 6, 2016 | $141,444.00 | Cereus Properties (x6211) to National Bank of Arizona (x0178) |

In violation of 18 U.S.C. § 1957.

# FORFEITURE ALLEGATION ONE

[18 U.S.C. 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

1.     Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), in the event of any defendant's conviction under Counts 1 through 51 of this Indictment. Each defendant so convicted shall forfeit to the United States the following:

a.     All right, title, and interest in any and all property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense. Such property includes, but is not limited to, the real property located at the following addresses:

    i.     1100 UNION ST #0700 SAN FRANCISCO CA 94109-2019

    ii.     2043 PLEASANT HILL RD SEBASTOPOL CA 95472-4947

    iii.     343 PRESIDIO AVE, SAN FRANCISCO, CA 94115

    iv.     2755 FILLMORE ST, SAN FRANCISCO, CA 94123

    v.     5300 STELLA LANE, PARADISE VALLEY, AZ 85253

    vi.     16901 COLEGROVE DR., DALLAS, TX 75248

    vii.     10647 NORTH STATE ROUTE 89A, SEDONA, AZ

    viii.     493 ZINFANDEL LN, ST HELENA, CA 94574

    ix.     5555 N. CASA BLANCA DR, PARADISE VALLEY, AZ 85253

    x.     1308 E. 56TH ST UNIT 2, CHICAGO, IL 60637

Such property also includes, but is not limited to, funds held in the following bank accounts:

    i.     Prosperity Bank account number XXXXX7188

    ii.     Compass Bank Account number XXXXXX3873

    iii.     Compass Bank Account number XXXXXX3825

- 54 -

1    iv.    National Bank of Arizona Account number XXXX0178
2    v.     National Bank of Arizona Account number XXXX0151
3    vi.    National Bank of Arizona Account number XXXX3645
4    vii.   Live Oak Bank Account Number XXXXXXXXXX2523
5    viii.  Ascensus Broker Dealer Services Account Number XXXXX6943-01
6    ix.    Ascensus Broker Dealer Services account Number XXXXX5280-01
7    x.     First Federal Savings & Loan of San Rafael account number XXXX3620
8    xi.    Republic Bank of Arizona account number XXXX1889
9    xii.   Republic Bank of Arizona account number XXXX2592
10   xiii.  Republic Bank of Arizona account number XXXX2912
11   xiv.   Republic Bank of Arizona account number XXXX2500
12   xv.    Republic Bank of Arizona account number XXXX1938
13   xvi.   Bank of America Account number XXXXXXXXXXXX8225
14   xvii.  Bank of America Account number XXXXXXXXXXXX7054
15   xviii. Bank of America Account number XXXXXXXXXXXX9342
16   xix.   Bank of America Account number XXXXXXXXXXXX0071
17   xx.    San Francisco Fire Credit Union Account Number XXXXXXXXXX2523
18   xxi.   Ally Bank Account Number XXXXXX6292
19   xxii.  Branch Banking and Trust Bank account number XXXXXXXXX0218
20   xxiii. Green Bank Account number XXX4832
21   xxiv.  Green Bank Account number XXXXXX4293
22   xxv.   Plains Capital Bank account number XXXXXX1098
23   Such property further includes, but is not limited to, the following domain names:
24   i.     atlantabackpage.com
25   ii.    backpage.be
26   iii.   backpage.com
27   iv.    backpage.com.br
28

