through a place outside the United States, with the intent to promote the carrying on of specified unlawful activity, as follows:

| Count | Date | Amount | Description |
|---|---|---|---|
| 63. | Mar. 4, 2014 | $6,450.00 | U.S. Bank (x1165) to S.B. (web developer in India) |
| 64. | Aug. 5, 2016 | $5,005,732.86 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |
| 65. | Sept, 22, 2016 | $2,916,955.00 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |
| 66. | Oct. 3, 2016 | $354,050.84 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |
| 67. | Nov. 2, 2016 | $2,726,170.00 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |
| 68. | Nov. 15, 2016 | $351,403.54 | Ad Tech B.V. (Netherlands) to Cereus Properties (x6211) |

In violation of 18 U.S.C. § 1956(a)(2)(A).

## COUNTS 69-99

(Transactional Money Laundering)

208. The factual allegations in Paragraphs 1-207 are incorporated by reference and re-alleged as though fully set forth herein.

209. On or about the dates set forth below, each instance constituting a separate count of this Superseding Indictment, in the United States and in the District of Arizona and elsewhere, the specified defendant, and others known and unknown to the grand jury, knowingly engaged and attempted to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from specified unlawful activity, as follows:

| Count | Defendant | Date | Amount | Description |
|---|---|---|---|---|
| 69. | LACEY, BRUNST | Aug. 21, 2013 | $30,000.00 | Bank of America (x1793) to Stewart Title (partial payment for Sedona property) |
| 70. | LACEY, BRUNST | Sept. 13, 2013 | $62,491.47 | BMO Harris to Stewart Title (partial payment for Sedona property) |
| 71. | SPEAR | June 11, 2014 | $300,000.00 | National Bank of Arizona (x0178) to Spear Family Trust |
| 72. | SPEAR | June 20, 2014 | $200,000.00 | National Bank of Arizona (x0178) to TD Ameritrade |
| 73. | SPEAR | Nov. 4, 2014 | $1,000,000.00 | National Bank of Arizona (x0178) to UBS Financial |
| 74. | SPEAR | May 14, 2015 | $250,000.00 | National Bank of Arizona (x0178) to Lincoln National Life |
| 75. | SPEAR | May 26, 2015 | $50,000.00 | National Bank of Arizona (x0178) to Industrial Property Trust |
| 76. | SPEAR | Nov. 3, 2015 | $300,000.00 | National Bank of Arizona (x0178) to Ally Bank |
| 77. | SPEAR | Dec. 1, 2015 | $200,000.00 | National Bank of Arizona (x0178) to Wells Fargo |
| 78. | SPEAR, BRUNST | Jan. 11, 2016 | $133,045.00 | Cereus Properties (x6211) to National Bank of Arizona (x0178) |

| | | | | |
|---|---|---|---|---|
| 79. | BRUNST | Jan. 26, 2016 | $101,974.00 | Cereus Properties (x6211) to Wells Fargo (x4891) |
| 80. | LARKIN, BRUNST | Feb. 3, 2016 | $1,507.944.00 | Cereus Properties (x6211) to Charles Schwab |
| 81. | LACEY, BRUNST | Mar. 1, 2016 | $1,692,020.00 | Cereus Properties (x6211) to Bank of America (x5554) |
| 82. | BRUNST | Apr. 1, 2016 | $220,944.00 | Cereus Properties (x6211) to Wells Fargo (x4891) |
| 83. | LACEY, BRUNST | June 27, 2016 | $397,9500.00 | Arizona Bank & Trust (x1793) to Fidelity Title (partial payment for San Francisco property) |
| 84. | LACEY, BRUNST | July 20, 2016 | $12,859,152.57 | Arizona Bank & Trust (x1793) to Fidelity Title (partial payment for San Francisco property) |
| 85. | SPEAR | July 22, 2016 | $50,000.00 | National Bank of Arizona (x0178) to Strategic Storage Trust II |
| 86. | LACEY, BRUNST | Aug. 2, 2016 | $16,243.00 | Cereus Properties (x6211) to Wells Fargo (x0495) |
| 87. | LARKIN, BRUNST | Oct. 6, 2016 | $1,206,356.00 | Cereus Properties (x6211) to Charles Schwab (x4693) |
| 88. | LACEY, BRUNST | Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1967) |
| 89. | LACEY, BRUNST | Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1972) |
| 90. | LACEY, BRUNST | Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1986) |

