



Paul J. Cambria, Jr. (CA 177957)
pcambria@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580

Attorneys for Michael Lacey

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **In the Matter of the Seizure of:**<br><br>Any and all funds held in Republic Bank of Arizona Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912, and xxxx2500. | CASE NO.2:18-cv-6742-RGK (MAAx)<br>18-MJ-00722-PJW<br><br>[Related to Case Nos. 18-MJ-00712, 18-MJ-00713, 18-MJ-00715, 18-MJ-00716, 18-MJ-00718, 18-MJ-00719, 18-MJ-00720, 18-MJ-00721, 18-MJ-00723, 18-MJ-00724, 18-MJ-00751, 18-MJ-00797, 18-MJ-00798, 18-MJ-00996, 18-MJ-00997, 18-MJ-01427, and 18-MJ-1863]<br><br>**PROOF OF SERVICE**<br><br>Date: August 29, 2018<br>Time: 1:30 P.M.<br>Crtrm.: 790<br><br>Assigned to Hon. R. Gary Klausner |

3513370.1

BRUNST'S JOINDER IN LARKIN'S MOTION TO VACATE OR MODIFY SEIZURE WARRANTS

Paul J. Cambria, Jr. (CA 177957)
pcambria@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580

Attorneys for Michael Lacey

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **In the Matter of the Seizure of:**<br><br>Any and all funds held in Republic Bank of Arizona Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912, and xxxx2500. | CASE NO.2:18-cv-6742-RGK (MAAx)<br>18-MJ-00722-PJW<br><br>[Related to Case Nos. 18-MJ-00712, 18-MJ-00713, 18-MJ-00715, 18-MJ-00716, 18-MJ-00718, 18-MJ-00719, 18-MJ-00720, 18-MJ-00721, 18-MJ-00723, 18-MJ-00724, 18-MJ-00751, 18-MJ-00797, 18-MJ-00798, 18-MJ-00996, 18-MJ-00997, 18-MJ-01427, and 18-MJ-1863]<br><br>**PROOF OF SERVICE**<br><br>Date: August 29, 2018<br>Time: 1:30 P.M.<br>Crtrm.: 790<br><br>Assigned to Hon. R. Gary Klausner |

3513370.1

BRUNST'S JOINDER IN LARKIN'S MOTION TO VACATE OR MODIFY SEIZURE WARRANTS

# PROOF OF SERVICE

STATE OF NEW YORK, COUNTY OF ERIE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Erie, State of New York. My business address is 42 Delaware Avenue, Suite 120, Buffalo, NY 14202.

On August 10, 2018, I served the following document(s) described as **NOTICE OF MANUAL FILING; NOTICE OF MOTION AND MOTION FOR RELEASE OF CERTAIN UNTAINTED FUNDS; CLAIMANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR RELEASE OF CERTAIN UNTAINTED FUNDS; DECLARATION OF PAUL J. CAMBRIA, JR. IN SUPPORT OF CLAIMANT MICHAEL LACEY'S MOTION FOR RELEASE OF CERTAIN UNTAINTED FUNDS; DECLARATION OF JANEY HENZE COOK IN SUPPORT OF CLAIMANT MICHAEL LACEY'S MOTION FOR RELEASE OF CERTAIN UNTAINTED FUNDS** and **PROOF OF SERVICE** on the interest parties in this action as follows:

| | |
|---|---|
| John K. Kucera<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>Asset Forfeiture Section<br>312 North Spring Street<br>Los Angeles, CA 90012<br>Email: John.Kucera@usdoj.gov | Thomas H. Beinert, Jr.<br>Kenneth M. Miller<br>Beinert Miller & Katzman, PLC<br>903 Calle Amanecer, Suite 350<br>San Clemente, CA 92673<br>Email: tbeinert@bmkattorneys.com<br>Email: kmiller@bmkattorneys.com<br>**Counsel for James Larkin** |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement or the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address akelly@lglaw.com to the persons at the email addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 10, 2018, at Buffalo, New York.

/s/ April L. Kelly
April L. Kelly

3513370.1

2

BRUNST'S JOINDER IN LARKIN'S MOTION TO VACATE OR MODIFY SEIZURE WARRANTS