IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

**In the Matter of the Seizure of:**

Any and all funds held in Republic Bank of Arizona Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912, and, xxxx2500,

And all consolidated cases.

Case No. 2:18-cv-6742-RJK (MAAx)

Consolidated with Case Nos.: 18-MJ-00712; 18-MJ-00713; 18-MJ-00715; 18-MJ-00716; 18-MJ-00718; 18-MJ-00719; 18-MJ-00720; 18-MJ-00721; 18-MJ-00723; 18-MJ-00724; 18-MJ-00751; 18-MJ-00797; 18-MJ-00798; 18-MJ-00996; 18-MJ-00997; 18-MJ-01427; and 18:MJ-1863

[PROPOSED] ORDER UNSEALING *IN THE MATTER OF SEIZURE OF: ANY AND ALL FUNDS HELD IN REPUBLIC BANK OF ARIZONA ACCOUNTS XXXX1889, XXXX2592, XXXX1938, XXXX2912, XXXX2500*

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the case entitled *IN THE MATTER OF SEIZURE OF: ANY AND ALL FUNDS HELD IN REPUBLIC BANK OF ARIZONA ACCOUNTS XXXX1889, XXXX2592, XXXX1938, XXXX2912, XXXX2500*, 18-CV-06742-RGK (MAA) shall be unsealed.

Dated: AUG 1 7 2018

Judge R. Gary Klausner
United States District Court