NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 274184
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3391
    Facsimile: (213) 894-0142
    E-mail: John.Kucera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEIZURE OF:<br><br>ANY AND ALL FUNDS HELD IN REPUBLIC BANK OF ARIZONA ACCOUNTS XXXX1889; XXXX2592, XXXX1938, XXXX2912, AND XXXX2500. | No. CV 18-06742-RGK (MAAx)<br><br>**STIPULATION AND REQUEST TO CONTINUE DEADLINE AND HEARING ON MOTION TO VACATE OR MODIFY SEIZURE WARRANTS**<br><br>CURRENT DEADLINE AND HEARING<br>Hearing: 9/10/2018<br>Hearing Time: 9:00 A.M.<br><br>PROPOSED<br>Opposition Deadline: 8/27/2018<br>Hearing Deadline: 9/17/2018<br>Location:    Courtroom of the<br>              Hon. R. Gary<br>              Klausner |
|---|---|

On August 1, 2018, though his attorney of record, Thomas H. Bienert, Jr., defendant James Larkin (*United States v. Michael Lacey, et al.* CR 18-422-PHX-SPL), filed a Notice of Motion and Motion to

Vacate or Modify Seizure Warrants, which motion was joined by defendants Lacy, Brunst, and Spear.  The matter was scheduled for hearing on August 29, 2018, before the Honorable Patrick J. Walsh, United States Magistrate Judge for the Central District of California.  On August 7, 2018, the matter was reassigned to the Honorable R. Gary Klausner, United States District Judge for the Central District of California.  Thereafter, the Court vacated all dates set by the Magistrate Judge and set a hearing date for September 10, 2018.

Government counsel will be out of town on the current hearing date of September 10, 2018, and seeks to continue the hearing one week, until September 17, 2018.  Defendants do not oppose a brief continuance of the hearing to September 17, 2018.  The parties

//
//

further agree that any government opposition to the motion to vacate or modify seizure warrants is due no later than August 27, 2018.

Dated: August 23, 2018        Respectfully submitted,

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


        /s/*John Kucera*
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: August 23, 2018         /s/(per e-mail confirmation)
Thomas H. Bienert
Kenneth M. Miller
Anthony R. Bisconti
BIENERT, MILLER & KATZMAN, PLC

Attorneys for Movant
JAMES LARKIN