# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of Seizure of: Any and all funds held in Republic Bank of Arizona Account(s) xxxx1889, et al.<br>PLAINTIFF(S)<br><br>v.<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:18−cv−06742−RGK−PJW<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| August 23, 2018 | 33 | Application of Non-Resident Attorney to Appear |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc.  In a Specific Case Pro Hac Vice |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☑ The document is stricken ~~and counsel is ordered to file an amended or corrected document by~~ _____.
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

> Application incomplete. (L.R. 83-2.1.3.3(a)) City, State, and Zip Code of local counsel missing from Application.  Certificate of Good Standing not attached for every state court listed to which the applicant has been admitted. (Local Rule 83-2.1.3.3(d)) Local counsel does not maintain an office within the District. (Local Rule 83-2.1.3.4)

Clerk, U.S. District Court

Dated: August 24, 2018        By: /s/ V.R. Vallery
                                  Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge