Paul J. Cambria, Jr. (CA 177957)
    pcambria@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580

Attorneys for Michael Lacey

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In the Matter of the Seizure of:** | CASE NO.2:18-cv-6742-RGK (MAAx) |
| Any and all funds held in Republic Bank of Arizona Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912, and xxxx2500, <br><br> And all consolidated cases. | [Related to Case Nos. 18-MJ-00712, 18-MJ-00713, 18-MJ-00715, 18-MJ-00716, 18-MJ-00718, 18-MJ-00719, 18-MJ-00720, 18-MJ-00721, 18-MJ-00723, 18-MJ-00724, 18-MJ-00751, 18-MJ-00797, 18-MJ-00798, 18-MJ-00996, 18-MJ-00997, 18-MJ-01427, and 18-MJ-01863] <br><br> **UNOPPOSED APPLICATION FOR ORDER SCHEDULING THE HEARING ON ORAL CLAIMANT LACEY'S MOTION FOR RELEASE OF FUNDS (DOC. 22) ON THE SAME DATE AS THE HEARING ON CLAIMANT LARKIN'S MOTION TO VACATE (DOC. 6)** |

1  Claimant Michael Lacey hereby applies for an Order Scheduling the Hearing
2  on his Motion for Release of Funds (Doc. 22) on the Same Date as the Hearing for
3  Claimant James Larkin's Motion to Vacate (Doc 6). This application is based on the
4  attached Declaration of Paul J. Cambria, Jr., and this Court's entire file.

DATED: August 27, 2018          Respectfully submitted,

                                Paul J. Cambria, Jr.
                                Lipsitz Green Scime Cambria LLP


                                By: */s/ Paul J. Cambria, Jr.*
                                    Paul J. Cambria, Jr.
                                    Attorneys for Michael Lacey

2