1
2
3
4
5
6
7

Paul J. Cambria, Jr. (CA 177957)
    pcambria@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580

Attorneys for Michael Lacey

8
9

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| In the Matter of the Seizure of: | CASE NO.2:18-cv-6742-RGK (MAAx) |
|---|---|
| Any and all funds held in Republic Bank of Arizona Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912, and xxxx2500,<br><br>And all consolidated cases. | [Related to Case Nos. 18-MJ-00712, 18-MJ-00713, 18-MJ-00715, 18-MJ-00716, 18-MJ-00718, 18-MJ-00719, 18-MJ-00720, 18-MJ-00721, 18-MJ-00723, 18-MJ-00724, 18-MJ-00751, 18-MJ-00797, 18-MJ-00798, 18-MJ-00996, 18-MJ-00997, 18-MJ-01427, and 18-MJ-01863]<br><br>**DECLARATION OF PAUL J. CAMBRIA, JR.** |

DECLARATION OF PAUL J. CAMBRIA, JR.

I, Paul J, Cambria, Jr. declare as follows:

1.     I am an attorney licensed to practice before this Court.  I represent Claimant Michael Lacey in this matter.  I have personal knowledge of the following.

2.     On August 1, 2018, James Larkin filed a Notice of Motion and Motion to Vacate or Modify Seizure Warrants. (*See* Doc 6.)

3.     On August 10, 2018, Mr. Lacey filed a Joinder in Mr. Larkin's Notice of Motion and Motion to Vacate or Modify Seizure Warrants.  (*See* Doc 26.)

4.     Also, on August 10, 2018, Mr. Lacey filed a Motion for Release of Funds.  (*See* Docs. 22-27.)

5.     Presently, the hearing on Mr. Larkin's Notice of Motion and Motion to Vacate or Modify Seizure Warrants is scheduled for September 10, 2018.  (*See* Doc. 17.)  However, the government has submitted a Stipulation and Request for this Court to adjourn the hearing date to September 17, 2018. (*See* Doc. 32.)

6.     In light of the fact that Mr. Lacey's counsel will incur out-of-state travel costs for any appearances before this Court, Mr. Lacey respectfully requests that this Court issue an order setting the hearing for Mr. Lacey's Motion for Release of Funds (Doc. 22) on the same date that this Court sets the hearing for Mr. Larkin's Notice of Motion and Motion to Vacate or Modify Seizure Warrants (Doc. 6).

7.     An attorney from my office has conferred with the government about this application, and the government has stated that it does not intend to file an opposition.


I swear under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of August, 2018, in Buffalo, New York.

/s/ Paul J. Cambria, Jr

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 27, 2018, I filed the foregoing with the United States District Court for the Central District of California using the CM/ECF system.

I hereby certify that on August 27, 2018, a copy of the foregoing was also delivered to the following via CM/ECF:

JOHN K. KUCERA, ESQ.
Assistant U.S. Attorney
U.S. Attorney's Office
Asset Forfeiture Section
312 North Spring Street
Los Angeles, CA 90012


Dated:         Buffalo, New York
                   August 27, 2018


                                    */s/April L. Kelly*
                                    April L. Kelly