UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF:<br><br>ANY AND ALL FUNDS HELD IN REPUBLIC BANK OF ARIZONA ACCOUNTS XXXX1889; XXXX2592, XXXX1938, XXXX2912, AND XXXX2500. | No. CV 18-06742-RGK (MAAx)<br><br>**[PROPOSED] ORDER TO EXTEND DEADLINE AND HEARING ON MOTION TO VACATE OR MODIFY SEIZURE WARRANTS**<br><br>CURRENT DEADLINE AND HEARING<br>Opposition Deadline: 8/27/18<br>Hearing:         9/10/18<br>Hearing Time: 9:00 A.M.<br><br>PROPOSED<br>Opposition Deadline: 9/10/18<br>Hearing Deadline: 9/24/18<br>Hearing Time: 9:00 A.M.<br>Location:    Courtroom of the Hon. R. Gary Klausner |

    The United States of America has applied to this Court *ex parte* for an order extending the deadline to file an opposition to the motion to vacate or modify seizure warrants and to continue the related hearing on that motion.

    Upon consideration of the application and the entire record herein, and good cause appearing, IT IS ORDERED that any government opposition to the motion to vacate or modify seizure warrants is

extended from August 27, 2018, to and including September 10, 2018, and the related hearing on that motion is continued from September 10, 2018, to September 24, 2018, at 9:00 a.m.

DATED: _____, 2018

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

/s/ *John J. Kucera*
JOHN J. KUCERA
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2