UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF:<br><br>ANY AND ALL FUNDS HELD IN REPUBLIC BANK OF ARIZONA ACCOUNTS XXXX1889; XXXX2592, XXXX1938, XXXX2912, AND XXXX2500. | No. CV 18-06742-RGK (MAAx)<br><br>**ORDER TO CONTINUE DEADLINE AND HEARING ON MOTION TO VACATE OR MODIFY SEIZURE WARRANTS [32]**<br><br>CURRENT DEADLINE AND HEARING<br>Hearing:     9/10/2018<br>Hearing Time: 9:00 A.M.<br><br>PROPOSED<br>Opposition Deadline: 8/27/2018<br>Hearing Date: 9/24/18 @ 9:00 a.m.<br><br>Hon. R. Gary Klausner |

   Pursuant to the stipulation and request of the parties, and good cause appearing, IT IS ORDERED that any government opposition to the motion to vacate or modify seizure warrants is due on or before

August 27, 2018, and the related Hearing is continued from September 10, 2018, to **September 24, 2018 at 9:00 a.m.**

DATED: August 28, 2018

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

/s/ *John J. Kucera*
JOHN J. KUCERA
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2