Paul J. Cambria, Jr. (CA 177957)
pcambria@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580

Attorneys for Michael Lacey

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In the Matter of the Seizure of:** | CASE NO.2:18-cv-6742-RGK (MAAx) |
| Any and all funds held in Republic Bank of Arizona Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912, and xxxx2500, | [Related to Case Nos. 18-MJ-00712, 18-MJ-00713, 18-MJ-00715, 18-MJ-00716, 18-MJ-00718, 18-MJ-00719, 18-MJ-00720, 18-MJ-00721, 18-MJ-00723, 18-MJ-00724, 18-MJ-00751, 18-MJ-00797, 18-MJ-00798, 18-MJ-00996, 18-MJ-00997, 18-MJ-01427, and 18-MJ-01863] |
| And all consolidated cases. | **ORDER GRANTING UNOPPOSED APPLICATION FOR ORDER SCHEDULING THE HEARING ON CLAIMANT LACEY'S MOTION FOR RELEASE OF FUNDS (DOC. 22) ON THE SAME DATE AS THE HEARING ON CLAIMANT LARKIN'S MOTION TO VACATE (DOC. 6)  [39]**<br><br>**Hearing Date:  9/24/18 @ 9:00 a.m.** |

3

1  The Court has considered Claimant Michael Lacey's Unopposed Application
2  for an Order Scheduling the Hearing on the Motion for Release (Doc. 22) on the Same
3  Date as the Hearing on Claimant Larkin's Motion to Vacate (Doc. 6), dated
4  August 27, 2018.  Based on the reasons set forth therein, the Application is
5  GRANTED.
6     IT IS SO ORDERED.
7  Dated: August 28, 2018

_____
The Honorable R. Gary Klausner
United States District Judge

4