Gary S. Lincenberg – State Bar No. 123058
  glincenberg@birdmarella.com
Ariel A. Neuman – State Bar No. 241594
  aneuman@birdmarella.com
Gopi K. Panchapakesan – State Bar No. 279586
  gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Movant John Brunst

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **In the Matter of the Seizure of:**<br><br>Any and all funds held in Republic Bank of Arizona Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912, and xxxx2500. | CASE NO. 2:18-cv-06742-RGK-PJW<br><br>**MOVANT JOHN BRUNST'S JOINDER IN JAMES LARKIN'S OPPOSITION TO GOVERNMENT'S *EX PARTE* APPLICATION TO EXTEND DEADLINE AND HEARING**<br><br>Date:  September 24, 2018<br>Time:  9:00 A.M.<br>Crtrm.: 850<br><br>Assigned to Hon. R. Gary Klausner |

3518673.1

BRUNST'S JOINDER IN LARKIN'S OPPOSITION TO *EX PARTE* APPLICATION

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Movant John Brunst, by and through his counsel, will and hereby does join in James Larkin's Opposition to the Government's *Ex Parte* Application to Extend Deadline and Hearing (the "Opposition") [D.E. 41], and adopts all of the positions set forth in the Opposition as if fully set forth herein.

Mr. Brunst joins in the Opposition because he is "so similarly situated [to Mr. Larkin] that filing an independent [opposition] would be redundant." *Tatung Co., Ltd. v. Shu Tze Hsu*, 217 F. Supp. 3d 1138, 1151 (C.D. Cal. 2016). Like Mr. Larkin, Mr. Brunst holds an interest in assets that were seized pursuant to civil seizure warrants issued by the magistrate judges in this District, and which are the subject of Mr. Larkin's Motion to Vacate or Modify Seizure Warrants (the "Seizure Motion") [D.E. 6].[1]  The Opposition raises issues that are directly relevant to and overlap with the seizures of Mr. Brunst's assets. All of the arguments made in the Opposition therefore apply with equal force to the seizure warrants issued against the assets in which Mr. Brunst holds an interest.

---

[1] On August 6, 2018, Mr. Brunst filed a joinder in the Seizure Motion as to the three seizure warrants that purport to seize assets in which Mr. Brunst holds an interest. D.E. 9. Counsel understands that the 17 other seizure warrants that purport to seize funds derived from Backpage.com advertisements that allegedly solicited prostitution have been consolidated with the above-captioned seizure warrant, and were subsequently transferred from Magistrate Judge Walsh to District Judge Klausner as a new civil action. D.E. 14. Subsequent orders from the Court indicate, however, that Mr. Brunst's joinder in the Seizure Motion may not have been accepted. *See* D.E. 20, 37. Like Mr. Larkin, Mr. Brunst is a defendant in the related criminal case pending in the District of Arizona, whose assets were seized in this District after the indictment in that case issued. Mr. Lacey, also a defendant in the related criminal case, filed an identical joinder in the Seizure Motion (the only difference being the warrants at issue), which appears to have been accepted by the Court. *See* D.E. 26. Counsel for Mr. Brunst has sought guidance from the Courtroom Deputy Clerk on the status of his joinder in the Seizure Motion, and is awaiting a response.

| | | |
|---|---|---|
| 1 | DATED:  August 29, 2018 | Respectfully submitted, |
| 2 | | |
| 3 | | Gary S. Lincenberg<br>Ariel A. Neuman |
| 4 | | Gopi K. Panchapakesan<br>Bird, Marella, Boxer, Wolpert, Nessim, |
| 5 | | Drooks, Lincenberg & Rhow, P.C. |

By: _____*/s/ Gary S. Lincenberg*_____
        Gary S. Lincenberg
    Attorneys for Movant John Brunst

3518673.1

3

BRUNST'S JOINDER IN LARKIN'S OPPOSITION TO *EX PARTE* APPLICATION