**John K. Rubiner**
**Barton, Klugman & Oetting, LLP**
350 S. Grand Avenue, Suite 2200
Los Angeles, California 90071
213-617-6123
JRubiner@bkolaw.com

**Feder Law Office, P.A.**
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
(602) 257-0135
bf@federlawpa.com
fl@federlawpa.com

Bruce Feder – Arizona State Bar No. 004832
Attorneys for Scott Spear

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **In the Matter of the Seizure of:** <br><br> Any and all funds held in Republic Bank of Arizona Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912, and xxxx2500. | No.: CV 18-06742-RGK (PJWx) <br><br> [Related to Case Nos. 18-MJ-00712, 18-MJ-00713, 18-MJ-00715, 18-MJ-00716, 18-MJ-00718, 18-MJ-00719, 18-MJ-00720, 18-MJ-00721, 18-MJ-00722, 18-MJ-00723, 18-MJ-00724, 18-MJ-00751, 18-MJ-00797, 18-MJ-00798, 18-MJ-00996, 18-MJ-00997, 18-MJ-01427, and 18-MJ-1863] <br><br> **SCOTT SPEAR'S JOINDER IN JAMES LARKIN'S OPPOSITION TO GOVERNMENT'S EX PARTE APPLICATION TO EXTEND DEADLINE AND HEARING** <br><br> Hearing Information <br> Date:  September 24, 2018 <br> Time:  9:00 A.m. <br> Judge:  Hon. R. Gary Klausner <br> Place:  Courtroom 850 <br>        255 E. Temple Street, 8th Fl. <br>        Los Angeles, CA 90012 <br> Assigned to Hon. R. Gary Klausner |

1

**TO THE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Scott Spear, by and through his counsel, will and hereby does join in James Larkin's Opposition to the Government's *Ex Parte* Application to Extend Deadline and Hearing (the "Opposition") [DE 41], and adopts all of the positions set forth in the Opposition as if fully set forth herein.

Mr. Spear joins in the Opposition because he is "so similarly situated to Mr. Larkin that filing an independent opposition would be redundant." Tatung Co., Ltd. V. Shu Tze Hsu, 217 F. Supp. 3d 1138, 1151 (C.D. Cal. 2016). Like Mr. Larkin, Mr. Spear holds an interest in assets that were seized pursuant to civil seizure warrants issued by magistrate judges in this District, and which are the subject of Mr. Larkin's Motion to Vacate or Modify Seizure Warrants (the Seizure Motion") [DE 6]. The Opposition raises issues that are directly relevant to and overlap with the seizures of Mr. Spear's assets. All of the arguments made in the Opposition therefore apply with equal force to the seizure warrants issued against the assets in which Mr. Spear holds an interest.

Respectfully Submitted this 30th day of August, 2018.

**BARTON, KLUGMAN & OETTING, LLP**

/s/ John K. Rubiner
John K. Rubiner

**FEDER LAW OFFICE, P.A.**

/s/ Bruce Feder
Bruce Feder
Attorney for Scott Spear

. . .
. . .

# PROOF OF SERVICE

I hereby certify that on the 30th day of August, 2018, I electronically transmitted **SCOTT SPEAR'S JOINDER IN JAMES LARKIN'S OPPOSITION TO GOVERNMENT'S EX PARTE APPLICATION TO EXTEND DEADLINE AND HEARING** to the Clerk of the Court via the CM/ECF system whose transmittal of a Notice of Electronic Filing (NEF) constitutes service, pursuant to the Federal Rules of Civil and Criminal Procedure, to the following CM/ECF registrants:

**John Kucera**
**AUSA - Office of US Attorney**
**Asset Forfeiture Section**
Email: john.kucera@usdoj.gov
*Attorney for United States*

**Kenneth Miller** kmiller@bmkattorneys.com
**Anthony Bisconti** tbisconti@bmkattorneys.com
**Thomas Bienert** tbienert@bmkattorneys.com
**Whitney Bernstein** wbernstein@bmkattorneys.com
**Bienert Miller and Katzman PLC**
*Attorney for James Larkin*

**Gary Lincenberg** gsl@birdmarella.com
**Ariel Neuman** aan@birdmarella.com
**Gopi Panchapakesan** gkp@birdmarella.com
**Bird Marella Boxer Wolpert Nessim, et al**
*Attorneys for John Brunst*

**Erin McCampbell** emcampbell@lglaw.com
**Paul Cambria** pcambria@lglaw.com
**Lipsitz Green Scime Cambria**
**Janey Henze Cook** janey@henzecookmurphy.com
**Henze Cook Murphy PLLC**
*Attorneys for Michael Lacey*

By: /s/ A. Jones