Name and address:
Erin E. McCampbell, Esq.
Lipsitz Green Scime Cambria LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.         Plaintiff(s)<br><br>In the Matter of Seizure of: Any and all funds held in Republic Bank of Arizona Accounts xxxx1889, xxxx2592, xxxx1938, xxxx2912, and xxxx2500<br>Defendant(s). | CASE NUMBER<br>2:18-cv-06742-RGK-PJW<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

McCampbell, Erin E.      of   Lipsitz Green Scime Cambria LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*     42 Delaware Avenue, Suite 120
716-849-1333      716-855-1580             Buffalo, New York 14202
*Telephone Number*   *Fax Number*
emccampbell@lglaw.com
*E-Mail Address*                                  *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Michael Lacey

*Name(s) of Party(ies) Represented*      ☐ Plaintiff(s)  ☐ Defendant(s)  ☒ Other: Claimant

and designating as Local Counsel

Cambria, Paul J.                of  Lipsitz Green Scime Cambria LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    11845 W. Olympic Blvd.
177957       716-849-1333       716-855-1580      Los Angeles, CA 90064
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
pcambria@lglaw.com
*E-Mail Address*                                  *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
       ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
       ☐ for failure to complete Application: _____
       ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
       ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
       ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____                    _____
                             U.S. District Judge/U.S. Magistrate Judge