Paul J. Cambria, Jr. (CA 177957)
    pcambria@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580

Attorneys for Michael Lacey

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In the Matter of the Seizure of:** | Case No. 2:18-cv-06742-RGK-PJW |
| Any and all funds held in Republic Bank of Arizona Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912, and, xxxx2500. | **CLAIMANT MICHAEL LACEY'S JOINDER IN JAMES LARKIN'S OPPOSITION TO GOVERNMENT'S *EX PARTE* APPLICATION TO EXTEND DEADLINE AND HEARING**<br><br>Date: September 24, 2018<br>Time: 9:00 a.m.<br>Crtrm: 850<br><br>Assigned to Hon. R. Gary. Klausner |

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Claimant Michael Lacey, by and through his counsel, will and hereby does join in James Larkin's Opposition to the Government's *Ex Parte* Application to Extend Deadline and Hearing (the "Opposition") [Doc. 41], and adopts all of the positions set forth in the Opposition as if fully set forth herein.

Mr. Lacey joints in the Opposition because he is "so similarly situation [to Mr. Larkin] that filing an independent [opposition] would be redundant." *Tatung Co., Ltd. V. Shu Tze Hsu,* 217 F. Supp. 3d 1138, 1151 (C.D. Cal. 2016). Like Mr. Larkin, Mr. Lacey holds an interest in assets that were seized pursuant to civil seizure warrants issued by the magistrate judges in this District, and which are the subject of Mr. Larkin's Motion to Vacate of Modify Seizure Warrants (the 'Seizure Motion") [Doc. 6]. The Opposition raises issues that are directly relevant to and overlap with the seizures of Mr. Lacey's assets. All of the arguments made in the Opposition therefore apply with equal force to the seizure warrants issued against the assets in which Mr. Lacey holds an interest.

DATED: September 12, 2018      Respectfully submitted,

　　　　　　　　　　　　　　　　　Paul J. Cambria, Jr.
　　　　　　　　　　　　　　　　　Lipsitz Green Scime Cambria LLP


　　　　　　　　　　　　　　　By: */s/ Paul J. Cambria, Jr.*
　　　　　　　　　　　　　　　　　Paul J. Cambria, Jr.
　　　　　　　　　　　　　　　　　Attorneys for Michael Lacey

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2018, I filed the foregoing with the United States District Court for the Central District of California using the CM/ECF system.

I hereby certify that on September 12, 2018, a copy of the foregoing was also delivered to the following via CM/ECF:

JOHN K. KUCERA, ESQ.
Assistant U.S. Attorney
U.S. Attorney's Office
Asset Forfeiture Section
312 North Spring Street
Los Angeles, CA 90012


Dated:       Buffalo, New York
             September 12, 2018

                              */s/April L. Kelly*
                              April L. Kelly