NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (California Bar No. 274184)
Assistant United States Attorney
Asset Forfeiture Section
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-3391
   Facsimile: (213) 894-0142
   E-mail: John.Kucera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF:<br>ANY AND ALL FUNDS HELD IN REPUBLIC BANK OF ARIZONA ACCOUNTS XXXX1889; XXXX2592, XXXX1938, XXXX2912, AND XXXX2500. | No. CV 18-06742-RGK (MAAx)<br><br>MOTION FOR LEAVE TO LATE FILE GOVERNMENT'S OPPOSITION TO MOTION TO VACATE OR MODIFY SEIZURE WARRANTS (FIRST REQUEST) |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney Office for the Central District of California and Assistant United States Attorney John J. Kucera, respectfully moves this Court for an order granting leave to late file its Opposition to Motion to Vacate or Modify Seizure Warrants.

     The government's Opposition to the Motion to Vacate or Modify Seizure Warrants is being filed late due to the delay in receiving this Court's Order relating to the government's Ex Parte Application

to Extend Deadlines, which was entered onto the docket on Wednesday, September 12, 2018 (and which set as September 10, 2018, as the government's deadline to file its Opposition). *See* Exhibit A. Movants' counsel has advised and they oppose this motion.

For the above reasons, the government respectfully moves for leave to late file its Opposition to the Motion to Vacate or Modify Seizure Warrants.

Dated: September 14, 2018          Respectfully submitted,

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

            /s/*John J. Kucera*
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA