**Beckman, Shannen (USACAC) [Contractor]**

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Wednesday, September 12, 2018 2:05 PM |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 2:18-cv-06742-RGK-PJW In the Matter of Seizure of: Any and all funds held in Republic Bank of Arizona Accounts xxxx1889, xxxx2592, xxxx1938, xxxx2912, and xxxx2500 Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 9/12/2018 at 2:04 PM PDT and filed on 9/7/2018

| | |
|---|---|
| **Case Name:** | In the Matter of Seizure of: Any and all funds held in Republic Bank of Arizona Accounts xxxx1889, xxxx2592, xxxx1938, xxxx2912, and xxxx2500 |
| **Case Number:** | 2:18-cv-06742-RGK-PJW |
| **Filer:** | |
| **Document Number:** | 50 |

**Docket Text:**
**ORDER TO EXTEND DEADLINE AND HEARING ON MOTION TO VACATE OR MODIFY SEIZURE WARRANTS by Judge R. Gary Klausner, (bp)**

**2:18-cv-06742-RGK-PJW Notice has been electronically mailed to:**

Bruce S Feder     bf@federlawpa.com

Ariel A Neuman     aneuman@birdmarella.com, rec@birdmarella.com, brl@birdmarella.com, aan@birdmarella.com

Thomas H Bienert     7657482420@filings.docketbird.com, admin@bmkattorneys.com, tbienert@bmkattorneys.com

Janey Henze Cook     janey@henzecookmurphy.com

Ex. A.

John K Rubiner     lbarney@bkolaw.com, jrubiner@bkolaw.com

Kenneth M Miller     kmiller@bmkattorneys.com, admin@bmkattorneys.com

Erin E McCampbell     emccampbell@lglaw.com

Anthony R Bisconti     tbisconti@bmkattorneys.com, 7657482420@filings.docketbird.com, 3166673420@filings.docketbird.com, admin@bmkattorneys.com

John Kucera     krystie.sor@usdoj.gov, shannen.beckman@usdoj.gov, caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov, deena.bowman@usdoj.gov, john.kucera@usdoj.gov

Whitney Z Bernstein     wbernstein@bmkattorneys.com

Paul J Cambria     gpelletterie@lglaw.com, akelly@lglaw.com, emccampbell@lglaw.com, pcambria@lglaw.com, kdrewery@lglaw.com

Gary S Lincenberg     docket@birdmarella.com, gsl@birdmarella.com, kjf@birdmarella.com

Gopi K Panchapakesan     gkp@birdmarella.com, kmm@birdmarella.com

**2:18-cv-06742-RGK-PJW Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

Ex. A.