Name and address:
Robert Corn-Revere
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Seizure of: Any and All Funds Held in Republic Bank of Arizona Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912, and xxxx2500 | CASE NUMBER<br><br>2:18-cv-06742-RGK-PJW<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's CM/ECF System ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $400 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

## SECTION I - INFORMATION

Robert Corn-Revere
*Applicant's Name (Last Name, First Name & Middle Initial)*    check here if federal government attorney ☐

Davis Wright Tremaine LLP
*Firm/Agency Name*

| 1919 Pennsylvania Avenue, NW | 202-973-4225 | 202-973-4499 |
|---|---|---|
| Suite 800 | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Washington, DC 20006 | bobcornrevere@dwt.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

| Michael Lacey | ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____ |
|---|---|
| James Larkin | ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____ |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| U.S. Supreme Court | 10/7/1987 | Active Member in Good Standing |
| District of Columbia Court of Appeals | 12/19/1983 | Active Member in Good Standing |
| (Continued in Section IV) | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Has the applicant previously registered as a CM/ECF user in the Central District of California?  [X] Yes   [ ] No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?  [X] Yes   [ ] No

*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.3, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  9/13/2018

Robert Corn-Revere
Applicant's Name (please type or print)

*/s/ Robert Corn-Revere*
Applicant's Signature

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Commerson, Scott R.
*Designee's Name (Last Name, First Name & Middle Initial)*

Davis Wright Tremaine LLP
*Firm/Agency Name*

865 South Figueroa Street
Suite 2400
*Street Address*

Los Angeles, CA 90017-2566
*City, State, Zip Code*

213-633-6800
*Telephone Number*

213-633-6899
*Fax Number*

scottcommerson@dwt.com
*E-mail Address*

227460
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated 9/13/2018

Scott R. Commerson
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Federal Appeals Courts:
U.S. Court of Appeals for the D.C. Circuit, admitted June 11, 1986 - Active Member in Good Standing
U.S. Court of Appeals for the First Circuit, admitted Mar. 1, 2018 - Active Member in Good Standing
U.S. Court of Appeals for the Second Circuit, admitted Feb. 3, 2000 - Active Member in Good Standing
U.S. Court of Appeals for the Third Circuit, admitted Jan. 8, 1988 - Active Member in Good Standing
U.S. Court of Appeals for the Fourth Circuit, admitted Feb. 4, 1999 - Active Member in Good Standing
U.S. Court of Appeals for the Fifth Circuit, admitted Jan. 12, 2018 - Active Member in Good Standing
U.S. Court of Appeals for the Sixth Circuit, admitted Dec. 12, 2005 - Active Member in Good Standing
U.S. Court of Appeals for the Seventh Circuit, admitted Sept. 11, 2015 - Active Member in Good Standing
U.S. Court of Appeals for the Eighth Circuit, admitted Feb. 12, 2016 - Active Member in Good Standing
U.S. Court of Appeals for the Ninth Circuit, admitted Jan. 30, 2008 - Active Member in Good Standing
U.S. Court of Appeals for the Tenth Circuit, admitted Jan. 29, 2003 - Active Member in Good Standing
U.S. Court of Appeals for the Eleventh Circuit, admitted Sept. 29, 2009 - Active Member in Good Standing

Federal District Courts:
United States District Court for the District of Columbia, Apr. 26, 2000 - Active Member in Good Standing
United States District Court for the Southern District of N.Y., admitted Nov. 16, 2004 - Active Member in Good Standing
United States District Court for the District of Colorado, admitted June 19, 2002 - Active Member in Good Standing
United States District Court for the Northern District of Illinois, admitted July 13, 2017 - Active Member in Good Standing



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Robert L Corn Revere*

was duly qualified and admitted on **December 19, 1983** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on September 13, 2018.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.