THOMAS H. BIENERT, JR., CA State Bar No. 135311
tbienert@bmkattorneys.com
KENNETH M. MILLER, CA State Bar No. 151874
kmiller@bmkattorneys.com
ANTHONY R. BISCONTI, CA State Bar No. 269230
tbisconti@bmkattorneys.com
WHITNEY Z. BERNSTEIN, CA State Bar No. 304917
wbernstein@bmkattorneys.com
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700 / Facsimile (949) 369-3701

Attorneys for JAMES LARKIN

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of the seizure of:<br><br>Any and all funds held in republic bank of arizona accounts xxxx1889, xxxx2592, xxxx1938, xxxx2912, and xxxx2500 | Case No. CV-18-06742-RGK-PJW<br><br>**OPPOSTION TO GOVERNMENT'S MOTION FOR LEAVE TO LATE FILE ITS OPPOSITION TO MOTION TO VACATE OR MODIFY SEIZURE WARRANTS**<br><br>Hon. R. Gary Klausner<br>Date:   September 24, 2018<br>Time:  9:00 a.m. |

Movant James Larkin is entitled to a prompt hearing on the government's massive seizure of his assets, which occurred nearly six months ago. This long-awaited hearing is set to occur on September 24, 2018. The government should not be permitted to file its Opposition now if doing so will delay the hearing or prejudice his ability to adequately respond while proceeding with the September 24, 2018 hearing.

I.  **BACKGROUND**

Between March and June 2018, the government seized tens of millions of dollars-worth of assets from Movants pursuant to *ex parte* civil seizure warrants issued in this

District. Movants' filed a Motion to Vacate or Modify the Seizure Warrants (the "Motion") on August 1, 2018, raising various constitutional challenges to the warrants. *See* Dkt. 6. For over six weeks, the government filed no opposition, despite requesting and receiving continuances of its opposition deadline.

On August 14, 2018, this Court set a hearing on the matter for September 10, 2018. Dkt. 17. Government counsel represented that he had a conflict with the hearing date and, at his request, the parties stipulated to a continuance. Dkt. 32. The stipulation and request filed by the government recommended a proposed opposition deadline of August 27, 2018. *Id.* But the government did not meet that deadline. Instead, on that day, the government applied for another extension of time, this time requesting an opposition deadline of September 10, 2018. Dkt. 40. But the government did not file its Opposition by that deadline, either. Instead, on September 14, 2018, with the hearing imminent, the government filed a third request for even more time to file its opposition. Dkt. 51. The government then "filed" its Opposition without waiting for this Court's permission. Dkt. 53.

Mr. Larkin opposes the government's late filing request and urges this Court to proceed with the hearing as scheduled.

## II.   ARGUMENT

The government's third request for an extension of time should be denied for at least the following reasons:

1. It has been almost six months since the government seized Movants' assets. As explained in the Motion, Mr. Larkin was entitled to a hearing *before* the government seized his First Amendment protected publishing proceeds. *See* Dkt. 6. That right having already been violated, Mr. Larkin is at least entitled to receive a hearing on his Motion without further delay. The government's repeated failure to file a timely opposition, in total disregard for its requests, stipulations, and scheduling Orders set by this Court (*see* Dkts 17, 42, 50), should not be rewarded or countenanced by granting this request.

2. The government's basis for its current request is illogical. It claims its opposition is late "due to the delay in receiving this Court's Order" endorsing the

government's request for a September 10 opposition deadline.[1]  Dkt. 51.  The government fails to explain how its failure to meet its requested opposition deadline could be due to a delay in the docketing of the Court's endorsement of the government's request.  The government is required to meet the deadline absent a pre-deadline ruling.  As of August 27, the government should have filed its Opposition.  The same goes for the September 10 deadline.  The government's attempt to shift the blame to the Court for its persistent failures to file a timely opposition should be rejected out of hand.

       3.     In disregard of the Court's local rules and L.R. 7-12, the government's request makes no showing of good cause, does not set forth any detailed reasons for its third requested extension, and fails to even indicate that this is its third request for an extension of time.  *See* Dkt. 51.

In fact, there is no good cause.  The government has been using its extensions of time to submit affirmative pleadings in the District of Arizona to attempt an end-run around this Court's upcoming hearing.  After requesting an opposition deadline of August 27, 2018 in this Court, the government did not prepare or file any opposition but instead tried to obviate this Court's proceeding by applying for an Order in the District of Arizona on August 27, 2018.  *See* Dkt. 40; *see also* Dkt. 41.  The government then told this Court that "[s]hould that Order issue, the government intends to move this Court to find that defendants' Motion is moot."  Dkt. 40 at 2.

Not to be deterred, the government did the same thing just two days ago.  After requesting an opposition deadline of September 10, 2018, the government did not prepare or submit any opposition before this Court but instead again went to Arizona requesting to file a Reply in support of its Application in the District of Arizona.[2]  Movants opposed that

---

[1] On September 7, 2018, the Court ordered the government's opposition deadline of September 10, 2018, but the Order was not docketed until September 12, 2018. *See* Dkt. 50.

[2] *See* Exhibit A, *United States v. Michael Lacey, et al.*, D. AZ Docket 18-CR-0422-PHX-SPL (BSB), Motion for Leave to Late File Reply Re: Application for Order Regarding Criminal Forfeiture of Property in Government Custody, Doc. 303 (filed Sept. 12, 2018).

government request this morning.[3]

## III. CONCLUSION

For all the foregoing reasons, as well as those set forth in Exhibit B, Mr. Larkin respectfully requests that this Court reject the government's third request to late file its Opposition. Regardless of how this Court rules, Mr. Larkin requests that the Court proceed with the September 24, 2018 hearing as scheduled.

Dated:   September 14, 2018                     Respectfully submitted,

                                                /s/ Thomas H. Bienert, Jr.
                                                BIENERT, MILLER & KATZMAN, PLC
                                                Attorneys for James Larkin

---

[3] *See* Exhibit B, *United States v. Michael Lacey, et al.*, D. AZ Docket 18-CR-0422-PHX-SPL (BSB), Response in Opposition, Doc. 304 (filed Sept. 14, 2018).

# **CERTIFICATE OF SERVICE**

That I am a citizen of the United States and am a resident or employed in Orange County, California; that my business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673; that I am over the age of 18 and not a party to the above-entitled action.

That I am employed by a member of the United States District Court for the Central District of California and at whose direction I caused service of: **OPPOSTION TO GOVERNMENT'S MOTION FOR LEAVE TO LATE FILE ITS OPPOSITION TO MOTION TO VACATE OR MODIFY SEIZURE WARRANTS** on the interested parties as follows:

**[ X ]   BY ELECTRONIC MAIL:** by electronically filing the foregoing with the Clerk of the District Court using its ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies said parties in this case:

| | |
|---|---|
| john.kucera@usdoj.gov | emccampbell@lglaw.com |
| bobcornrevere@dwt.com | janey@henzecookmurphy.com |
| scottcommerson@dwt.com | pcambria@lglaw.com |
| gsl@birdmarella.com | jrubiner@bkolaw.com |
| aan@birdmarella.com | bf@federlawpa.com |
| gkp@birdmarella.com | |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 14, 2018 at San Clemente, California.

*/s/ Michele Ueda /s/*
Michele Ueda