UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-06742-RGK-PJW | Date | September 17, 2018 |
|---|---|---|---|
| Title | *In the Matter of Seizure of: Any and all funds held in Republic Bank of Arizona* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS) Order Re: Motion for Leave to Late File Government's Opposition to Motion to Vacate or Modify Seizure Warrants (DE 53)**

On September 14, 2018, the government moved for an extension to file an opposition to James Larkin, Michael Lacey, Scott Spear, and John Brunst's (collectively, "Claimants") Motion to Vacate or Modify Seizure Warrants. The government did so despite having already received two previous extensions. While the government's inability to adhere to deadlines is troubling, the Court will give the government one day to file an opposition. Claimants will then have seven days to file a reply in support of their motion to vacate or modify seizure warrants. Any future requests by the government to extend filing deadlines will be viewed disfavorably.

The hearing on the motion to vacate or modify seizure warrants remains calendared for September 24, 2018. The Court will take the matter under submission, and no appearances by counsel will be necessary.

Accordingly, the Court **GRANTS** the government's motion for leave to file government's opposition to motion to vacate or modify seizure warrants. The government's opposition is due no later than **September 18, 2018**. Any reply brief is due by **September 25, 2018**.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer _____