Robert Corn-Revere
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In the Matter of Seizure of: Any and All Funds Held in Republic Bank of Arizona Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912, and xxxx2500

CASE NUMBER

2:18−cv−06742−RGK−PJW

(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Corn-Revere, Robert

202-973-4225         202-973-4499
bobcornrevere@dwt.com

*E-Mail Address*

Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006-3401

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

James Larkin
Michael Lacey

*Name(s) of Party(ies) Represent*     ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

Commerson, Scott R.

*Designee's Name (Last Name, First Name & Middle Initial)*
227460         213-633-6800         213-633-6899
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
scottcommerson@dwt.com
*E-Mail Address*

Davis Wright Tremaine LLP
865 South Figueroa Street
Suite 2400
Los Angeles, CA 90017-2566

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

**Dated: September 18, 2018**

R. GARY KLAUSNER

**U.S. District Judge/U.S. Magistrate Judge**