Paul J. Cambria, Jr. (CA 177957)
pcambria@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580

Attorneys for Michael Lacey

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In the Matter of the Seizure of:**<br><br>Any and all funds held in Republic Bank of Arizona Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912, and, xxxx2500. | Case No. 2:18-cv-06742-RGK-PJW<br><br>**CLAIMANT MICHAEL LACEY'S NOTICE OF GOVERNMENT'S NON-OPPOSITION TO MOTION FOR RELEASE OF FUNDS (DOC. 22)**<br><br>Date: September 24, 2018<br>Time: 9:00 a.m.<br>Crtrm: 850<br><br>Assigned to Hon. R. Gary. Klausner |

Claimant Michael Lacey, by and through his counsel, filed a Notice of Motion and Motion for Release of Certain Untainted Funds on August 10, 2018 ("Motion), which challenged the government's seizure of certain bank accounts on the basis that those bank accounts held demonstrably untainted funds and the accidental transfer of purportedly tainted funds into those accounts was the result of a clerical error by the transferor about which Mr. Lacey had no knowledge until the accounts were seized. (Docs. 22-25.) In addition to challenging the government's improper seizure of those specific accounts, Mr. Lacey joined in the constitutional challenges to all of the government's pretrial seizures of assets raised in James Larkin's Notice of Motion and Motion to Vacate (Doc. 6).

On August 28, 2018, this Court issued an order scheduling the hearing on Mr. Larkin's Motion to Vacate for September 24, 2018 (Doc. 42); however, no hearing was scheduled on Mr. Lacey's Motion for Release of Certain Untainted Funds. On August 27, 2018, Mr. Lacey filed an Unopposed Application for an Order Scheduling the Hearing on Mr. Lacey's Motion for Release of Funds on the Same Date as the Hearing on Mr. Larkin's Motion to Vacate (Doc. 39), which this Court granted (Doc. 43).

Critically, the Government has not responded to Mr. Lacey's Motion for Release of Certain Untainted Funds. Further, the government has not sought any extension of its deadline to respond to the Motion. At this time, the time for submitting an opposition or a request for an extension has passed, and thus the Motion is unopposed.

Although this Court has vacated the September 24, 2018 hearing on Mr. Larkin's Motion to Vacate, indicating that Mr. Larkin's motion will be taken under consideration on submission, there has been no order issued on the hearing on Mr. Lacey's unopposed Motion for Release of Certain Untainted Funds. (Doc. 55.) In light of that order, Mr. Lacey seeks clarification as to whether counsel should appear on Mr. Lacey's unopposed Motion on September 24, 208 or whether the Court will take this unopposed Motion, too, under consideration on submission of the parties.

1 | DATED: September 19, 2018     Respectfully submitted,

Paul J. Cambria, Jr.
Lipsitz Green Scime Cambria LLP


By: */s/ Paul J. Cambria, Jr.*
    Paul J. Cambria, Jr.
    Attorneys for Michael Lacey

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2018, I filed the foregoing with the United States District Court for the Central District of California using the CM/ECF system.

I hereby certify that on September 19, 2018, a copy of the foregoing was also delivered to the following via CM/ECF:

JOHN K. KUCERA, ESQ.
Assistant U.S. Attorney
U.S. Attorney's Office
Asset Forfeiture Section
312 North Spring Street
Los Angeles, CA 90012

Dated:       Buffalo, New York
             September 19, 2018

                              */s/April L. Kelly*
                              April L. Kelly