Thomas H. Bienert, Jr., State Bar No. 135311
tbienert@bmkattorneys.com
Kenneth M. Miller, State Bar No. 151874
kmiller@bmkattorneys.com
Anthony R. Bisconti, State Bar No. 269230
tbisconti@bmkattorneys.com
Whitney Z. Bernstein, State Bar No. 304917
wbernstein@bmkattorneys.com
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700; Facsimile (949) 369-3701

James C. Grant (*pro hac vice pending*)
jimgrant@dwt.com
Robert Corn-Revere (*pro hac vice pending*)
bobcornrevere@dwt.com
DAVIS WRIGHT & TREMAINE LLP
1201 Third Avenue
Seattle, Washington 98101-30345
Telephone: (206) 757-8096; Fax: (206) 757-7096

Attorneys for James Larkin

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF:<br><br>ANY AND ALL FUNDS HELD IN REPUBLIC BANK OF ARIZONA ACCOUNT(S) XXXX1889, XXXX2592, XXXX1938, XXXX2912, AND, XXXX2500. | No. CV 18-06742-RGK (PJW)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ACCESS AND USE PURPORTEDLY INADVERTENTLY PRODUCED MATERIALS**<br><br>Hearing Information<br>Date:  October 22, 2018<br>Time:  9:00 a.m.<br>Judge: Hon. R. Gary Klausner<br>Place:  Courtroom 850<br>          255 E. Temple Street, 8th Fl.<br>          Los Angeles, CA 90012 |

The Court, having reviewed and considered the *Motion to Access and Use Purportedly Inadvertently Produced Materials* (the "Motion") filed by James Larkin on September 20, 2018, all evidence and argument filed in support of and opposition to the Motion, having received the argument of counsel at the hearing on the Motion (if any), and in light of the entire record in this case, has determined that good cause has been shown for granting the Motion. Accordingly,

**IT IS ORDERED THAT**:

1. The Motion is GRANTED.
2. Mr. Larkin may access and use the "Disputed Documents," as that term is defined in the Motion, as requested in the Motion.

DATE: _____      BY:_____
                                                        HON. R. GARY KLAUSNER
                                                        UNITED STATES DISTRICT JUDGE