Thomas H. Bienert, Jr., State Bar No. 135311
tbienert@bmkattorneys.com
Kenneth M. Miller, State Bar No. 151874
kmiller@bmkattorneys.com
Anthony R. Bisconti, State Bar No. 269230
tbisconti@bmkattorneys.com
Whitney Z. Bernstein, State Bar No. 304917
wbernstein@bmkattorneys.com
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700; Facsimile (949) 369-3701

James C. Grant (*pro hac vice pending*)
jimgrant@dwt.com
Robert Corn-Revere (*pro hac vice pending*)
bobcornrevere@dwt.com
DAVIS WRIGHT & TREMAINE LLP
1201 Third Avenue
Seattle, Washington 98101-30345
Telephone: (206) 757-8096; Fax: (206) 757-7096

Attorneys for James Larkin

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF:<br><br>ANY AND ALL FUNDS HELD IN REPUBLIC BANK OF ARIZONA ACCOUNT(S) XXXX1889, XXXX2592, XXXX1938, XXXX2912, AND, XXXX2500. | No. CV 18-06742-RGK (PJW)<br><br>**APPLICATION FOR PERMISSION TO FILE UNDER SEAL; [PROPOSED] ORDER**<br><br>Hearing Information<br>Date:  October 22, 2018<br>Time:  9:00 a.m.<br>Judge: Hon. R. Gary Klausner<br>Place:  Courtroom 850<br>            255 E. Temple Street, 8th Fl.<br>            Los Angeles, CA 90012 |

APPLICATION FOR PERMISSION TO FILE UNDER SEAL

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that James Larkin applies to the Court for an order permitting Mr. Larkin to file under seal the concurrently filed Declaration of Paul J. Cambria (the "Cambria Decl.") and Exhibits 1-18 thereto.

This application is based upon this Notice, the following Application, and the Declaration of Anthony R. Bisconti filed concurrently herewith. In the event the Application is denied, counsel will publicly file the document(s) for consideration by the Court.

Dated: September 20, 2018

BIENERT, MILLER & KATZMAN, PLC
By: /s/ Thomas H. Bienert
   Thomas H. Bienert
   Kenneth M. Miller
   Anthony R. Bisconti
   Whitney Z. Bernstein
   Attorneys for James Larkin

DAVIS WRIGHT & TREMAINE, LLP
By: /s/ James C. Grant
   James C. Grant
   Robert Corn-Revere
   Attorneys for James Larkin

## MEMORANDUM OF POINTS AND AUTHORITIES

James Larkin seeks an order permitting him to file under seal pursuant to L.R. 79-5 and this Court's procedures for under seal filings the Cambria Decl. and Exhibits 1-18 thereto.

Exhibits 3 and 4 to the Cambria Decl. are documents with respect to which the government has asserted the attorney work-product privilege. The remaining exhibits are communications concerning the government's production of these documents (and others), as well as communications concerning the government's privilege assertion and claim of inadvertent disclosure. Mr. Larkin disagrees with and has challenged the government's privilege assertion in the concurrently-filed *Motion to Access and Use Purportedly Inadvertently Produced Materials* (the "Production Motion"). However, out of an abundance of caution, and until the Court rules upon the Production Motion, Mr. Larkin submits these exhibits under seal for consideration in connection with the Production Motion, as well as the Larkin's *Motion to Vacate or Modify Seizure Warrants* (the "Seizure Motion"). *See* Dkt. 6

Dated: September 20, 2018

BIENERT, MILLER & KATZMAN, PLC
By: /s/ Thomas H. Bienert
  Thomas H. Bienert
  Kenneth M. Miller
  Anthony R. Bisconti
  Whitney Z. Bernstein
  Attorneys for James Larkin

DAVIS WRIGHT & TREMAINE, LLP
By: /s/ James C. Grant
  James C. Grant
  Robert Corn-Revere
  Attorneys for James Larkin