Thomas H. Bienert, Jr., State Bar No. 135311
tbienert@bmkattorneys.com
Kenneth M. Miller, State Bar No. 151874
kmiller@bmkattorneys.com
Anthony R. Bisconti, State Bar No. 269230
tbisconti@bmkattorneys.com
Whitney Z. Bernstein, State Bar No. 304917
wbernstein@bmkattorneys.com
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700; Facsimile (949) 369-3701

James C. Grant (*pro hac vice pending*)
jimgrant@dwt.com
Robert Corn-Revere (*pro hac vice pending*)
bobcornrevere@dwt.com
DAVIS WRIGHT & TREMAINE LLP
1201 Third Avenue
Seattle, Washington 98101-30345
Telephone: (206) 757-8096; Fax: (206) 757-7096

Attorneys for James Larkin

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN THE MATTER OF THE SEIZURE OF:**<br><br>ANY AND ALL FUNDS HELD IN REPUBLIC BANK OF ARIZONA ACCOUNT(S) XXXX1889, XXXX2592, XXXX1938, XXXX2912, AND, XXXX2500. | No. CV 18-06742-RGK (PJW)<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER SETTING HEARING ON MOTION TO ACCESS AND USE PURPORTEDLY INADVERTENLY PRODUCED MATERIALS ON SHORTENED TIME**<br><br>Hearing Information<br>Date: October 22, 2018<br>Time: 9:00 a.m.<br>Judge: Hon. R. Gary Klausner<br>Place: Courtroom 850<br>       255 E. Temple Street, 8th Fl.<br>       Los Angeles, CA 90012 |

The Court has reviewed and considered the *Ex Parte Application for Order Shortening Time on Motion to Access and Use Purportedly Inadvertently Produced Materials* (the "Application"), filed by James Larkin on September 20, 2018, and all supporting papers and evidence. The Court finds good cause exists to grant the Application. Accordingly,

**IT IS ORDERED:**

1. The Application is GRANTED.
2. Any opposition to the *Motion to Access and Use Purportedly Inadvertently Produced Materials* (the "Production Motion") must be filed no later than September 25, 2018.
3. Any reply in support of the Production Motion must be filed no later than September 27, 2018.

DATE: _____     BY:_____
                                    HON. R. GARY KLAUSNER
                                    UNITED STATES DISTRICT JUDGE