# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of Seizure of: Any and all funds held in Republic Bank of Arizona Accounts xxxx1889, xxxx2<br>**PLAINTIFF(S)**<br>v.<br><br>**DEFENDANT(S).** | CASE NUMBER:<br><br>2:18-cv-06742-RGK-PJW<br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENTS** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Local Rules, General Order 10-07 and/or the Court's Case Management Order as indicated:

09/20/2018 / 59 / Notice of Motion
*Date Filed* / *Doc. No.* / *Title of Document*

___ / ___ / ___
*Date Filed* / *Doc. No.* / *Title of Document*

- ☐ Document submitted in the wrong case
- ☐ Incorrect document is attached to the docket entry
- ☐ Document linked incorrectly to the wrong document/docket entry
- ☐ Incorrect event selected. Correct event is _____
- ☐ Case number is incorrect or missing.
- ☐ Hearing information is missing, incorrect, or not timely
- ☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
- ☐ Case is closed
- ☐ Proposed Document was not submitted as separate attachment
- ☐ Title page is missing
- ☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- ☑ Other Memorandum of Points and Authorities exceeds this Court's 20-page limit. See Judge's Procedures and Schedules/Standing Order on the Court's website.

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for Local Rules, General Order 10-07 and applicable forms.

Dated: 09/21/2018        By: *Gary Klausner*
                              U.S. District Judge / U.S. Magistrate Judge

*cc: Assigned District and/or Magistrate Judge*