**John K. Rubiner**
**Barton, Klugman & Oetting, LLP**
350 S. Grand Avenue, Suite 2200
Los Angeles, California 90071
213-617-6123
JRubiner@bkolaw.com

**Feder Law Office, P.A.**
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
(602) 257-0135
bf@federlawpa.com
fl@federlawpa.com

Bruce Feder – Arizona State Bar No. 004832
Attorneys for Claimant, Scott Spear

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In the Matter of the Seizure of:** | No.: CV 18-06742-RGK (PJWx) |
| Any and all funds held in Republic Bank of Arizona Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912, and xxxx2500. | [Related to Case Nos. 18-MJ-00712, 18-MJ-00713, 18-MJ-00715, 18-MJ-00716, 18-MJ-00718, 18-MJ-00719, 18-MJ-00720, 18-MJ-00721, 18-MJ-00722, 18-MJ-00723, 18-MJ-00724, 18-MJ-00751, 18-MJ-00797, 18-MJ-00798, 18-MJ-00996, 18-MJ-00997, 18-MJ-01427, and 18-MJ-1863] |
| | **SCOTT SPEAR'S JOINDER IN JAMES LARKIN'S OPPOSITION TO GOVERNMENT'S MOTION FOR LEAVE TO LATE FILE ITS OPPOSITION TO MOTION TO VACATE OR MODIFY SEIZURE WARRANTS** |
| | Assigned to Hon. R. Gary Klausner |

1

1    The Defendant, Scott Spear, by and through his attorney, Bruce Feder/Feder

2  Law Office., P.A., hereby joins in Defendant James Larkin's Opposition to

3  Government's Motion for Leave to Late File Its Opposition to Motion to Vacate or

4  Modify Seizure Warrants [54] in all respects as said Opposition applies to him.

5

6                    Respectfully Submitted this 21st day of September, 2018.

7

8                                    **BARTON, KLUGMAN & OETTING, LLP**

9

10                                   /s/ John K. Rubiner
                                     John K. Rubiner
11

12

13                                   **FEDER LAW OFFICE, P.A.**

14

15                                   /s/ Bruce Feder
                                     Bruce Feder
16                                   Attorney for Scott Spear, Claimant

17

18

19

20

21

22

23

24   .   .   .

25

26   .   .   .

2

1              **PROOF OF SERVICE**

2

3       I hereby certify that on the 21st day of September, 2018, I electronically
transmitted **SCOTT SPEAR'S JOINDER IN JAMES LARKIN'S**
4   **OPPOSITION TO GOVERNMENT'S MOTION FOR LEAVE TO LATE**
**FILE ITS OPPOSITION TO MOTION TO VACATE OR MODIFY SEIZURE**
5   **WARRANTS** to the Clerk of the Court via the CM/ECF system whose transmittal
6   of a Notice of Electronic Filing (NEF) constitutes service, pursuant to the Federal
7   Rules of Civil and Criminal Procedure, to the following CM/ECF registrants:

8   **John Kucera**
9   **AUSA - Office of US Attorney**
    **Asset Forfeiture Section**
10  Email: john.kucera@usdoj.gov
11  *Attorney for United States*

12  **Kenneth Miller** kmiller@bmkattorneys.com
13  **Anthony Bisconti** tbisconti@bmkattorneys.com
    **Thomas Bienert**   tbienert@bmkattorneys.com
14  **Whitney Bernstein** wbernstein@bmkattorneys.com
15  **Bienert Miller and Katzman PLC**
16  *Attorney for James Larkin*

17  **Gary Lincenberg**   gsl@birdmarella.com
18  **Ariel Neuman**   aan@birdmarella.com
    **Gopi Panchapakesan** gkp@birdmarella.com
19  **Bird Marella Boxer Wolpert Nessim, et al**
20  *Attorneys for John Brunst*

21  **Erin McCampbell** emcampbell@lglaw.com
22  **Paul Cambria** pcambria@lglaw.com
    **Lipsitz Green Scime Cambria**
23  **Janey Henze Cook** janey@henzecookmurphy.com
24  **Henze Cook Murphy PLLC**
25  *Attorneys for Michael Lacey*

26  By: /s/ A. Jones_____

3