Name and address:
Erin E. McCampbell, Esq.
Lipsitz Green Scime Cambria LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>                         v.             Plaintiff(s)<br><br>In the Matter of Seizure of: Any and all funds held in Republic Bank of Arizona Accounts xxxx1889, xxxx 2592, xxxx 1938, xxxx2912, and xxxx 2500<br>                                        Defendant(s). | CASE NUMBER<br>2:18-cv-06742-RGK-PJW<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

McCampbell, Erin E. of Lipsitz Green Scime Cambria LLP, 42 Delaware Avenue, Suite 120, Buffalo, New York 14202
*Applicant's Name (Last Name, First Name & Middle Initial)*

716-849-1333  716-855-1580
*Telephone Number   Fax Number*

emccampbell@lglaw.com
*E-Mail Address*

for permission to appear and participate in this case on behalf of
Michael Lacey

*Name(s) of Party(ies) Represented*  ☐ Plaintiff(s) ☐ Defendant(s) ☒ Other: Claimant

and designating as Local Counsel
Cambria, Paul J. of Lipsitz Green Scime Cambria LLP, 11845 W. Olympic Blvd., Los Angeles, CA 90064
*Designee's Name (Last Name, First Name & Middle Initial)*

177957   716-849-1333   716-855-1580
*Designee's Cal. Bar No.   Telephone Number   Fax Number*

pcambria@lglaw.com
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
          ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
          ☐ for failure to complete Application: _____
          ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
          ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
          ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated  SEP 21 2018

                                                  U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1