Paul J. Cambria, Jr. (CA 177957)
    pcambria@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580

Attorneys for Michael Lacey

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In the Matter of the Seizure of:**<br><br>Any and all funds held in Republic Bank of Arizona Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912, and, xxxx2500. | Case No. 2:18-cv-06742-RGK-PJW<br><br>**CLAIMANT MICHAEL LACEY'S OPPOSITION TO GOVERNMENT'S NOTICE TO THE COURT (DOC. 71)**<br><br>Assigned to Hon. R. Gary. Klausner |

      On August 1, 2018, Movant James Larkin filed a Notice of Motion and Motion to Vacate or Modify Seizure Warrants (*see* Doc. 6), which Mr. Lacey joined (*see* Doc. 26). On August 10, 2018, Mr. Lacey filed a Notice of Motion and Motion for Release of Certain Untainted Funds. (*See* Doc. 22.) On September 14, 2018, the government filed its Opposition to Motion to Vacate or Modify Seizure Warrants. (*See* Doc. 53.)

      In light of the fact that the government did not file any opposition to Mr. Lacey's Notice of Motion and Motion for Release of Certain Untainted Funds, despite having ample time to do so, Mr. Lacey filed a Notice of Non-Opposition to Motion for Release of Funds. (*See* Doc. 57.) Subsequently, this Court issued a Scheduling Notice indicating that it would take Mr. Lacey's Motion for Release under consideration without a hearing on "full consideration of properly submitted pleadings." (*See* Doc. 58.)

Then, on September 26, 2018, the government filed a Notice to the Court Re: Opposition Filed September 14, 2018 ("Notice to the Court") (Doc. 71), in which the government states that "[t]he intention was that the opposition would apply to both the Motion to Vacate (Docket No. 6) and the Motion for [R]elease of Certain Untainted Funds (Docket No. 22)." (*Id*. at 1.) The government asks this Court to "accept the government's Opposition to the Motion to Vacate as addressing both Motions." (*Id*. at 2.)

This Court should deny the government's request because the record indicates that the Notice to the Court is nothing more than an *improper attempt* to submit an *untimely opposition* to Mr. Lacey's Motion for Release of Funds. First, the docket indicates that the government never sought an extension of its deadline to file its opposition to Mr. Lacey's Motion for Release of Funds. Thus, by the time the government filed its opposition on September 14, 2018, which it now claims should be treated as an opposition to Mr. Lacey's Motion for Release of Funds, it was untimely as to the Motion for Release of Funds.

Second, the government's claim that it intended its opposition (Doc. 53) to apply to both the Motion to Vacate (Doc. 6) and the Motion for Release of Funds (Doc. 22) is belied by the title and text of its opposition. The title of its opposition—"Government's Opposition to Motion to Vacate or Modify Seizure Warrants"—indicates that it is limited solely to the Motion to Vacate. The text of the opposition reflects the same limitation. The Motion to Vacate is mentioned by name and substance repeatedly; whereas there is not a single mention of Mr. Lacey's Motion for Release of Funds or the challenges to seizures articulated therein. (*See* Doc. 53.) It is a stretch to argue that the opposition was intended to pertain to anything other than the Motion to Vacate.

Finally, the government has offered no explanation for how or why it filed a very detailed opposition to the Motion to Vacate, with no mention of the Motion for Release of Funds, even though it purportedly intended that the opposition would apply to both the Motion to Vacate and the Motion for Release of Funds.

For all these reasons, Mr. Lacey respectfully requests that this Court deny the government's request to accept the government's Opposition to the Motion to Vacate as an opposition to both the Motion to Vacate and the Motion for Release of Funds.

DATED: September 28, 2018

Respectfully submitted,

Paul J. Cambria, Jr.
Lipsitz Green Scime Cambria LLP

By: */s/ Paul J. Cambria, Jr.*
Paul J. Cambria, Jr.
Attorneys for Michael Lacey

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2018, I filed the foregoing with the United States District Court for the Central District of California using the CM/ECF system.

I hereby certify that on September 28, 2018, a copy of the foregoing was also delivered to the following via CM/ECF:

JOHN K. KUCERA, ESQ.
Assistant U.S. Attorney
U.S. Attorney's Office
Asset Forfeiture Section
312 North Spring Street
Los Angeles, CA 90012


Dated:	Buffalo, New York
	September 28, 2018

	/s/April L. Kelly
	April L. Kelly