

Thomas H. Bienert, Jr., State Bar No. 135311
tbienert@bmkattorneys.com
Kenneth M. Miller, State Bar No. 151874
kmiller@bmkattorneys.com
Anthony R. Bisconti, State Bar No. 269230
tbisconti@bmkattorneys.com
BIENERT, MILLER & KATZMAN, PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile (949) 369-3701

Attorneys for James Larkin

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In the Matter of the Seizure of:**<br><br>Any and all funds held in Republic Bank of Arizona Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912, and, xxxx2500,<br><br>And all consolidated cases. | Case No. 2:18-cv-6742-RGK (MAAx)<br><br>Consolidated with Case Nos.: 18-MJ-00712; 18-MJ-00713; 18-MJ-00715; 18-MJ-00716; 18-MJ-00718; 18-MJ-00719; 18-MJ-00720; 18-MJ-00721; 18-MJ-00723; 18-MJ-00724; 18-MJ-00751; 18-MJ-00797; 18-MJ-00798; 18-MJ-00996; 18-MJ-00997; 18-MJ-01427; and 18:MJ-1863<br><br>**NOTICE OF FILING OF REDACTED REQUEST FOR JUDICIAL NOTICE** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

On August 1, 2018, undersigned counsel for James Larkin submitted to the Court for filing the following documents: (i) *Notice of Motion and Motion to Vacate or Modify Seizure Warrants; Declarations of James Larkin, Michael Lacey, John Brunst, Scott Spear, Margaret Larkin, Troy Larkin, Ramon Larkin, and Antoinnete Thomas* (the "Motion to Vacate or Modify"); (ii) *Ex Parte Application for Permission to File an Oversized Brief; Declaration of Kenneth M. Miller; [Proposed] Order*; (iii) *Notice of Related Cases Pursuant to L.R. 83-1.3*; (iv) *Request for Judicial Notice* ("RJN"); (v) *Notice of Errata* to the Notice of the Motion to Vacate or Modify; and (vi) *James Larkin's Notice of Application and Application to File Under Seal Pursuant to Local Rule 79-5; [Proposed] Order* (collectively, the "Initial Pleadings"). Undersigned counsel also submitted for filing a Notice of Manual Filing for each of the Initial Pleadings.

On August 3, 2018, the Honorable Patrick J. Walsh conducted a telephonic conference regarding the Motion to Vacate or Modify. At that hearing, among other things, Judge Walsh ruled that he would accept the Initial Pleadings to be filed under seal, but ordered undersigned counsel to submit redacted versions of the Initial Pleadings to be filed on the publicly available docket by August 8, 2018.

On August 8, 2018, in accordance with Judge Walsh's Order, undersigned counsel submitted to the Court for filing redacted versions of the Initial Pleadings. However, undersigned counsel was unable to include a redacted version of the RJN. Accordingly, contemporaneous with the filing of this Notice, undersigned counsel is submitting a redacted version of the RJN, in compliance with Judge Walsh's order.

Dated: August 9, 2018                BIENERT, MILLER & KATZMAN, PLC

By: /s/ Kenneth M. Miller
    Thomas H. Bienert
    Kenneth M. Miller
    Anthony R. Bisconti
    Attorneys for James Larkin

## CERTIFICATE OF SERVICE

That I am a citizen of the United States and am a resident or employed in Orange County, California; that my business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673; that I am over the age of 18 and not a party to the above-entitled action.

That I am employed by a member of the United States District Court for the Central District of California and at whose direction on August 9, 2018 I caused service of: (1) **Notice of Filing of Redacted Request for Judicial Notice and (2) CD Containing and Electronic copy of the Redacted Request for Judicial Notice with exhibits** on the interested parties as follows:

**X** **BY PERSONAL DELIVERY** – Two printed copies of the **Notice of Filing of Redacted Request for Judical Notice and one CD with an Electronic Version of the Redacted Request for Judicial Notice and exhibits 1-35** were delivered by ASAP Legal to the Civil Intake filing window of The United States District Court Roybal Federal Building and U.S. Courthouse 255 East Temple Street Los Angeles, CA 90012

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 9, 2018 at San Clemente, California.

/s/ *Toni Thomas* /s/
Toni Thomas