Name and address:

James C. Grant
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue
Suite 2200
Seattle, WA 98101

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In the Matter of the Seizure of: Any and All Funds Held in Republic Bank of AZ Account(s) xxxx1889, xxxx2592, et al.

**Plaintiff(s)**

v.

Click here to enter Defendant(s).

**Defendant(s).**

CASE NUMBER

2:18−cv−06742−RGK−PJW

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Grant, James C.
*Applicant's Name (Last Name, First Name & Middle Initial)*
(206) 757-8096
*Telephone Number*
(206) 757-7096
*Fax Number*
jimgrant@dwt.com
*E-Mail Address*

of

Davis Wright Tremaine LLP
1201 Third Avenue
Suite 2200
Seattle, WA 98101
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Michael Lacey
James Larkin

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Commerson, Scott R.
*Designee's Name (Last Name, First Name & Middle Initial)*
227460
*Designee's Cal. Bar No.*
(213) 633-6800
*Telephone Number*
(213) 633-6899
*Fax Number*
scottcommerson@dwt.com
*E-Mail Address*

of

Davis Wright Tremaine LLP
865 South Figueroa Street
Suite 2400
Los Angeles, CA 90017-2566
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
 ☐ for failure to pay the required fee.
 ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
 ☐ for failure to complete Application: _____
 ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
 ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
 ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: September 28, 2018**

R. GARY KLAUSNER
**U.S. District Judge/U.S. Magistrate Judge**

G-64 Order (05/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1