**John K. Rubiner**
**Barton, Klugman & Oetting, LLP**
350 S. Grand Avenue, Suite 2200
Los Angeles, California 90071
213-617-6123
JRubiner@bkolaw.com

**Feder Law Office, P.A.**
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
(602) 257-0135
bf@federlawpa.com
fl@federlawpa.com

Bruce Feder – Arizona State Bar No. 004832
Attorneys for Claimant, Scott Spear

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In the Matter of the Seizure of:**<br><br>Any and all funds held in Republic Bank of Arizona Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912, and xxxx2500. | No.: CV 18-06742-RGK (PJWx)<br><br>**SCOTT SPEAR'S JOINDER IN JAMES LARKIN'S OPPOSITION TO GOVERNMENT'S MOTION TO STAY CIVIL CASE**<br><br>Assigned to Hon. R. Gary Klausner |

The Defendant, Scott Spear, by and through his attorneys, John Rubiner/Barton Klugman & Oetting and Bruce Feder/Feder Law Office., P.A., hereby joins in Defendant James Larkin's Opposition to Government's Motion to Stay Civil Case [80] in all respects as said Opposition applies to him.

Respectfully Submitted this 16th day of October, 2018.

**BARTON, KLUGMAN & OETTING, LLP**
/s/ John K. Rubiner
John K. Rubiner
Attorney for Scott Spear, Claimant

. . .

1

| | |
|---|---|
| 1 | **FEDER LAW OFFICE, P.A.** |
| 2 | /s/ Bruce Feder |
| | Bruce Feder |
| 3 | Attorney for Scott Spear, Claimant |

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of October, 2018, I electronically transmitted **SCOTT SPEAR'S JOINDER IN JAMES LARKIN'S OPPOSITION TO GOVERNMENT'S MOTION TO STAY CIVIL CASE** to the Clerk of the Court via the CM/ECF system whose transmittal of a Notice of Electronic Filing (NEF) constitutes service, pursuant to the Federal Rules of Civil and Criminal Procedure, to the following CM/ECF registrants:

**John Kucera**
**AUSA - Office of US Attorney**
**Asset Forfeiture Section**
Email: john.kucera@usdoj.gov
*Attorney for United States*

**Kenneth Miller** kmiller@bmkattorneys.com
**Anthony Bisconti** tbisconti@bmkattorneys.com
**Thomas Bienert** tbienert@bmkattorneys.com
**Whitney Bernstein** wbernstein@bmkattorneys.com
**Bienert Miller and Katzman PLC**
*Attorney for James Larkin*

**Gary Lincenberg** gsl@birdmarella.com
**Ariel Neuman** aan@birdmarella.com
**Gopi Panchapakesan** gkp@birdmarella.com
**Bird Marella Boxer Wolpert Nessim, et al**
*Attorneys for John Brunst*

. . .

. . .

1  **Erin McCampbell** emcampbell@lglaw.com
   **Paul Cambria** pcambria@lglaw.com
2  **Lipsitz Green Scime Cambria**
3  **Janey Henze Cook** janey@henzecookmurphy.com
   **Henze Cook Murphy PLLC**
4  *Attorneys for Michael Lacey*
5
   **Robert Corn-Revere** bobcornrevere@dwt.com
6  **Scott Commerson** scottcommerson@dwt.com
7
   By: /s/ A. Jones
8