Gary S. Lincenberg – State Bar No. 123058
  glincenberg@birdmarella.com
Ariel A. Neuman – State Bar No. 241594
  aneuman@birdmarella.com
Gopi K. Panchapakesan – State Bar No. 279586
  gpanchapakesan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Claimant John Brunst

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In the Matter of the Seizure of:<br><br>Any and all funds held in Republic Bank of Arizona Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912, and xxxx2500. | CASE NO. 2:18-cv-06742-RGK-PJW<br><br>**CLAIMANT JOHN BRUNST'S JOINDER IN JAMES LARKIN'S OPPOSITION TO GOVERNMENT'S MOTION TO STAY CIVIL CASE**<br><br>Assigned to Hon. R. Gary Klausner |

3528043.1

BRUNST'S JOINDER IN LARKIN'S OPPOSITION TO GOVERNMENT'S MOTION TO STAY CIVIL CASE

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Claimant John Brunst, by and through his counsel, will and hereby does join in James Larkin's Opposition to Government's Motion to Stay Civil Case ("Opposition") [D.E. 80], and adopts all of the positions set forth in the Opposition as if fully set forth herein.

Mr. Brunst joins in the Opposition because he is "so similarly situated [to Mr. Larkin] that filing an independent [opposition] would be redundant." *Tatung Co., Ltd. v. Shu Tze Hsu*, 217 F. Supp. 3d 1138, 1151 (C.D. Cal. 2016). Like Mr. Larkin, Mr. Brunst holds an interest in assets that were seized pursuant to civil seizure warrants issued by the magistrate judges in this District, and which are the subject of Mr. Larkin's Motion to Vacate or Modify Seizure Warrants (the "Seizure Motion") [D.E. 6].[1] The Opposition raises issues that are directly relevant to and overlap with the seizures of Mr. Brunst's assets. All of the arguments made in the Opposition therefore apply with equal force to the seizure warrants issued against the assets in which Mr. Brunst holds an interest.

DATED: October 17, 2018

Respectfully submitted,

Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: ___*/s/ Gary S. Lincenberg*___
Gary S. Lincenberg
Attorneys for Claimant John Brunst

---

[1] On August 6, 2018, Mr. Brunst filed a joinder in the Seizure Motion as to the three seizure warrants that purport to seize assets in which Mr. Brunst holds an interest. D.E. 9. Counsel understands that these three warrants, along with the 14 other seizure warrants that purport to seize funds derived from Backpage.com advertisements that allegedly solicited prostitution, have been consolidated with the above-captioned seizure warrant, and were subsequently transferred from Magistrate Judge Walsh to District Judge Klausner as a new civil action. D.E. 14.