Paul J. Cambria, Jr. (CA 177957)
    pcambria@lglaw.com
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580

Attorneys for Michael Lacey

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In the Matter of the Seizure of:** <br><br> Any and all funds held in Republic Bank of Arizona Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912, and, xxxx2500. | Case No. 2:18-cv-06742-RGK-PJW <br><br> **CLAIMANT MICHAEL LACEY'S JOINDER IN JAMES LARKIN'S OPPOSITION TO GOVERNMENT'S MOTION TO STAY CIVIL CASE** <br><br> Assigned to Hon. R. Gary. Klausner |

3421762_1
064037.0003

TO THE COURT AND ALL COUNSEL OF RECORD:

    PLEASE TAKE NOTICE THAT Claimant Michael Lacey, by and through his counsel, will and hereby does join in James Larkin's Opposition to Government's Motion to Stay Civil Case ("Opposition") (Doc. 80), and adopts all of the positions set forth in the Opposition as if fully set forth herein.  Mr. Lacey joins in the Motion because he is "so similarly situated [to Mr. Larkin] that filing an independent motion would be redundant." *Tatung Co., Ltd. v. Shu Tze Hsu*, 217 F. Supp. 3d 1138, 1151 (C.D. Cal. 2016). Consequently, all of the arguments made in the Opposition apply with equal force to Mr. Lacey.

DATED:  October 17, 2018        Respectfully submitted,

                                        Paul J. Cambria, Jr.
                                        Lipsitz Green Scime Cambria LLP

By:  */s/ Paul J. Cambria, Jr.*
       Paul J. Cambria, Jr.
       Attorneys for Michael Lacey

# CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2018, I filed the foregoing with the United States District Court for the Central District of California using the CM/ECF system.

I hereby certify that on October 17, 2018, a copy of the foregoing was also delivered to the following via CM/ECF:

JOHN K. KUCERA, ESQ.
Assistant U.S. Attorney
U.S. Attorney's Office
Asset Forfeiture Section
312 North Spring Street
Los Angeles, CA 90012

Dated:      Buffalo, New York
            October 17, 2018

                              /s/April L. Kelly
                              April L. Kelly