Thomas H. Bienert, Jr., State Bar No. 135311
tbienert@bmkattorneys.com
Kenneth M. Miller, State Bar No. 151874
kmiller@bmkattorneys.com
Anthony R. Bisconti, State Bar No. 269230
tbisconti@bmkattorneys.com
Whitney Z. Bernstein, State Bar No. 304917
wbernstein@bmkattorneys.com
**BIENERT, MILLER & KATZMAN, PLC**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone (949) 369-3700
Facsimile (949) 369-3701

Attorneys for Movant James Larkin

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In the Matter of the Seizure of:**<br><br>Any and all funds held in Republic Bank of Arizona Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912, and, xxxx2500. | Case No.: 2:18-cv-06742-RGK (PJW)<br><br>**NOTICE OF MATERIAL DEVELOPMENT RE: GOVERNMENT'S EX PARTE APPLICATION FOR PARTIAL STAY (DOC. NO. 79)** |

On September 25, 2015, Movant Larkin filed his Motion to Access and Use Purportedly Inadvertently Produced Materials (the "Motion to Access") (Doc. No. 69). Movants Spear, Brunst, and Lacey joined in the Motion to Access. Doc. Nos. 72, 73, 76. The government has not responded to the Motion to Access, and its time to respond under the local rules has passed.

On October 12, 2018, the government filed an *Ex Parte* Application for Partial Stay. Doc. No. 79. In its *Ex Parte* Application, the government claimed it could not respond to the Motion to Access "without divulging its thought processes and legal strategy in connection with the Arizona criminal matter," purportedly entitling it to a stay under 18

U.S.C. § 981(g)(1). Doc. 79 at 3. Section 981(g)(1) requires a court to stay civil forfeiture proceedings, but only if the government establishes that forcing it to respond to discovery requests in the civil forfeiture proceedings will undermine its ability to prosecute a related criminal case. Movants filed their Opposition to the *Ex Parte* Application on October 16, 2018 noting, among other things, that Movants have not sought discovery and do not intend to do so. Doc. No. 80.

On October 17, 2018, the government filed under seal in the District of Arizona a motion seeking an order compelling Movants to destroy the documents the government claims were inadvertently produced. The government did not inform the court in Arizona of the Motion to Access relating to the same documents pending in this court or that it had failed to respond to the Motion to Access. The government's motion in Arizona eviscerates its argument that responding to the Motion to Access in this court would undermine its ability to prosecute its case in Arizona—as the government now has purposefully injected the same issues into the case in Arizona and will have to explain its positions there. Section 981(g) is not a tool to allow the government to forum shop, by claiming that litigating an issue in one district court will harm its case, but litigating the same issue in another district court will not. Accordingly, the government's recent filing in Arizona is further reason to deny its *Ex Parte* Application to stay these proceedings.

Respectfully submitted,

Dated:   October 19, 2018

*/s/ Thomas H. Bienert, Jr.*
BIENERT, MILLER & KATZMAN, PLC
Attorneys for James Larkin

**CERTIFICATE OF SERVICE**

I certify that on this 19th day of October 2018, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants listed below

*/s/ Toni Thomas*
Toni Thomas

John Kucera, Assistant U.S. Attorney, john.kucera@usdoj.gov

Kenneth M. Miller, Bienert Miller & Katzman PLC, kmiller@bmkattorneys.com

Anthony R. Bisconti, Bienert Miller & Katzman PLC, tbisconti@bmkattorneys.com

James C. Grant, Davis Wright Tremaine LLP, jamesgrant@dwt.com

Robert Corn-Revere, Davis Wright Tremaine LLP, bobcornrevere@dwt.com

Scott R. Commerson, Davis Wright Tremaine LLP, scottcommerson@dwt.com

Thomas H. Bienert, Jr., Bienert Miller & Katzman PLC, tbienert@bmkattorneys.com

Whitney Z. Bernstein, Bienert Miller & Katzman PLC, wbernstein@bmkattorneys.com

Gary S. Lincenberg, Bird Marella Boxer Wolpert Nessim Drooks Lincenberg and Rhow, gsl@birdmarella.com

Ariel A. Neuman, Bird Marella Boxer Wolpert Nessim Drooks Lincenberg and Rhow, aan@birdmarella.com

Gopi K. Panchapakesan, Bird Marella Boxer Wolpert Nessim Drooks Lincenberg and Rhow, gkp@birdmarella.com

Erin E. McCampbell, Lipsitz Green Scime Cambria LLP, emccampbell@lglaw.com

Janey Henze Cook, Henze Cooke Murphy PLLC, janey@henzecookmurphy.com

Paul J. Cambria, Jr., Lipsitz Green Scime Cambria LLP, pcambria@lglaw.com

John K. Rubiner, Barton Klugman and Oetting LLP, jrubiner@bkolaw.com

Bruce S. Feder, Feder Law Office PA, bf@federlawpa.com