UNITED STATES COURT OF APPEALS

 FILED

FOR THE NINTH CIRCUIT

OCT 31 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re:  ANY AND ALL FUNDS HELD IN REPUBLIC BANK OF ARIZONA ACCOUNTS XXXX1889, XXXX2592, XXXX1938, XXXX2912, AND XXXX2500. | No.   18-56455 |
| _____ | D.C. No. 2:18-cv-06742-RGK-PJW Central District of California, Los Angeles |
| UNITED STATES OF AMERICA, | ORDER |
| Plaintiff-Appellee, | |
| v. | |
| JAMES LARKIN, Real Party in Interest Defendant; et al., | |
| Movants-Appellants. | |

A review of the record suggests that this court may lack jurisdiction over this appeal because the district court's October 23, 2018 order staying proceedings does not appear to be a final or appealable order.  *See* 28 U.S.C. §§ 1291, 1292(a)(1).

Within 21 days after the date of this order, appellants shall move for voluntary dismissal of this appeal or show cause why it should not be dismissed for lack of jurisdiction.  If appellants elect to show cause, a response may be filed within 10 days after service of the memorandum.

IHP/MOATT

If appellants do not comply with this order, the Clerk shall dismiss this

appeal pursuant to Ninth Circuit Rule 42-1.

Briefing is suspended pending further order of the court.


FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Ilana Haller Parmer
Deputy Clerk
Ninth Circuit Rule 27-7