**FILED**

JAN 23 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: ANY AND ALL FUNDS HELD IN REPUBLIC BANK OF ARIZONA ACCOUNTS XXXX1889, XXXX2592, XXXX1938, XXXX2912, AND XXXX2500, <br><br> _____ <br><br> UNITED STATES OF AMERICA, <br><br>         Plaintiff-Appellee, <br><br> v. <br><br> JAMES LARKIN, Real Party in Interest Defendant; et al., <br><br>         Movants-Appellants. | No. 18-56455 <br><br> D.C. No. 2:18-cv-06742-RGK-PJW Central District of California, Los Angeles <br><br> ORDER |

Before: THOMAS, Circuit Judge, GOULD and PAEZ, Circuit Judges.

The motion for leave to file a reply (Docket Entry No. 11) is granted. The reply at Docket Entry No. 11 has been filed.

The court has received and reviewed the parties' responses to this court's October 31, 2018 order to show cause. The order to show cause is discharged.

In addition to all other issues the parties wish to raise in their briefs, the parties shall address the basis of this court's jurisdiction. The parties may not incorporate by reference their arguments regarding jurisdiction set forth in their prior filings to this court.

Accordingly, the Clerk shall strike the opening brief submitted on December 28, 2018 (Docket Entry No. 20), in which appellants seek to incorporate by reference appellants' arguments regarding the basis for this court's jurisdiction set forth in Docket Entry No. 9. Appellants need not re-submit the excerpts of record submitted on December 28, 2018.

Appellants' request to expedite, set forth in Docket Entry No. 26, is granted in part.

Appellants' opening brief is due February 6, 2019; the answering brief is due March 8, 2019; and the optional reply brief is due within 21 days after service of the answering brief. The Clerk shall calendar this case for the first available calendar upon completion of briefing.

Appellants' motion for judicial notice (Docket Entry No. 23) and motions to seal (Docket Entry Nos. 22 and 24) will be addressed in a separate order.