UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 26 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| In re: ANY AND ALL FUNDS HELD IN REPUBLIC BANK OF ARIZONA ACCOUNTS XXXX1889, XXXX2592, XXXX1938, XXXX2912, AND XXXX2500, <br><br> _____ <br><br> UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> JAMES LARKIN, Real Party in Interest Defendant; et al., <br><br> Movants-Appellants. | No.   18-56455 <br><br> D.C. No. 2:18-cv-06742-RGK-PJW Central District of California, Los Angeles <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellants' motion to file volumes 4 and 5 of the excerpts of record under seal (Docket Entry No. 22) is granted. The Clerk shall file volumes 4 and 5 of the excerpts of record under seal, and shall file the opening brief and volumes 1 through 3 of the excerpts of record publicly.

The pending motion for judicial notice of documents (Docket Entry No. 23) and accompanying motion to seal these documents (Docket Entry No. 24) are referred to the panel that will decide the merits of this case. The Clerk shall maintain these documents under seal pending review by the merits panel.

PK/Sealed Documents

The existing briefing schedule shall continue in effect.