

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 30 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: ANY AND ALL FUNDS HELD IN REPUBLIC BANK OF ARIZONA ACCOUNTS XXXX1889, XXXX2592, XXXX1938, XXXX2912, AND XXXX2500,

_____

UNITED STATES OF AMERICA,

          Plaintiff-Appellee,

 v.

JAMES LARKIN, Real Party in Interest Defendant; et al.,

          Movants-Appellants.

No.   18-56455

D.C. No.
2:18-cv-06742-RGK-PJW
Central District of California,
Los Angeles

ORDER

Before: M. SMITH and FRIEDLAND, Circuit Judges, and AMON,[*] District Judge.

    The parties' motions to take judicial notice of court records (Dkt. 23, 24, 47, 58) are DENIED. Additionally, the Government's motion for a limited remand (Dkt. 49) is DENIED.

---

    [*]    The Honorable Carol Bagley Amon, United States District Judge for the Eastern District of New York, sitting by designation.