UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JUL 30 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: ANY AND ALL FUNDS HELD IN REPUBLIC BANK OF ARIZONA ACCOUNTS XXXX1889, XXXX2592, XXXX1938, XXXX2912, AND XXXX2500,

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

 v.

JAMES LARKIN, Real Party in Interest Defendant; et al.,

    Movants - Appellants.

No. 18-56455

D.C. No. 2:18-cv-06742-RGK-PJW
U.S. District Court for Central California, Los Angeles

**ORDER**

At the direction of the Court, the parties shall bear their own costs.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Anthony Kurosh Molavi
Deputy Clerk
Ninth Circuit Rule 27-7