UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-06742-RGK-PJW | Date | October 4, 2019 |
|---|---|---|---|
| Title | *In the Matter of Seizure of: Any and all funds held in Republic Bank of Arizona* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS) Order re Ninth Circuit Mandate [100], Larkin's Application to Seal [60], and Larkin's Motion for Order to Access and Use Purportedly Inadvertently Produced Material [69]**

On September 23, 2019, the Ninth Circuit entered a Mandate vacating this Court's Stay Order and remanding to this Court to conduct further proceedings. Accordingly, the stay has been lifted, and the Court **ORDERS** this case **reopened**.

Additionally, Movant James Larkin's Motion for Order to Access and Use Purportedly Inadvertently Produced Materials [69] is hereby **placed on calendar** for hearing on November 12, 2019 at 9:00 a.m.

Finally, Larkin's Application to Seal [60] is **DENIED** pursuant to Local Rule 79-5.2.2(b) because the government designated the documents for seal but did not timely file a declaration establishing the need to seal the document.

**IT IS SO ORDERED.**

_____ : _____
Initials of Preparer