# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-06742-RGK-PJW | Date | October 4, 2019 |
|---|---|---|---|
| Title | *In the Matter of Seizure of: Any and all funds held in Republic Bank of Arizona* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS) Order for Additional Briefing re Larkin's Motion to Vacate or Modify Seizure Warrants [6] and Lacey's Motion for Release of Untainted Funds [22]**

In this matter, two motions are currently under submission, Larkin's Motion to Vacate or Modify Seizure Warrants [DE 6] and Lacey's Motion for Release of Certain Untainted Funds [DE 22].

Having reviewed the motions and the government's opposition, the Court hereby **ORDERS** additional briefing from Larkin and Lacey, in which they should explain the legal authority and legal basis for relief under which they bring their motions and what legal standard the Court should apply in analyzing their respective motions. Larkin and Lacey's briefs shall be limited to ten pages and filed no later than October 11, 2019. Any subsequent response from the government shall be limited to ten pages and filed no later than October 18, 2019.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer _____