Bruce Feder
Feder Law Office, P.A.
2930 E. Camelback Road, Suite 160
Phoenix, Arizona 85016
602-257-0135
bf@federlawpa.com

LINK TO 31

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In the Matter of the Seizure of: | CASE NUMBER |
|---|---|
| Any and all funds held in Republic Bank of Arizona Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912 and xxxx2500. | CV18-6742-RGK (PJWx) |
| | (~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Feder, Bruce S.
*Applicant's Name (Last Name, First Name & Middle Initial*

of

Feder Law Office, P.A.
2930 E. Camelback Road
Suite 160
Phoenix, Arizona 85016

602-257-0135    602-954-8737
*Telephone Number*    *Fax Number*
bf@federlawpa.com
*E-Mail Address*

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Scott Spear

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:* Claimant

**and designating as Local Counsel**

Rubiner, John K.
*Designee's Name (Last Name, First Name & Middle Initial*

of

Barton, Klugman & Oetting, LLP
350 S. Grand Avenue
Suite 2200
Los Angeles, California 90071

155208    213-617-6123    213-625-1832
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
JRubiner@bkolaw.com
*E-Mail Address*

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: October 9, 2019**

R. GARY KLAUSNER
**U.S. District Judge/U.S. Magistrate Judge**