1  THOMAS H. BIENERT, JR., CA State Bar No. 135311
2  WHITNEY Z. BERNSTEIN, CA State Bar No. 304917
   BIENERT | KATZMAN PC
3  903 Calle Amanecer, Suite 350
4  San Clemente, California 92673
   Telephone: (949) 369-3700
5  Facsimile: (949)369-3701
6  tbienert@bienertkatzman.com
   wbernstein@bienartkatzman.com
7  *Attorneys for Movant James Larkin*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| In the Matter of the Seizure of:<br><br>Any and all funds held in Republic Bank of Arizona Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912, and, xxxx2500. | CASE NO. 2:18-cv-06742-RGK (PJW)<br><br>[RELATED CASES<br>2:18-cv-08423; 2:18-cv-08551;<br>2:18-cv-08555; 2:18-cv-08556 ;<br>2:18-cv-08565; 2:18-cv-08566 ;<br>2:18-cv-08568; 2:18-cv-08569;<br>2:18-cv-08570; 2:18-cv-08577;<br>2:18-cv-08578; 2:18-cv-08579;<br>2:18-cv-08588; 2:18-cv-08592;<br>2:18-cv-08723; 2:18-cv-08730;<br>2:18-cv-08747; 2:18-cv-08748;<br>2:18-cv-08749; 2:18-cv-08750;<br>2:18-cv-08753; 2:18-cv-08754;<br>2:18-cv-08759; 2:18-cv-08760;<br>2:18-cv-08763; 2:18-cv-08764 ]<br><br>**NOTICE OF INTENT TO FILE DECLARATION OF PAUL CAMBRIA AND SUPPORTING EXHIBITS UNSEALED** |
|---|---|

On September 20, 2018, movant James Larkin filed an Application for Permission to File Under Seal (Doc. 60), in which he sought leave to file under seal the concurrently filed Declaration of Paul J. Cambria and its supporting exhibits (Doc. 61), two of which the government has claimed to be work product. In an Order dated October 4, 2019 (Doc. 101), the Court denied Mr. Larkin's application pursuant to Local Rule 79-5.2.2(b), "because the government . . . did not timely file a declaration establishing the need to seal the document."

Under Local Rule 79-5.2.2(b), if the Court denies an application to file under seal, "the Filing Party may file the document in the public case file (i.e., unsealed) no earlier than 4 days, and no later than 10 days, after the Application is denied, unless the Court orders otherwise." To date, the government has made no filing with the Court seeking reconsideration of the denial of Mr. Larkin's application to seal or seeking to independently seal the documents.

Mr. Larkin hereby provides notice that, in accordance with Local Rule 79-5.2.2(b), he will re-file the Declaration of Paul J. Cambria and its supporting exhibits in the public case file (i.e., unsealed) on or after 4:00 p.m. on Tuesday, October 15, 2019, unless the government makes a filing before then seeking an Order sealing those documents.[1]

                                                Respectfully submitted,

DATED: October 11, 2019         BIENERT | KATZMAN PC

                                                */s/ Thomas H. Bienert, Jr.*
                                                Thomas H. Bienert, Jr.
                                                Whitney Z. Bernstein
                                                *Attorneys for James Larkin*

---

[1] Under Fed. R. Crim. Pro. 45(a)(1), Monday, October 14, would be the end of the ten-day period, except for the fact that it is the Columbus Day holiday, which extends the period through the end of the following day, October 15, 2019.

# CERTIFICATE OF SERVICE

I certify that on this 11th day of October, 2019, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants listed below.

*/s/ Toni Thomas*
Toni Thomas

Thomas H. Bienert, Jr. tbienert@bienertkatzman.com
Whitney Z. Bernstein, wbernstein@bienertkatzman.com
Anthony R. Bisconti, tbisconti@bienertkatzman.com
Bruce S. Feder, bf@federlawpa.com
Paul J. Cambria, pcambria@lglaw.com
Erin E. McCampbell, emccampbell@lglaw.com
Janey Henze Cook, janey@henzecookmurphy.com
James C. Grant, jimgrant@dwt.com
Robert Corn-Revere, bobcornever@dwt.com
Gary S. Lincenberg, glincenberg@birdmarella.com
Ariel A. Neuman, aan@birdmarella.com
Gopi K. Panchapakesan, gpanchapakesan@birdmarella.com
John Jacob Kucera, john.kucera@usdoj.gov
Kevin M. Rapp, Kevin.Rapp@usdoj.com
Margaret Wu Perlmeter, Margaret.perlmeter@usdoj.gov
Reginald E. Jones, reginald.jones4@usdoj.gov
Peter Shawn Kozinets, Peter.Kozinets@usdoj.gov
Andrew C. Stone, andrew.stone@usdoj.gov