JOHN J. KUCERA
Assistant United States Attorneys, CA Bar No. 274184
1400 United States Courthouse, 312 N. Spring Street,
Los Angeles, CA 90012, Telephone: (213) 894-3391
Fax: (213) 894-0142 E-Mail: John.Kucera@usdoj.gov

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEIZURE OF:<br><br>ANY AND ALL FUNDS HELD IN REPUBLIC BANK OF ARIZONA ACCOUNTS XXXX1889; XXXX2592, XXXX1938, XXXX2912, AND XXXX2500. | CASE NUMBER:<br><br>CV 18-06742-RGK (PJWx)<br><br>**NOTICE OF MANUAL FILING OR LODGING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

APPLICATION TO SEAL [Under Seal];
PROPOSED ORDER TO SEAL [Under Seal];
NOTICE OF MOTION AND MOTION TO RECONSIDER [Under Seal];
DECLARATION SUPPORTING THE MOTION FOR RECONSIDERATION [Under Seal];
ATTACHMENT A [Under Seal]

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

October 16, 2019
Date

John J. Kucera
Attorney Name

Plaintiff
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*