NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 274184
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-3391
   Facsimile: (213) 894-0142
   E-mail: John.Kucera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF:<br><br>ANY AND ALL FUNDS HELD IN REPUBLIC BANK OF ARIZONA ACCOUNTS XXXX1889, XXXX2592, XXXX1938, XXXX2912, AND XXXX2500. | CV No. 18-06742-RGK (PJWx)<br><br>**GOVERNMENT'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO CLAIMANT LACEY'S SUPPLEMENTAL BRIEFING FOR DOC. 22 (DOC. 105) AND MOVANT LARKIN'S LEGAL AUTHORITY FOR OPPOSITION TO SEIZURE WARRANTS AND BASIS FOR RELIEF (DOC. 106)**<br><br>Current deadline: 10/18/2019<br>Requested deadline: 10/28/2019 |

     On August 1, 2018, Movant James Larkin ("Movant Larkin"), by and through his counsel, filed a Motion to Vacate or Modify Seizure Warrants (Dkt. No. 6). On August 10, 2018, Claimant Michael Lacey ("Claimant Lacey"), by and through his counsel, filed a Motion for Release of Certain Untainted Funds (Dkt. No. 22). On September 14, 2018, the government filed their opposition (Dkt. No. 53).

On October 4, 2019, the Court ordered Movant Larkin and Claimant Lacey to provide additional briefing explaining the legal authority and standards for their respective motions, to be filed on or by October 11, 2019. Additionally, the Court ordered that any subsequent response from the government to be filed no later than October 18, 2019.

On October 11, 2019, Claimant Lacey and Movant Larkin filed their supplemental briefing (Dkt. Nos. 105 and 106, respectively).

Now, by this unopposed, *ex parte* application, the government requests that this Court extend by ten days the government's deadline to respond, from October 18, 2019, to October 28, 2019. The government is now making this request due to the need for additional time to confer with government co-counsel in the District of Arizona regarding issues that could affect the related criminal proceeding in that District. Additionally, certain government counsel assigned to this matter are and have been unavailable due to pre-planned travel, and one member of the prosecution is absent to attend a funeral.

///
///
///

On October 15, 2019, the government contacted defense counsel, and on October 17, 2019, defense counsel indicated that they take no position on this request.

Dated: October 18, 2019  Respectfully submitted,

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

   /s/*John J. Kucera*
JOHN J. KUCERA
Assistant United States Attorneys


Attorneys for Plaintiff
UNITED STATES OF AMERICA