UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF:<br><br>ANY AND ALL FUNDS HELD IN REPUBLIC BANK OF ARIZONA ACCOUNTS XXXX1889, XXXX2592, XXXX1938, XXXX2912, AND XXXX2500. | CV No. 18-06742-RGK (PJWx)<br><br>**[PROPOSED] ORDER** |

Pursuant to the application and request of the government, and good cause appearing therefor, the government's response to the motion to vacate or modify seizure warrants and motion for release of

//

//

certain untainted funds is extended from October 18, 2019, to October 28, 2019.

**IT IS SO ORDERED.**

Dated: _____

THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

  /s/*John J. Kucera*
JOHN J. KUCERA
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **October 18, 2019**, I served a copy of: **GOVERNMENT'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO CLAIMANT LACEY'S SUPPLEMENTAL BRIEFING FOR DOC. 22 (DOC. 105) AND MOVANT LARKIN'S LEGAL AUTHORITY FOR OPPOSITION TO SEIZURE WARRANTS AND BASIS FOR RELIF (DOC. 106); PROPOSED** ORDER upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices, or by e-mail.

**TO: SEE ATTACHED SERVICE LIST**

**X** I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **October 18, 2019** at Los Angeles, California.

/s/ ***KRYSTIE SOR***
KRYSTIE SOR

## SERVICE LIST

**James Larkin**
c/o Kenneth M. Miller
Ken@KMMillerLaw.com
c/o Anthony R. Bisconti
    Thomas H. Bienert
    Whitney Bernstein
tbisconti@bienertkatzman.com
tbienert@bienertkatzman.com
wbernstein@bienertkatzman.com
c/o James C. Grant
    Robert Corn-Revere
    Scott Commerson
jamesgrant@dwt.com
bobcornrevere@dwt.com
scottcommerson@dwt.com

**Michael Lacey**
c/o Erin McCampbell, James C. Grant
emccampbell@lglaw.com
c/o Janey Henze Cook
janey@henzecookmurphy.com
c/o James C. Grant
    Robert Corn-Revere
    Scott Commerson
jamesgrant@dwt.com
bobcornrevere@dwt.com
scottcommerson@dwt.com
c/o Paul Cambria
pcambria@lglaw.com

**John Brunst**
c/o Gary Lincenberg
    Ariel Neuman
    Gopi Panchapakesan
gsl@birdmarella.com
aan@birdmarella.com
gkp@birdmarella.com

**Scott Spear**
c/o John Rubiner
jrubiner@bkolaw.com
c/o Bruce Feder
bf@federlaw.com