Thomas H. Bienert, Jr., CA State Bar No. 135311
Whitney Z. Bernstein, CA State Bar No. 304917
BIENERT | KATZMAN PC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949)369-3701
tbienert@bienertkatzman.com
wbernstein@bienartkatzman.com
*Attorneys for Movant James Larkin*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In the Matter of the Seizure of:** | CASE NO. 2:18-cv-06742-RGK (PJW) |
| | |
| Any and all funds held in Republic Bank of Arizona Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912, and, xxxx2500. | [RELATED CASES 2:18-cv-08420; 2:18-cv-08423; 2:18-cv-08551; 2:18-cv-08555; 2:18-cv-08556; 2:18-cv-08565; 2:18-cv-08566; 2:18-cv-08568; 2:18-cv-08569; 2:18-cv-08570; 2:18-cv-08577; 2:18-cv-08578; 2:18-cv-08579; 2:18-cv-08588; 2:18-cv-08592; 2:18-cv-08723; 2:18-cv-08730; 2:18-cv-08747; 2:18-cv-08748; 2:18-cv-08749; 2:18-cv-08750; 2:18-cv-08753; 2:18-cv-08754; 2:18-cv-08759; 2:18-cv-08760; 2:18-cv-08763; 2:18-cv-08764; 2:19-cv-07032; 2:19-cv-07039; 2:19-cv-07044; 2:19-cv-07048 ] |
| | **MOVANTS' RESPONSE TO THE UNITED STATES MOTION FOR RECONSIDERATION OF THE DENIAL OF JAMES LARKIN'S APPLICATION FOR PERMISSION TO FILE UNDER SEAL** |

James Larkin filed an Application for Permission to File Under Seal (the "Application") (Dkt. 60) on September 20, 2018.  The Court denied the Application on October 4, 2019, holding that the government had failed to timely file a declaration establishing the need to seal the documents pursuant to Local Rule 79-5.2.2(b) (Dkt. 101).

The government moved for reconsideration of the denial on October 16, 2019 (the "Motion for Reconsideration").   In its Motion for Reconsideration, the government claimed, based on an order entered in a separate matter in the District of Arizona, that the documents that are the subject of Mr. Larkin's Application "must be kept under seal for all purposes in both the criminal matter in the District of Arizona and in the related civil proceedings here."  The government also said that Mr. Larkin and the other Movants "take no position on the instant Motion for Reconsideration."

Movants submit this response to make clear that the only request on which they take no position is the government's request that the documents in question be filed under seal pending the Court's ruling on Mr. Larkin's Motion to Access and Use Purportedly Inadvertently Produced Materials (the "Motion to Access") (Dkt. 69).  Movants oppose keeping the documents under seal "for all purposes" in these proceedings.  That is the issue presented by the Motion to Access—and that motion is not implicated by the government's Motion for Reconsideration.

Nor does the order entered by the District of Arizona compel this Court to grant the government's Motion for Reconsideration.  At most, the Arizona order establishes that the government had a basis to seek to seal the documents; it plainly does not address whether the government timely complied with this Court's Local Rule 79-5.2.2(b), what the consequences would be for failing to do so, or whether the government's Motion for Reconsideration satisfies the requirements of Local Rule 7-18.

MOVANTS' RESPONSE TO THE UNITED STATES' MOTION FOR
RECONSIDERATION OF THE DENIAL OF JAMES LARKIN'S
APPLICATION FOR PERMISSION TO FILE UNDER SEAL

1    Finally, the order entered by the District of Arizona does not require this Court

2    to deny the Motion to Access, as the government seems to suggest.  Not only is the

3    Motion to Access not at issue in the Motion for Reconsideration, the Motion to Access

4    raises issues not presented to or ruled on by the District Court in Arizona—notably

5    whether the government breached its obligations of candor to this Court, whether the

6    government can shield its misconduct from scrutiny by asserting the work product

7    doctrine, and whether Movants are entitled to the discovery of the documents under

8    Fed. R. Civ. P. 26(b)(3)(A) despite being work product.

9

10                                        Respectfully submitted,

11

12   DATED: October 23, 2019             BIENERT | KATZMAN PC

13

14                                       */s/ Whitney Z. Bernstein*
                                         Whitney Z. Bernstein
15                                       Thomas H. Bienert, Jr.
                                         *Attorneys for James Larkin*
16

17

18

19

20

21

22

23

24

25

26

27

28

MOVANTS' RESPONSE TO THE UNITED STATES' MOTION FOR
RECONSIDERATION OF THE DENIAL OF JAMES LARKIN'S
APPLICATION FOR PERMISSION TO FILE UNDER SEAL

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 23rd day of October, 2019, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants listed below.

*/s/ Toni Thomas*
Toni Thomas

Thomas H. Bienert, Jr., tbienert@bienertkatzman.com

Whitney Z. Bernstein, wbernstein@bienertkatzman.com

Anthony R. Bisconti, tbisconti@bienertkatzman.com

Kenneth M. Miller, ken@kmmillerlaw.com

James C. Grant, jimgrant@dwt.com

Robert Corn-Revere, bobcornever@dwt.com

Scott R. Commerson, scottcommerson@dwt.com

Gary S. Lincenberg, glincenberg@birdmarella.com

Ariel A. Neuman, aan@birdmarella.com

Gopi K. Panchapakesan, gpanchapakesan@birdmarella.com

Erin E. McCampbell, emccampbell@lglaw.com

Janey Henze Cook, janey@henzecookmurphy.com

Paul J. Cambria, pcambria@lglaw.com

Bruce S. Feder, bf@federlawpa.com

John K. Rubiner, jrubiner@bkolaw.com

John J. Kucera, john.kucera@usdoj.gov

MOVANTS' RESPONSE TO THE UNITED STATES' MOTION FOR
RECONSIDERATION OF THE DENIAL OF JAMES LARKIN'S
APPLICATION FOR PERMISSION TO FILE UNDER SEAL