LINK TO 109

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEIZURE OF: | CV No. 18-06742-RGK (PJWx) |
|---|---|
| ANY AND ALL FUNDS HELD IN REPUBLIC BANK OF ARIZONA ACCOUNTS XXXX1889, XXXX2592, XXXX1938, XXXX2912, AND XXXX2500. | [~~PROPOSED~~] **ORDER** |

Pursuant to the application and request of the government, and good cause appearing therefor, the government's response to the motion to vacate or modify seizure warrants and motion for release of

//

//

certain untainted funds is extended from October 18, 2019, to October 28, 2019.

**IT IS SO ORDERED.**

Dated: October 24, 2019

_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

  /s/ *John J. Kucera*
JOHN J. KUCERA
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2