NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (California Bar No. 274184)
Assistant United States Attorney
Asset Forfeiture Section
  Federal Courthouse, 14th Floor
  312 North Spring Street
  Los Angeles, California 90012
  Telephone: (213) 894-3391
  Facsimile: (213) 894-0142
  E-mail: John.Kucera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN THE MATTER OF THE SEIZURE OF:*<br><br>ANY AND ALL FUNDS HELD IN REPUBLIC BANK OF ARIZONA ACCOUNT[S] XXXX1889, XXXX2592, XXXX1938, XXXX2912, AND XXXX2500. | Case No. 18-CV-06742-RGK (PJW)<br><br>**NOTICE OF MATERIAL DEVELOPMENT** |

    Plaintiff United States of America (the "government"), by and through its counsel of record, the United States Attorney's Office for the Central District of California and Assistant United States Attorney John J. Kucera, hereby file this Notice of Material Development.

    On October 24, 2019, in *United States v. Lacey, et al.* 2:18-CR-00422-001-PHX-SMB (D. Ariz.), the Hon. Susan M. Brnovich entered an order denying Defendants Michael Lacey, James Larkin, Scott Spear, and John Brunst's Motion to Dismiss the Indictment in that case (the "Order").

//

The Order addressed at numerous points First Amendment arguments raised by the moving defendants in their motions to dismiss, certain of which claimants have asserted, repeated, or referenced in these proceedings.

The Court's Order is attached as Exhibit A.

Dated: October 24, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division


   /s/ John J. Kucera
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA