NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (California Bar No. 274184)
DAN G. BOYLE (California Bar No. Pending)
Assistant United States Attorneys
Asset Forfeiture Section
  Federal Courthouse, 14th Floor
  312 North Spring Street
  Los Angeles, California 90012
  Telephone: (213) 894-3391/2426
  Facsimile: (213) 894-0142
  E-mail: John.Kucera@usdoj.gov
          Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN THE MATTER OF THE SEIZURE OF:*<br><br>ANY AND ALL FUNDS HELD IN REPUBLIC BANK OF ARIZONA ACCOUNT[S] XXXX1889, XXXX2592, XXXX1938, XXXX2912, AND XXXX2500. | Case No. 18-CV-06742-RGK (PJW)<br><br>**NOTICE OF ERRATA** |

Plaintiff United States of America (the "government"), by and through its counsel of record, the United States Attorney's Office for the Central District of California and Assistant United States Attorneys John J. Kucera and Dan G. Boyle, hereby file this Notice of Errata.

Pursuant to this Court's Order of October 4, 2019 (Doc. No. 102), on October 28, 2019, the government filed its response to the supplemental briefs of Movants Michael Lacey (Doc. No. 105) and James Larkin (Doc. No. 106).

//

//

While responding to two separate briefs filed by Movants Lacey and Larkin on distinct issues, for purposes of judicial economy and efficiency, the government combined its responses to Larkin and Lacey's separate filings into one consolidated brief. In doing so, however, the government erroneously filed its brief without Tables of Contents and Authorities, as required by the length of the combined and consolidated brief.

The Government's corrected response, including the required tables, is attached as Exhibit A to this Notice.

Dated: October 28, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

　　　　/s/
DAN G. BOYLE
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA