Robert Corn-Revere (admitted *pro hac vice*)
bobcornrevere@dwt.com
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW, Suite 800
Washington, D.C.  20006
Telephone:   202-973-4200
Facsimile:    202-973-4499

James C. Grant (admitted *pro hac vice*)
jamesgrant@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA  98101
Telephone:   206-622-3150
Facsimile:    206-757-7700

Thomas H. Bienert, Jr., State Bar No. 135311
tbienert@bienertkatzman.com
Whitney Z. Bernstein, State Bar No. 304917
wbernstein@bienertkatzman.com
BIENERT KATZMAN PC
903 Calle Amanacer, Suite 350
San Clemente, CA  92673
Telephone:  949-369-3700
Facsimile:  949-369-3701

Attorneys for James Larkin

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN THE MATTER OF THE SEIZURE OF:** <br><br> ANY AND ALL FUNDS HELD IN REPUBLIC BANK OF ARIZONA ACCOUNT[S] XXXX1889, XXXX2592, XXXX1938, XXXX2912, AND, XXXX2500. | No. 18-CV-06742-RGK (PJW) <br><br> **Response to Government's Notice of Material Development** |

RESPONSE TO GOVERNMENT'S NOTICE OF MATERIAL DEVELOPMENT

Movant/Claimant James Larkin hereby responds to the Government's Notice of Material Development, in which it submitted the October 24, 2019 order in *United States v. Lacey, et al.*, 2:18-CR-00422-001-PHX-SMB (D. Ariz.) this Court's Order (Doc. 102).

The Government submitted this Order denying a motion to dismiss the indictment in a related criminal case with the misleading representation that it addressed First Amendment arguments "certain of which claimants have asserted, repeated, or referenced in these proceedings." The Notice does not identify any particular First Amendment argument that was raised or addressed in the Arizona proceeding that is at issue in the Motion pending before this Court. This is because the two proceedings raise entirely different issues.

Contrary to the Government's vague reference to "certain arguments," the Arizona Order addressed only the question of whether the Superseding Indictment was constitutionally deficient on its face if all its allegations are accepted as true. It decided only whether the criminal case may proceed to trial. Nothing in the Order addressed or decided the legality of pretrial seizures of publishing assets without an adversary hearing, what standards must apply in any such hearing, or any issue involving the sufficiency of the affidavits submitted to justify the seizures. The First and Fourth Amendment questions in this proceeding are governed by precedents that determine what actions the Government may or may not take prior to trial and what standards apply, issues that are not discussed in the Arizona Order.

DATED this 1st day of November, 2019.

*Robert Corn-Revere* (signature)

Robert Corn-Revere (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, NW, Suite 800
Washington, D.C.  20006
Telephone:  202-973-4200
Facsimile:  202-973-4499
Email:    bobcornrevere@dwt.com

James C. Grant (admitted *pro hac vice*)
jamesgrant@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA  98101
Telephone:  206-622-3150
Facsimile:  206-757-7700

Thomas H. Bienert, Jr., State Bar No. 135311
tbienert@bienertkatzman.com
Whitney Z. Bernstein, State Bar No. 304917
wbernstein@bienertkatzman.com
BIENERT KATZMAN PC
903 Calle Amanacer, Suite 350
San Clemente, CA  92673
Telephone:  949-369-3700
Facsimile:  949-369-3701

Attorneys for James Larkin

# CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2019, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants listed below.

                                                */s/ Robert Corn-Revere*
                                                Robert Corn-Revere

Erin E. McCampbell, emccampbell@lglaw.com
Anthony R. Bisconti, tbisconti@bienertkatzman.com
Ariel A. Neuman, aan@birdmarella.com
Bruce S. Feder, bf@federlawpa.com
James C. Grant, jimgrant@dwt.com
Paul J. Cambria, pcambria@lglaw.com
Janey Henze Cook, janey@henzecookmurphy.com
Thomas H. Bienert, Jr., tbienert@bienertkatzman.com
Whitney Z. Bernstein, wbernstein@bienertkatzman.com
Gary S. Lincenberg, glincenberg@birdmarella.com
Gopi K. Panchapakesan, gpanchapakesan@birdmarella.com
John Jacob Kucera, john.kucera@usdoj.gov
Daniel G. Boyle, daniel.boyle2@usdoj.gov


                               By:     */s/ Robert Corn-Revere*
                                               Robert Corn-Revere