1  **John K. Rubiner**
   **Barton, Klugman & Oetting, LLP**
2  350 S. Grand Avenue, Suite 2200
   Los Angeles, California 90071
3  213-617-6123
   JRubiner@bkolaw.com

4  **Feder Law Office, P.A.**
   2930 E. Camelback Road, Suite 160
5  Phoenix, Arizona 85016
   (602) 257-0135
6  bf@federlawpa.com
   fl@federlawpa.com
7  Bruce Feder – Arizona State Bar No. 004832
   Attorneys for Claimant, Scott Spear
8

9           **UNITED STATES DISTRICT COURT**

10          **CENTRAL DISTRICT OF CALIFORNIA**

| In the Matter of the Seizure of: | No.: CV 18-06742-RGK (PJWx) |
|---|---|
| Any and all funds held in Republic Bank of Arizona Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912, and xxxx2500. | **SCOTT SPEAR'S JOINDER IN DEFENDANT JAMES LARKIN'S LEGAL AUTHORITY FOR OPPOSITION TO SEIZURE WARRANTS AND BASIS FOR RELIEF [106]** |

17    The Defendant, Scott Spear, by and through his attorneys, John

18  Rubiner/Barton Klugman & Oetting and Bruce Feder/Feder Law Office., P.A.,

19  hereby joins in Defendant James Larkin's Legal Authority for Opposition to

20  Seizure Warrants and Basis for Relief [106] in all respects as said Legal Authority

21  applies to him.

22          Respectfully Submitted this 8th day of November, 2019.

23
                              **BARTON, KLUGMAN & OETTING, LLP**
24                            /s/ John K. Rubiner
25                            John K. Rubiner
                              Attorney for Scott Spear, Claimant
26

**FEDER LAW OFFICE, P.A.**

/s/ Bruce Feder
Bruce Feder
Attorney for Scott Spear, Claimant

# CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of November, 2019, I electronically transmitted **SCOTT SPEAR'S JOINDER IN DEFENDANT JAMES LARKIN'S LEGAL AUTHORITY FOR OPPOSITION TO SEIZURE WARRANTS AND BASIS FOR RELIEF** to the Clerk of the Court via the CM/ECF system whose transmittal of a Notice of Electronic Filing (NEF) constitutes service, pursuant to the Federal Rules of Civil and Criminal Procedure, to the following CM/ECF registrants:

**John Kucera** john.kucera@usdoj.gov
**Anthony Bisconti** tbisconti@bmkattorneys.com
**Thomas Bienert** tbienert@bmkattorneys.com
**Whitney Bernstein** wbernstein@bmkattorneys.com
**Gary Lincenberg** gsl@birdmarella.com
**Ariel Neuman** aan@birdmarella.com
**Gopi Panchapakesan** gkp@birdmarella.com
**Erin McCampbell** emcampbell@lglaw.com
**Paul Cambria** pcambria@lglaw.com
**Janey Henze Cook** janey@henzecookmurphy.com
**James C. Grant** jimgrant@dwt.com


By: /s/ A. Jones