Thomas H. Bienert, Jr. (CA State Bar No. 135311)
Whitney Z. Bernstein (CA State Bar No. 304917)
**BIENERT | KATZMAN PC**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701
Email: tbienert@bienertkatzman.com
        wbernstein@bienertkatzman.com
*Attorneys for James Larkin*

Additional counsel listed on following page

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| **In the Matter of the Seizure of:**<br><br>Any and all funds held in Republic Bank of Arizona Account(s) xxxx1889, xxxx2592, xxxx1938, xxxx2912, and, xxxx2500. | Case No. 2:18-cv-06742-RGK (PJW)<br><br>[RELATED CASES<br>2:18-cv-08420; 2:18-cv-08423;<br>2:18-cv-08551; 2:18-cv-08555;<br>2:18-cv-08556; 2:18-cv-08565;<br>2:18-cv-08566; 2:18-cv-08568;<br>2:18-cv-08569; 2:18-cv-08570;<br>2:18-cv-08577; 2:18-cv-08578;<br>2:18-cv-08579; 2:18-cv-08588;<br>2:18-cv-08592; 2:18-cv-08723;<br>2:18-cv-08730; 2:18-cv-08747;<br>2:18-cv-08748; 2:18-cv-08749;<br>2:18-cv-08750; 2:18-cv-08753;<br>2:18-cv-08754; 2:18-cv-08759;<br>2:18-cv-08760; 2:18-cv-08763;<br>2:18-cv-08764; 2:19-cv-07032;<br>2:19-cv-07039; 2:19-cv-07044;<br>2:19-cv-07048 ]<br><br>**CLAIMANTS' RESPONSE TO ORDER TO SHOW CAUSE** |

Gary S. Lincenberg (CA State Bar No. 123058)
Ariel A. Neuman (CA State Bar. No. 241594)
Gopi K. Panchapakesan (CA State Bar No. 279586)
**BIRD, MARELLA, BOXER, WOLPERT, NESSIM,**
**DROOKS, LINCENBERG & RHOW, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
Email: glincenberg@birdmarella.com
        aneuman@birdmarella.com
        gpanchapakesan@birdmarella.com
*Attorneys for John Brunst*

Paul J. Cambria, Jr. (CA State Bar No. 177957)
**LIPSITZ GREEN SCIME CAMBRIA LLP**
42 Delaware Avenue, Suite #120
Buffalo, NY 14202
Telephone: (716) 849-1333
Facsimile: (716) 855-1580
Email: pcambria@lglaw.com*Attorneys for Michael Lacey*

John K. Rubiner (CA State Bar No. 155208)
**BARTON, KLUGMAN & OETTING LLP**
350 South Grand Avenue, Suite 220
Los Angeles, CA 90071-3454
Telephone (213) 621-4000
Facsimile (213) 625-1832
Email: jrubiner@bkolaw.com

Bruce Feder (AZ State Bar No. 004832)
**FEDER LAW OFFICE, P.A**.
2930 E. Camelback Road, Suite 160
Phoenix, AZ 85016
Telephone: (602) 257-0135
Facsimile: (602) 954-8737
Email: bf@federlawpa.com

*Attorneys for Scott Spear*

1    Claimants Michael Lacey, James Larkin, John Brunst, Scott Spear, Medalist

2 Holdings, Inc., Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion

3 Holdings, LLC, Cereus Properties, LLC, and  Shearwater Investments, LLC

4 ("Claimants"), by and through their undersigned counsel, file the instant Response to

5 Order to Show Cause. The United States filed 31 civil forfeiture complaints over the

6 course of the last year, with all defendant assets alleged to be proceeds from, or

7 otherwise related to, the operation of Backpage.com, formerly an online publisher of

8 third-party advertisements.  The substantive allegations in each complaint are

9 substantially similar or near-identical.  The complaints also have other minor

10 variations, as the United States made minor changes in the complaints over time.

11 Claimants therefore agree that the 31 civil forfeiture complaints (with the exception

12 of case no. 18-cv-06742-RGK-PJW) share sufficient common questions of fact or

13 law such that it is logical for the Court to consolidate these actions for pretrial

14 purposes under Fed. R. Civ. P. 42(a).  Claimants request that the Court postpone any

15 decision on whether, and to what extent, the civil forfeiture complaints should be

16 consolidated for trial and judgment until the conclusion of pretrial proceedings.[1]

17    Fed. R. Civ. Pro. 42(a) authorizes the Court to issue "any other orders to avoid

18 unnecessary cost or delay."  If the Court consolidates the 31 civil forfeiture actions, it

19 would be helpful if the Court were to direct the United States to file a single,

20 consolidated master complaint, for the convenience of the Court and the parties.  Such

21 a complaint could provide an administrative summary of the claims brought by the

22 United States in the 31 actions, with the individual complaints retaining their separate

23 status.  *See, e.g., In re General Motors LLC Ignition Switch Litig.*, 2015 WL 3619584, at *7-

24 8 (S.D.N.Y. June 10, 2015).  This would allow Claimants to respond to just one

25 complaint, rather than burdening the Court with 31 separate responses.

26

27 _____

28 [1]  The Court need not decide now whether "separate judgments should still issue in
each of the Backpage Forfeiture Actions," as the United States requests in its response.
The Court can take that issue up at the conclusion of pretrial proceedings.

1        Finally, with respect to this case, 18-cv-06742-RGK-PJW, the pending motions

2   in here are substantively and procedurally different from the 31 civil forfeiture

3   complaints and are briefed and ready for argument and decision.  Therefore, Claimants

4   request that the Court *not* consolidate 18-cv-06742-RGK-PJW with the 31 civil

5   forfeiture actions at this juncture.

6   DATED:  December 9, 2019     Thomas H. Bienert, Jr.

7        Whitney Z. Bernstein

8        BIENERT KATZMAN, PLC

9        By:  */s/ Whitney Z. Bernstein*

10        Whitney Z. Bernstein

     Attorneys for James Larkin

11

12   DATED:  December 9, 2019     Gary S. Lincenberg

13        Ariel A. Neuman

     Gopi K. Panchapakesan

14        BIRD, MARELLA, BOXER, WOLPERT,

15        NESSIM, DROOKS, LINCENBERG &

     RHOW, P.C.

16

17        By:  */s/ Ariel A. Neuman*

     Ariel A. Neuman

18        Attorneys for John Brunst

19

20   DATED:  December 9, 2019     Paul J. Cambria, Jr.

21        LIPSITZ GREEN SCIME CAMBRIA LLP

22        By:  */s/ Paul J. Cambria, Jr.*

23        Paul J. Cambria, Jr.

     Attorneys for Michael Lacey

24

25

26

27

28

DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE

DATED:  December 9, 2019      John K. Rubiner
                             BARTON, KLUGMAN & OETTING LLP


                             By:   */s/ John K. Rubiner*
                                   John K. Rubiner
                                   Attorneys for Scott Spear

DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 9th day of December, 2019, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants listed below.

*s/ Toni Thomas*
Toni Thomas

John J. Kucera, john.kucera@usdoj.gov
Daniel G. Boyle, daniel.boyle2@usdoj.gov
David W. Wiechert, dwiechert@aol.com
Gary S. Lincenberg, glincenberg@birdmarella.com
Ariel Neuman, aneuman@birdmarella.com
Gopi K. Panchapakesan, gpanchapakesan@birdmarella.com
John K. Rubiner, jrubiner@bkolaw.com
Paul J. Cambria, Jr., pcambria@lglaw.com
Whitney Z. Bernstein, wbernstein@bienertkatzman.com
Daniel J. Quigley, quigley@djqplc.com