UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 27 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS 

| | |
|---|---|
| In re: ANY AND ALL FUNDS HELD IN REPUBLIC BANK OF ARIZONA ACCOUNTS XXXX1889, XXXX2592, XXXX1938, XXXX2912, AND XXXX2500, _____ UNITED STATES OF AMERICA,           Plaintiff-Appellee, v. JAMES LARKIN, Real Party in Interest Defendant; et al.,           Movants-Appellants. | No. 19-56510 D.C. No. 2:18-cv-06742-RGK-PJW Central District of California, Los Angeles ORDER |

      The appeal filed December 24, 2019 is a preliminary injunction appeal. Accordingly, Ninth Circuit Rule 3-3 shall apply.

      The mediation questionnaire is due three days after the date of this order.

      If they have not already done so, within 7 calendar days after the filing date of this order, the parties shall make arrangements to obtain from the court reporter an official transcript of proceedings in the district court that will be included in the record on appeal.

      The briefing schedule shall proceed as follows: the opening brief and excerpts of record are due not later than January 21, 2020; the answering brief is

AT/MOATT

due February 18, 2020, or 28 days after service of the opening brief, whichever is earlier; and the optional reply brief is due within 21 days after service of the answering brief. *See* 9th Cir. R. 3-3(b).

No streamlined extensions of time will be approved. *See* 9th Cir. R. 31-2.2(a)(3). Any request for an extension of time to file a brief must be made by written motion under Ninth Circuit Rule 31-2.2(b).

Failure to file timely the opening brief shall result in the automatic dismissal of this appeal by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Allison Taylor
Deputy Clerk
Ninth Circuit Rule 27-7