# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:18-cv-06742-RGK-PJW | Date | March 16, 2021 |
| Title | *In the Matter of Seizure of: Any and all funds held in Republic Bank of Arizona Accounts xxxx1889, xxxx2592, xxxx1938, xxxx2912, and xxxx2500* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams (Not Present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| Not Present | | Not Present |

**Proceedings:**   **(IN CHAMBERS) Order to Show Cause**

On August 10, 2018, Claimants Michael Lacey ("Lacey") filed a Motion for Release of Certain Untainted Funds ("Motion") (ECF No. 22). On October 11, 2019, Lacey filed a Supplemental Memorandum in Support of His Motion. (ECF No. 105). On October 28, 2019, Plaintiff the United States of America ("Plaintiff") filed a Response to Lacey's Motion. (ECF No. 114).

By his Motion, Lacey sought the release of funds that were seized by Plaintiff from three bank accounts at First Republic bank on the grounds that the funds had been wrongfully seized based on a clerical error. In response, the Government argued that whether the funds had been wrongfully seized was a "fact-laden question . . . contingent on discovery[.]" (Pl.'s Resp. at 15, ECF No. 114).

On 20, 2019, the Court issued an Order regarding Lacey's Motion in which the Court ordered Plaintiff "to conduct only the limited discovery necessary to determine the specific issue of whether the three accounts in question contain any tainted funds, and to respond to the substance of Lacey's Motion by February 10, 2020." (Order at 2, ECF No. 131). To date, Plaintiff has yet to file a response, and Lacey's Motion remains pending.

In light of the foregoing, the Court **ORDERS** the parties to submit a joint status report by no later than **March 25, 2021**, in which the parties shall state their respective positions with respect to the Motion pending at Docket Entry 22.

**IT IS SO ORDERED.**

|  |  : |
|---|---|
| Initials of Preparer | |