- 55 -

| 1  | v.      | backpage.cz          |
|----|---------|----------------------|
| 2  | vi.     | backpage.dk          |
| 3  | vii.    | backpage.ee          |
| 4  | viii.   | backpage.es          |
| 5  | ix.     | backpage.fi          |
| 6  | x.      | backpage.fr          |
| 7  | xi.     | backpage.gr          |
| 8  | xii.    | backpage.hu          |
| 9  | xiii.   | backpage.ie          |
| 10 | xiv.    | backpage.it          |
| 11 | xv.     | backpage.lt          |
| 12 | xvi.    | backpage.mx          |
| 13 | xvii.   | backpage.net         |
| 14 | xviii.  | backpage.no          |
| 15 | xix.    | backpage.pl          |
| 16 | xx.     | backpage.pt          |
| 17 | xxi.    | backpage.ro          |
| 18 | xxii.   | backpage.si          |
| 19 | xxiii.  | backpage.sk          |
| 20 | xxiv.   | backpage.us          |
| 21 | xxv.    | backpage-insider.com |
| 22 | xxvi.   | bestofbackpage.com   |
| 23 | xxvii.  | bestofbigcity.com    |
| 24 | xxviii. | bigcity.com          |
| 25 | xxix.   | chicagobackpage.com  |
| 26 | xxx.    | denverbackpage.com   |
| 27 | xxxi.   | newyorkbackpage.com  |
| 28 |         |                      |

1    xxxii.   phoenixbackpage.com

2    xxxiii.   sandiegobackpage.com

3    xxxiv.   seattlebackpage.com

4    xxxv.   tampabackpage.com

5           b.      To the extent such property is not available for forfeiture, a sum of

6    money equal to the total value of the property described in subparagraph (a).

7           2.      Pursuant to Title 21, United States Code, Section 853(p), as incorporated by

8    Title 28, United States Code, Section 2461(c), the defendant shall forfeit substitute

9    property, up to the total value of the property described in the preceding paragraph if, as

10   the result of any act or omission of the defendant, the property described in the preceding

11   paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence;

12   (b) has been transferred, sold to or deposited with a third party; (c) has been placed beyond

13   the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been

14   commingled with other property that cannot be divided without difficulty.

15                        **FORFEITURE ALLEGATION TWO**

16                          [18 U.S.C. § 982(a)(1)]

17          1.      Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is

18   hereby given that the United States will seek forfeiture as part of any sentence, pursuant

19   Title 18, United States Code, Section 982(a)(1), in the event of any defendant's conviction

20   under Counts 52 through 93 of this Indictment.  Each defendant so convicted shall forfeit

21   to the United States the following:

22          a.      All right, title, and interest in any and all property, real or personal,

23   involved in or traceable to any transaction set forth in Counts 52 through 93 of this

24   Indictment.  Such property includes, but is not limited to, the real property located at the

25   following addresses:

26   i.      1100 UNION ST #0700 SAN FRANCISCO CA 94109-2019

27   ii.     2043 PLEASANT HILL RD SEBASTOPOL CA 95472-4947

28
                                    - 57 -

1    iii.    343 PRESIDIO AVE, SAN FRANCISCO, CA 94115

2    iv.    2755 FILLMORE ST, SAN FRANCISCO, CA 94123

3    v.    5300 STELLA LANE, PARADISE VALLEY, AZ 85253

4    vi.    16901 COLEGROVE DR., DALLAS, TX 75248

5    vii.    10647 NORTH STATE ROUTE 89A, SEDONA, AZ

6    viii.    493 ZINFANDEL LN, ST HELENA, CA 94574

7    ix.    5555 N. CASA BLANCA DR, PARADISE VALLEY, AZ 85253

8    x.    1308 E. 56TH ST UNIT 2, CHICAGO, IL 60637

9    Such property also includes, but is not limited to, funds held in the following bank

10    accounts:

11    i.    Prosperity Bank account number XXXXX7188

12    ii.    Compass Bank Account number XXXXXX3873

13    iii.    Compass Bank Account number XXXXXX3825

14    iv.    National Bank of Arizona Account number XXXX0178

15    v.    National Bank of Arizona Account number XXXX0151

16    vi.    National Bank of Arizona Account number XXXX3645

17    vii.    Live Oak Bank Account Number XXXXXXXXXX2523

18    viii.    Ascensus Broker Dealer Services Account Number XXXXX6943-01

19    ix.    Ascensus Broker Dealer Services account Number XXXXX5280-01

20    x.    First Federal Savings & Loan of San Rafael account number XXXX3620

21    xi.    Republic Bank of Arizona account number XXXX1889

22    xii.    Republic Bank of Arizona account number XXXX2592

23    xiii.    Republic Bank of Arizona account number XXXX2912

24    xiv.    Republic Bank of Arizona account number XXXX2500

25    xv.    Republic Bank of Arizona account number XXXX1938

26    xvi.    Bank of America Account number XXXXXXXXXXXX8225

27

28

xvii.    Bank of America Account number XXXXXXXXXXXX7054

xviii.   Bank of America Account number XXXXXXXXXXXX9342

xix.    Bank of America Account number XXXXXXXXXXXX0071

xx.    San Francisco Fire Credit Union Account Number XXXXXXXXXX2523

xxi.    Ally Bank Account Number XXXXXX6292

xxii.   Branch Banking and Trust Bank account number XXXXXXXXX0218

xxiii.   Green Bank Account number XXX4832

xxiv.   Green Bank Account number XXXXXX4293

xxv.    Plains Capital Bank account number XXXXXX1098

Such property further includes, but is not limited to, the following domain names:

i.    atlantabackpage.com

ii.    backpage.be

iii.    backpage.com

iv.    backpage.com.br

v.    backpage.cz

vi.    backpage.dk

vii.    backpage.ee

viii.   backpage.es

ix.    backpage.fi

x.    backpage.fr

xi.    backpage.gr

xii.    backpage.hu

xiii.   backpage.ie

xiv.    backpage.it

xv.    backpage.lt

xvi.    backpage.mx

| | | |
|---|---|---|
| 1 | xvii. | backpage.net |
| 2 | xviii. | backpage.no |
| 3 | xix. | backpage.pl |
| 4 | xx. | backpage.pt |
| 5 | xxi. | backpage.ro |
| 6 | xxii. | backpage.si |
| 7 | xxiii. | backpage.sk |
| 8 | xxiv. | backpage.us |
| 9 | xxv. | backpage-insider.com |
| 10 | xxvi. | bestofbackpage.com |
| 11 | xxvii. | bestofbigcity.com |
| 12 | xxviii. | bigcity.com |
| 13 | xxix. | chicagobackpage.com |
| 14 | xxx. | denverbackpage.com |
| 15 | xxxi. | newyorkbackpage.com |
| 16 | xxxii. | phoenixbackpage.com |
| 17 | xxxiii. | sandiegobackpage.com |
| 18 | xxxiv. | seattlebackpage.com |
| 19 | xxxv. | tampabackpage.com |

       b.     To the extent such property is not available for forfeiture, a sum of money equal to the total value of such property.

       2.     Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), each defendant convicted under Counts 52 through 93 of this Indictment shall forfeit substitute property, if, by any act or omission of that defendant, the property described in the preceding paragraph, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to, or

- 60 -

1    deposited with a third party; has been placed beyond the jurisdiction of the court; has been

2    substantially diminished in value; or has been commingled with other property that cannot

3    be divided without difficulty.

4                                              A TRUE BILL

5

6                                              S/
                                               FOREPERSON OF THE GRAND JURY
7                                              Date:  March 28, 2018

8    ELIZABETH A. STRANGE
     First Assistant United States Attorney
9    District of Arizona

10   JOHN P. CRONAN
     Acting Assistant Attorney General
11   Criminal Division, U.S. Department of Justice

12
     S/
13   KEVIN M. RAPP
     DOMINIC LANZA
14   MARGARET PERLMETER
     JOHN J. KUCERA
15   Assistant U.S. Attorneys

16   REGINALD E. JONES
     Senior Trial Attorney
17   U.S. Department of Justice, Criminal Division
     Child Exploitation and Obscenity Section

18

19

20

21

22

23

24

25

26

27

28

                                              - 61 -

**EXHIBIT B**

Paul J. Cambria, Jr. (NY 15873, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:  (716) 855-1580
pcambria@lglaw.com