| 91. | LACEY, BRUNST | Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x1991) |
|---|---|---|---|---|
| 92. | LACEY, BRUNST | Oct. 6, 2016 | $268,016.00 | Cereus Properties (x6211) to Arizona Bank & Trust (x2014) |
| 93. | SPEAR, BRUNST | Oct. 6, 2016 | $141,444.00 | Cereus Properties (x6211) to National Bank of Arizona (x0178) |
| 94. | LACEY | Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |
| 95. | LACEY | Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |
| 96. | LACEY | Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |
| 97. | LACEY | Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |
| 98. | LACEY | Dec. 29, 2016 | $3,300,000.00 | Arizona Bank & Trust/Dubuque Bank & Trust to Johnson Bank (x9992) |
| 99. | LACEY | Jan. 3, 2017 | $16,500,000.00 | Johnson Bank (x9992) to Primus Trust Co./K&H Bank (Hungary) |

In violation of 18 U.S.C. § 1957(a).

# COUNT 100

### (International Concealment Money Laundering)

210. The factual allegations in Paragraphs 1-209 are incorporated by reference and re-alleged as though fully set forth herein.

211. On or about the date set forth below, in the United States and in the District of Arizona and elsewhere, the specified defendant, and others known and unknown to the grand jury, transported, transmitted, and transferred, and attempted to transport, transmit, and transfer, a monetary instrument and funds from a place in the United States to and through a place outside the United States, and to a place in the United States from and through a place outside the United States, knowing that the monetary instrument and funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, as follows:

| Count | Defendant | Date | Amount | Description |
|---|---|---|---|---|
| 100. | LACEY | Jan. 3, 2017 | $16,500,000.00 | Johnson Bank (x9992) to Primus Trust Co./K&H Bank (Hungary) |

In violation of 18 U.S.C. § 1956(a)(2)(B)(i).

# FORFEITURE ALLEGATION ONE

### [18 U.S.C. 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

1. The factual allegations in Paragraphs 1-211 are incorporated by reference and re-alleged as though fully set forth herein.

2. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), in the event of any defendant's conviction under Counts 1 through 51 of this Superseding Indictment. Each defendant so convicted shall forfeit to the United States the following:

    a. All right, title, and interest in any and all property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense. Such property includes, but is not limited to, the real property located at the following addresses:

1. 10647 N. State Route 89A, Sedona, AZ 86336
2. 1100 Union St. #700, San Francisco, CA 94109
3. 1308 E. 56th Street, 2, Chicago, IL 60637
4. 14, rue Saint Guillaume, Paris, France 75007
5. 2043 Pleasant Hill Rd, Sebastopol, CA 95472
6. 2416 N. Foote Dr., Phoenix, AZ 85008
7. 2531 Tumbleweed Way, Frisco, TX 75034
8. 2755 Fillmore St, San Francisco, CA 94123
9. 3300 E. Stella Lane, Paradise Valley, AZ 85253
10. 3304 E. Stella Lane, Paradise Valley, AZ 85253
11. 3308 E. Stella Lane, Paradise Valley, AZ 85253
12. 3311 E. Stella Lane, Paradise Valley, AZ 85253
13. 3353 Red Robin Road, Pinetop, AZ 85935
14. 343 Presidio Ave, San Francisco, CA 94115