Erin E. McCampbell (NY 4480166, admitted *pro hac vice*)
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile:  (716) 855-1580
emccampbell@lglaw.com

James C. Grant (WA 14358, admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Telephone:  (206)662-3150
Facsimile:  (206)757-7700
Email: jamesgrant@dwt.com

Robert Corn-Revere (DC 375415, admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave., NW, Suite 800
Washington, D.C. 20006
Telephone:  (202)973-4200
Facsimile:  (202)973-4499
Email:  bobcornrevere@dwt.com

*Attorneys for Defendant Michael Lacey*

Thomas Henry Bienert , Jr.  (CA 135311, admitted *pro hac vice*)
BIENERT MILLER & KATZMAN PLC
903 Calle Amanecer, Ste. 350
San Clemente, CA 92673
Telephone: (949)369-3700
Facsimile: (949)369-3701
Email: tbienert@bmkattorneys.com

*Attorneys for Defendant James Larkin*

1   Bruce S. Feder (AZ 004832)
    FEDER LAW OFFICE PA
2   2930 E Camelback Rd., Ste. 160
    Phoenix, AZ 85016
3   Telephone: (602)257-0135
    Facsimile: (602)954-8737
4   Email: bf@federlawpa.com

5   *Attorneys for Defendant Scott Spear*

6   Michael D. Kimerer (AZ 002492)
    KIMERER & DERRICK PC
7   1313 E Osborn Rd., Ste. 100
    Phoenix, AZ 85014
8   Telephone: (602)279-5900
    Facsimile: (602)264-5566
9   Email: MDK@kimerer.com

10  *Attorneys for Defendant John Brunst*

11  K.C. Maxwell  (CA 214701, admitted *pro hac vice*)
    BROWNE GEORGE ROSS LLP
12  101 California St., Ste. 1225
    San Francisco, CA 94111
13  Telephone: (415)391-7100
    Facsimile: (415)391-7198
14  Email: kmaxwell@bgrfirm.com

15  *Attorneys for Defendant Dan Hyer*

16  Michael L Piccarreta   (AZ 003962)
    PICCARRETA DAVIS KEENAN FIDEL PC
17  2 E Congress St., Ste. 1000
    Tucson, AZ 85701
18  Telephone: (520)622-6900
    Facsimile: (520)622-0521
19  Email: mlp@pd-law.com

20  *Attorneys for Defendant Andrew Padilla*

21  Stephen M. Weiss (AZ 002261)
    KARP & WEISS PC
22  3060 N Swan Rd.
    Tucson, AZ 85712
23  520-325-4200
    Facsimile: 520-325-4224
24  Email: sweiss@karpweiss.com

25  *Attorneys for Defendant Joye Vaught*

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | NO. CR-18-00422-PHX-SPL (BSB) |
| Plaintiff, | DEFENDANTS' MOTION FOR DISCLOSURE OF DOCUMENTS RELATED TO PRETRIAL SEIZURE OF DEFENDANTS' ASSETS |
| vs. | |
| Michael Lacey, *et al.*, | |
| Defendants. | (First Request) (Oral Argument Requested) |

It is expected that excludable delay under 18 U.S.C. § 3161(h)(1)(D) will occur as a result of this motion or an order based thereon, as explained more fully below.

Defendants Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, and Joye Vaught, by and through Paul J. Cambria, Jr., hereby move this Court for an order requiring the government to disclose any and all filings related to the government's pretrial seizure of Defendants' assets (whether assets owned directly or owned indirectly through entities they own and control) including, but not limited to, the seizure applications, seizure warrants, and forfeiture orders, as well as an accelerated hearing of the instant motion. This motion is based on the legal reasoning and authority set forth in the attached Memorandum of Points and Authorities.

1

RESPECTFULLY SUBMITTED this 11th day of May, 2018.