| | | |
|---|---|---|
| 1 | 15. | 3516 Estacado Lane, Plano, TX 75025-4432 (Rental) |
| 2 | 16. | 493 Zinfandel Lane, Saint Helena, CA 94574 |
| 3 | 17. | 4931 E. White Gates Drive, Phoenix, AZ 85018 |
| 4 | 18. | 5245 Evening Sun Dr., Frisco, TX 75034 |
| 5 | 19. | 5555 North Casa Blanca Drive, Paradise Valley, AZ 85253 |
| 6 | 20. | 5751 N. 77th Place, Scottsdale, AZ 85250 |
| 7 | 21. | 5830 E. Calle Del Media (Medio), Phoenix, AZ 85018 |
| 8 | 22. | 6300 N. 33rd Street, Paradise Valley, AZ 85253 |
| 9 | 23. | 6314 N. 33rd Street, Paradise Valley, AZ 85253 |
| 10 | 24. | 7409 Kingsbarns, The Colony, TX 75056 |
| 11 | 25. | 8604 E. San Ardo Dr., Scottsdale, AZ 85258 |
| 12 | 26. | 948 Carlsbad Dr., Plano, TX 75023 |

Such property also includes, but is not limited to, all funds, securities, and/or other assets held in the following bank accounts:

1. Prosperity Bank account number XXXXX7188
2. Compass Bank Account number XXXXXX3873
3. Compass Bank Account number XXXXXX3825
4. National Bank of Arizona Account number XXXX0178
5. National Bank of Arizona Account number XXXX0151
6. National Bank of Arizona Account number XXXX3645
7. Live Oak Bank Account Number x6910
8. Ascensus Broker Dealer Services Account Number XXXXX6943-01
9. Ascensus Broker Dealer Services account Number XXXXX5280-01
10. First Federal Savings & Loan of San Rafael account number XXXX3620
11. Republic Bank of Arizona account number XXXX1889
12. Republic Bank of Arizona account number XXXX2592
13. Republic Bank of Arizona account number XXXX2500
14. Republic Bank of Arizona account number XXXX1938

| | | |
|---|---|---|
| 1 | 15. | Bank of America Account number XXXXXXXXXXXX8225 |
| 2 | 16. | Bank of America Account number XXXXXXXXXXXX7054 |
| 3 | 17. | Bank of America Account number XXXXXXXXXXXX9342 |
| 4 | 18. | Bank of America Account number XXXXXXXXXXXX0071 |
| 5 | 19. | San Francisco Fire Credit Union Account Number XXXXXXXXXX2523 |
| 6 | 20. | Ally Bank Account Number XXXXXX6292 |
| 7 | 21. | Branch Banking and Trust Bank account number XXXXXXXXX0218 |
| 8 | 22. | Green Bank Account number XXX4832 |
| 9 | 23. | Green Bank Account number XXXXXX4293 |
| 10 | 24. | Perkins Coie Brokerage Account number xxxxxx7012 |
| 11 | 25. | Perkins Coie Liquid Assets xxxxxxx0012 |
| 12 | 26. | Alliance Bernstein Brokerage Account number xxxx6878 |
| 13 | 27. | Alliance Bernstein Brokerage Account number xxxx4954 |
| 14 | 28. | Alliance Bernstein Brokerage Account number xxxx7892 |
| 15 | 29. | Alliance Bernstein Brokerage Account number xxxx7888 |
| 16 | 30. | Alliance Bernstein Brokerage Account number xxxx6485 |
| 17 | 31. | Republic Bank of Arizona Brokerage Account number xxxx2485 |
| 18 | 32. | Republic Bank of Arizona Brokerage Account number xxxx1897 |
| 19 | 33. | Republic Bank of Arizona Brokerage Account number xxxx3126 |
| 20 | 34. | Republic Bank of Arizona Certificate of Deposit xxxxxx8316 |
| 21 | 35. | Republic Bank of Arizona Certificate of Deposit xxxxxx8324 |
| 22 | 36. | Republic Bank of Arizona Certificate of Deposit xxxxxx8332 |
| 23 | 37. | Republic Bank of Arizona Certificate of Deposit xxxxxx8103 |
| 24 | 38. | Republic Bank of Arizona Certificate of Deposit xxxxxx8162 |
| 25 | 39. | Republic Bank of Arizona Certificate of Deposit xxxxxx8189 |
| 26 | 40. | Paul Hastings LLP Account number xxxxx0457 |
| 27 | 41. | Global Trading Solutions xxx7177 |
| 28 | 42. | K&H Bank Account number xxxxxxxxxxxxxxxxxxxxxxx1210 |