/s/    Paul J. Cambria, Jr.
LIPSITZ GREEN SCIME CAMBRIA LLP
Attorneys for Defendant Michael Lacey

/s/    Thomas Henry Bienert, Jr.
BIENERT MILLER & KATZMAN PLC
Attorneys for Defendant James Larkin

/s/    Bruce S. Feder
FEDER LAW OFFICE PA
Attorneys for Defendant Scott Spear

/s/    Michael D. Kimerer
KIMERER & DERRICK PC
Attorneys for Defendant John Brunst

/s/    K.C. Maxwell
BROWNE GEORGE ROSS LLP
Attorneys for Defendant Dan Hyer

/s/    Michael L. Piccarreta
PICCARRETA DAVIS KEENAN FIDEL PC
Attorneys for Defendant Andrew Padilla

/s/    Stephen M. Weiss
KARP & WEISS PC
Attorneys for Defendant Joye Vaught

## MEMORANDUM OF POINTS AND AUTHORITIES

### INTRODUCTION

Defendants Michael Lacey, James Larkin, Scott Spear, John Brunst, Dan Hyer, Andrew Padilla, and Joye Vaught (collectively, "Defendants") respectfully move this Court to issue an order requiring the government to promptly disclose to Defendants the documents the government relied upon in seeking pretrial restraint of Defendants' assets (whether assets owned directly or owned indirectly through entities they own and control) including, but not limited to, seizure warrants, warrant applications, and forfeiture orders. The government has refused to promptly provide these documents to Defendants, which are critical to the Defendants' ability to move for the release of their assets under the First, Fourth, Fifth, and Sixth Amendments in addition to other grounds. Because the government's pretrial seizure of Defendants' assets is hampering Defendants' ability to defend themselves against the instant prosecution with counsel of choice, and in some cases, to meet their daily financial obligations, Defendants respectfully request that this Court hear the instant motion on an accelerated basis and grant the relief requested.

### BACKGROUND

**I.      The government arrests Defendants and seeks pretrial detention.**

On April 6, 2018, the government arrested Defendants Lacey, Larkin, Brunst, Spear, and Vaught on the basis of the then-sealed indictment. (*See* Arrest Warrants, Docs. 48, 49, 50, 52.) The gist of the indictment, now unsealed, is that Defendants' former involvement with the web-publishing entity Backpage.com, LLC ("Backpage") was tantamount to the facilitation of prostitution and money laundering. (*See generally* Indict., Doc. 3.) The

3

government's theory is that Defendants should be held criminally liable for the content of advertisements posted to Backpage by third-party users by virtue of Defendants' prior involvement with the creation and/or operation of Backpage. (*See id.* at ¶¶ 1-16.) The government has charged Defendants with conspiracy to facilitate prostitution (18 U.S.C. §§ 371, 1952(a)(3)(A)), facilitation of prostitution (18 U.S.C. §§ 1952(a)(3)(A), (b)(1)(i)), conspiracy to commit money laundering (18 U.S.C. § 1956(h)), concealment money laundering (18 U.S.C. § 1956(a)(1)(B)(i)), international promotional money laundering (18 U.S.C. § 1956(a)(2)(A)), and transactional money laundering (18 U.S.C. § 1957). (*See id.* at ¶¶ 157-71.)

The initial appearance and arraignment for Defendant Lacey was held on April 6, 2018, at which he pleaded not guilty and was detained upon request of the government. (*See* Min. Entry, Docs. 17.) The initial appearance and arraignment for Defendant Larkin was held on April 9, 2018, at which he pleaded not guilty and was detained upon request of the government. (*See* Min. Entry, Docs. 25.) The government moved for pretrial detention of Defendants Lacey and Larkin, claiming that they presented risk of flight and danger to the community. (*See generally*, Gov't's Mots., Docs. 13, 22.) Defendants Lacey and Larkin, lifelong residents of Phoenix, who have received recognition for their journalism and contributions to the community, objected to the government's claims for the need for pretrial detention. (*See generally* Defs.' Opp'n, Docs. 23, 26.) Subsequently, the parties reached an agreement on Defendants' release, which the Court accepted. (*See* Min. Entries, Docs. 62-63.)

4