43. Fio Bank Account number xxxxxxxxxxxxxxxxx5803
44. Fio Bank Account number xxxxxxxxxxxxxxxxx5801
45. Fio Bank Account number xxxxxxxxxxxxxxxxx5805
46. Fio Bank Account number xxxxxxxxxxxxxxxxx2226
47. Fio Bank Account number xxxxxxxxxxxxxxxxx2231
48. Fio Bank Account number xxxxxxxxxxxxxxxxx2230
49. Fio Bank Account number xxxxxxxxxxxxxxxxx4194
50. Fio Bank Account number xxxxxxxxxxxxxxxxx4196
51. Fio Bank Account number xxxxxxxxxxxxxxxxx4198
52. Fio Bank Account number xxxxxxxxxxxxxxxxx8083
53. Fio Bank Account number xxxxxxxxxxxxxxxxx8086
54. Fio Bank Account number xxxxxxxxxxxxxxxxx8080
55. Bank Frick Account number xxxxxxxxxxxxxxx LI090x
56. Bank Frick Account number xxxxxxxxxxxxxxx LI300x
57. Bank Frick Account number xxxxxxxxxxxxxxx LI740x
58. Bank Frick Account number xxxxxxxxxxxxxxx LI900x
59. Knab Bank Account number xxxxxxxxxxxxx7664
60. Rabo Bank Account number xxxxxxxxxxxxx2452
61. Rabo Bank Account number xxxxxxxxxxxxx4721
62. Acacia Conservation Fund Brokerage Account number x2020
63. Saxo Payments Account number x1262
64. AS LHV Pank Account number xxxxxxxxxxxxxxx4431
65. Bitcoin Wallet -6Lix5 in the amount of 6 BTC
66. Bitcoin Wallet -6Lix5 in the amount of 199.99995716 BTC
67. Bitcoin Wallet -6Lix5 in the amount of 404.9984122 BTC
68. JP Morgan Chase Bank account number xxxx4455 in the amount of $699,940
69. JP Morgan Chase Bank account number xxxx4455 in the amount of $106,988.41
70. JP Morgan Chase Bank account number xxxx4455 in the amount of $499,910

71. JP Morgan Chase Bank account number xxxxx4455 in the amount of $50,000
72. Bitcoin Cash Wallet –t8v7e in the amount of 3,673.59306905 BCH
73. Litecoin Wallet -goaeV in the amount of 16,310.79413202 LTC
74. Bitcoin Wallet -6Lix5 in the amount of 173.97319 BTC
75. Bitcoin Cash Wallet –t8v7e in the amount of 55.5 BCH
76. Bitcoin Wallet -6Lix5 in the amount of 411.00019 BTC
77. Bitcoin Wallet -6Lix5 in the amount of 2.00069333 BTC
78. Bitcoin Wallet -6Lix5 in the amount of 136.6544695 BTC
79. Bitcoin Cash Wallet –t8v7e in the amount of 73.62522241 BCH
80. Litecoin Wallet –goaeV in the amount of 783.9735116 LTC
81. Bitcoin Gold Wallet -KK1mJ in the amount of 509.81904619 BTG
82. Crypto Capital account number x1124
83. Crypto Capital account number x1933
84. Any and all bank funds, securities, cryptocurrency, or other assets on deposit or seized from an account held at Kraken in the name of Ad Tech BV.
85. JP Morgan Chase Bank account number xxxxx4155 in the amount of $42,500
86. Alliance Bernstein Brokerage account x7889
87. Alliance Bernstein Brokerage account x0582
88. Midfirst Bank account x4139
89. Crypto Capital account number x6886

Such property further includes, but is not limited to, the following domain names:

1. admoderation.com (Versio)
2. admoderators.com (Versio)
3. adnet.ws (NetNames)
4. adplace24.com (Versio)
5. adplaces24.com (Versio)
6. adpost24.com (Versio)
7. adpost24.cz (GoDaddy)

| | | |
|---|---|---|
| 1 | 8. | adquick365.com (Versio) |
| 2 | 9. | adreputation.com (NetNames) |
| 3 | 10. | ads-posted-mp.com (Versio) |
| 4 | 11. | adsplace24.com (Versio) |
| 5 | 12. | adspot24.com (Versio) |
| 6 | 13. | adspots24.com (Versio) |
| 7 | 14. | adsspot24.com (Versio) |
| 8 | 15. | adtechbv.co.nl (NetNames) |
| 9 | 16. | adtechbv.com (NetNames) |
| 10 | 17. | adtechbv.nl (NetNames) |
| 11 | 18. | advert-ep.com (Versio) |
| 12 | 19. | adverts-mp.com (Versio) |
| 13 | 20. | axme.com (GoDaddy) |
| 14 | 21. | back0age.com (NetNames) |
| 15 | 22. | backpa.ge (NetNames) |
| 16 | 23. | backpaee.com (NetNames) |
| 17 | 24. | backpage-insider.com (NetNames) |
| 18 | 25. | backpage.adult (NetNames) |
| 19 | 26. | backpage.ae (NetNames) |
| 20 | 27. | backpage.at (NetNames) |
| 21 | 28. | backpage.ax (NetNames) |
| 22 | 29. | backpage.be (NetNames) |
| 23 | 30. | backpage.bg (European domains) |
| 24 | 31. | backpage.bg (NetNames) |
| 25 | 32. | backpage.ca (NetNames) |
| 26 | 33. | backpage.cl (NetNames) |
| 27 | 34. | backpage.cn (European domains) |
| 28 | 35. | backpage.cn (NetNames) |

| | | |
|---|---|---|
| 1 | 36. | backpage.co.id (NetNames) |
| 2 | 37. | backpage.co.nl (European domains) |
| 3 | 38. | backpage.co.nl (NetNames) |
| 4 | 39. | backpage.co.nz (NetNames) |
| 5 | 40. | backpage.co.uk (NetNames) |
| 6 | 41. | backpage.co.ve (NetNames) |
| 7 | 42. | backpage.co.za (NetNames) |
| 8 | 43. | backpage.com (NetNames) |
| 9 | 44. | backpage.com.ar (NetNames) |
| 10 | 45. | backpage.com.au (NetNames) |
| 11 | 46. | backpage.com.ph (NetNames) |
| 12 | 47. | backpage.cz (NetNames) |
| 13 | 48. | backpage.dk (NetNames) |
| 14 | 49. | backpage.ec (NetNames) |
| 15 | 50. | backpage.ee (European domains) |
| 16 | 51. | backpage.ee (NetNames) |
| 17 | 52. | backpage.es (NetNames) |
| 18 | 53. | backpage.fi (European domains) |
| 19 | 54. | backpage.fi (NetNames) |
| 20 | 55. | backpage.fr (European domains) |
| 21 | 56. | backpage.fr (NetNames) |
| 22 | 57. | backpage.gr (European domains) |
| 23 | 58. | backpage.gr (NetNames) |
| 24 | 59. | backpage.hk (European domains) |
| 25 | 60. | backpage.hk (NetNames) |
| 26 | 61. | backpage.hu (European domains) |
| 27 | 62. | backpage.hu (NetNames) |
| 28 | 63. | backpage.ie (NetNames) |

| | | |
|---|---|---|
| 1 | 64. | backpage.in (NetNames) |
| 2 | 65. | backpage.it (NetNames) |
| 3 | 66. | backpage.jp (NetNames) |
| 4 | 67. | backpage.kr (NetNames) |
| 5 | 68. | backpage.lt (NetNames) |
| 6 | 69. | backpage.lv (European domains) |
| 7 | 70. | backpage.lv (NetNames) |
| 8 | 71. | backpage.me (NetNames) |
| 9 | 72. | backpage.mx (NetNames) |
| 10 | 73. | backpage.my (NetNames) |
| 11 | 74. | backpage.net (NetNames) |
| 12 | 75. | backpage.nl (NetNames) |
| 13 | 76. | backpage.no (European domains) |
| 14 | 77. | backpage.no (NetNames) |
| 15 | 78. | backpage.nz (NetNames) |
| 16 | 79. | backpage.pe (NetNames) |
| 17 | 80. | backpage.ph (NetNames) |
| 18 | 81. | backpage.pk (NetNames) |
| 19 | 82. | backpage.pl (NetNames) |
| 20 | 83. | backpage.porn (NetNames) |
| 21 | 84. | backpage.pt (NetNames) |
| 22 | 85. | backpage.ro (European domains) |
| 23 | 86. | backpage.ro (NetNames) |
| 24 | 87. | backpage.se (NetNames) |
| 25 | 88. | backpage.sex (NetNames) |
| 26 | 89. | backpage.sg (NetNames) |
| 27 | 90. | backpage.si (European domains) |
| 28 | 91. | backpage.si (NetNames) |

| | | |
|---|---|---|
| 1 | 92. | backpage.sk (European domains) |
| 2 | 93. | backpage.sk (NetNames) |
| 3 | 94. | backpage.sucks (NetNames) |
| 4 | 95. | backpage.tw (NetNames) |
| 5 | 96. | backpage.uk (NetNames) |
| 6 | 97. | backpage.uk.com (NetNames) |
| 7 | 98. | backpage.us (NetNames) |
| 8 | 99. | backpage.vn (NetNames) |
| 9 | 100. | backpage.xxx (NetNames) |
| 10 | 101. | backpage.xyz (NetNames) |
| 11 | 102. | backpagecompimp.com (NetNames) |
| 12 | 103. | backpagecompimps.com (NetNames) |
| 13 | 104. | backpagepimp.com (NetNames) |
| 14 | 105. | backpagepimps.com (NetNames) |
| 15 | 106. | backpagg.com (NetNames) |
| 16 | 107. | backpagm.com (NetNames) |
| 17 | 108. | backpagu.com (NetNames) |
| 18 | 109. | backpaoe.com (NetNames) |
| 19 | 110. | backpawe.com (NetNames) |
| 20 | 111. | backqage.com (NetNames) |
| 21 | 112. | backrage.com (NetNames) |
| 22 | 113. | backxage.com (NetNames) |
| 23 | 114. | bakkpage.com (NetNames) |
| 24 | 115. | bcklistings.com (NetNames) |
| 25 | 116. | bestofbackpage.com (NetNames) |
| 26 | 117. | bestofbigcity.com (NetNames) |
| 27 | 118. | bickpage.com (NetNames) |
| 28 | 119. | bigcity.com (NetNames) |

| | | |
|---|---|---|
| 1 | 120. | bpclassified.com (NetNames) |
| 2 | 121. | bpclassifieds.com (NetNames) |
| 3 | 122. | carlferrer.com (NetNames) |
| 4 | 123. | clasificadosymas.com (NetNames) |
| 5 | 124. | clasificadosymas.net (NetNames) |
| 6 | 125. | clasificadosymas.org (NetNames) |
| 7 | 126. | classifiedsolutions.co.uk (NetNames) |
| 8 | 127. | classifiedsolutions.net (NetNames) |
| 9 | 128. | classyadultads.com (Versio) |
| 10 | 129. | columbusbackpage.com (NetNames) |
| 11 | 130. | connecticutbackpage.com (NetNames) |
| 12 | 131. | cracker.co.id (NetNames) |
| 13 | 132. | cracker.com (NetNames) |
| 14 | 133. | cracker.com.au (NetNames) |
| 15 | 134. | cracker.id (NetNames) |
| 16 | 135. | cracker.net.au (NetNames) |
| 17 | 136. | crackers.com.au (NetNames) |
| 18 | 137. | crackers.net.au (NetNames) |
| 19 | 138. | ctbackpage.com (NetNames) |
| 20 | 139. | dallasbackpage.com (NetNames) |
| 21 | 140. | denverbackpage.com (NetNames) |
| 22 | 141. | easypost123.com (Versio) |
| 23 | 142. | easyposts123.com (Versio) |
| 24 | 143. | emais.com.pt (NetNames) |
| 25 | 144. | evilempire.com (NetNames) |
| 26 | 145. | ezpost123.com (Versio) |
| 27 | 146. | fackpage.com (NetNames) |
| 28 | 147. | fastadboard.com (Versio) |